ORIGINAL

ORIGINAL

EXHIBIT A

A true and correct copy of the May 22, 2025, email from Plaintiff Samantha Stone to

Attorney James Durgana is attached as **Exhibit A**.



RECEIVED
OCT 23 2025
PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 23 '25 AM 11:57

EXHIBIT INDEX

- Exhibit A – Email to Attorney Durgana (Home Health Aide Request, May 22, 2025)

- Exhibit B – Microsoft Teams Appeal Transcript Screenshot (MagnaCare Admission)

- Exhibit C – Jamaica Hospital Unauthorized Disclosure Record

- Exhibit D – OSHA Hazard Evidence (Food trucks onsite, lack of dining area)

- Exhibit E – Union ADR Waiver / Misrepresentation Evidence

- Exhibit F – Therapy / MRI Denial Documentation

- Exhibit G – Medical Decline Evidence / Jobsite Safety Photos

- Exhibit H_ Withdrawal email from 80k boarding scholarship

- Exhibit H1 Email from Jamaca Hospital No HIPPA

- Exhibit H2 Medical Records No HIPPA present

- Exhibit I **Neurosurgeon Medical Report and Post-Injury Treatment Summary (Spinal Fracture, Bone Grafting, and Rehabilitation Orders)**

- **J emails showing disregard to midecal needed services 30 out no approval**

- **K Union denying my husband fund out his own hra**


- **Declaration of Samantha E. Stone**

  I, Samantha E. Stone, declare under penalty of perjury that on September 29, 2025, I received an email from Tiju Thomas of Jamaica Hospital Medical Records providing a link to download Andrew Stone's medical records (Exhibit H-1). I downloaded and saved the attached PDF (Exhibit H-2). The records **do not include any signed**

38

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/35    Page 3 of 195 PageID #: 73

 Gmail                                    **Samantha Stone <samanthastone5910@gmail.com>**

---

# Andrew Stone – Authorized Point of Contact
4 messages

---

**Samantha Stone** <samanthastone5910@gmail.com>                    Thu, Oct 9, 2025 at 8:48 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Dear Mr. Gnesin and Team,

Please note for the record that all communications related to Andrew Stone's claim, medical scheduling, and record retrieval are to be directed through me (Samantha Stone) in writing.

Mr. Stone is under medical recovery and not in condition to field phone calls or manage administrative discussions. He has authorized me to handle all correspondence on his behalf.

Please confirm acknowledgment of this communication policy so that there are no further direct outreach attempts to him by phone or otherwise.

Respectfully,


📷 **Samantha Stone**
📧 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 **718-916-5974**
📧 samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here


On Thu, Oct 9, 2025, 8:22 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:


Firstly, in terms of the MRI authorization, MagnaCare attempted several times to contact Mr. Stone today to set up the appointments which are granted without prejudice.  Mr. Stone, please return MagnaCare's call to set up the appointments.


Ms. Stone,


Your proclamations regarding "misrepresentations" are inaccurate.  I disagree with what you have said below and much of you have characterized how this process has played out for you.   I have been working diligently in the last several days to move things along for you.  I will continue to do this in my role as program administrator.


As I was attemping to help you over the last few days I asked for a status update from Broadspire regarding the record retrieval.  I was provided the below highlighted update yesterday which I promptly informed you while paraphrasing/indicating "many" of the providers were in the process of mailing the

records. I did not say "all the providers" or misrepresent anything as you indicated in the inaccurate subject line you fabricated below.

**JFK Hospital:** Records were mailed out, should receive with the week.

**Bayshore Hospital:** Records were mailed out, should receive within the week.

**Dr Bazerbashi:** Originally requested through Bayshore, but it was not included in the mailed records. We reached out to his clinic to see if we can get those records through them as soon as possible.

**Physical Therapy:** Physical therapy records from JFK Hospital included in records. Status says they are being mailed.

**CVS:** Denied because signed release for a few reasons. They did not have a signature to release prescriptions relating to mental health, HIV, or Drug/Alcohol treatment. They are further requesting a letter of authorization from Broadspire. If you could send us a LOA to retrieve these on your behalf, we would be happy to reach out again.

I presume Dr. Bazerbashi is who you are stating contacted you. What you indicated below seems to be inline with what was relayed to me in the above. Again, your accusations that anything nefarious is taking place is inaccurate and frankly not likley to have any impact on the determination of Mr. Stone's claim compensability. I reiterate, the burden is on the claimant to provide medical evidence linking an injury to work activity. It is not Broadspire's obligations to retrieve that evidence for you. They have done so as a courtesy. If you had simply provided the records on your own as we advised you to in the ombudsperson hearing this process would be well advanced.

At this time I am going to refrain from engaging in this type of discourse with you moving forward. I look forward to the mediation and hope you are able to settle this claim during that process.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





---

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 4:46 PM
**To:** Paul O'Connor <poconnor@ualocal1.org>
**Cc:** Marc Gnesin <marc.gnesin@nfp.com>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI

<jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Urgent Update – Misrepresentation of Record Retrieval Activity

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Mr. Gnesin and Team,

Today, October 9th, I received a call from my husband's doctor's office confirming that Digicare only just contacted them today to request medical records related to Andrew Stone's May 13, 2025 injury.

This directly contradicts your prior statements on October 8–9, 2025, claiming that "records were in the mail" and that the HIPAA release was already being utilized. It is now clear that these statements were inaccurate, and that the delay in this process was due to inaction on Broadspire's part, not any lack of authorization from us.

Please explain this discrepancy in writing, as we intend to include this communication and the timeline as part of our mediation and case record.

Regards,

Samantha Stone

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 8:16 AM Paul O'Connor <poconnor@ualocal1.org> wrote:

Received

Thank You

Paul O'Connor

Business Manager

UA Plumbers and Gas Fitters Local 1

(718) 738-7500

www.ualocal1.org

On Oct 9, 2025, at 5:56 AM, Marc Gnesin <marc.gnesin@nfp.com> wrote:

Good Morning,

As mentioned, AAA will be reaching out shortly with potential dates. I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Wednesday, October 8, 2025 10:57 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Steve Kokulak <SKokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@ vantageairportgroup.com>
**Subject:** Response to Compensability Decision – Andrew Stone

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use. No party ever denied having the original limited lease you provided. It was provided timely. A short time after that the broader release was requested as Mr. Stone has a comorbidity that appears to be very relevant to the question of compensability. I misunderstood your below email indicating the release was sent to mean that you had also sent a broader release.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith. The claim was denied on the basis that there was specific medical evidence from Jamaica hospital indicating a syncope event took place on Mr. Stone's lunch break, while sitting on a barrier and not conducting a work activity. In worker's compensation, the burden is on the claimant to present medical evidence in support of their claim. As of this moment, that has not been done. Broadspire has shown good faith in attempting to retrieve those records from the other medical facilities. Those records will be crucial in validating the claim of a work-related injury.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury. This request was made just shortly after you provided the limited HIPPA release. The request is standard and we believe would be ordered by a judge should your case be in the traditional workers' compensation system. Please be reminded that you spoke with Mr. Durgana on June 2nd about pursuing a dispute of the denied claim. It was not until over a month later that you engaged in that process.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law. This is standard practice in workers' compensation. It allows for medical care to be authorized while compensability is in question. This is not conditioning care on a waiver of liability. It is authorizing care, while liability is being determined, without promise of a payment unless the claim is found to be compensable.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation. Again, I want to emphasize that the burden of proof is on the claimant to present

medical evidence which connects causality between the injury and the workplace. That has not yet been done. In the traditional WC system, you would have a similar outcome to present without medical evidence, except that there might be more finality at this stage in time. The decisions made by Mr. Durgana and the lack of objection by Broadspire have been amicable and good faith in providing a substantial amount of time to retrieve medical evidence from the other providers you sought care from. Unfortunately, this process can be elongated. As I mentioned to you during the Ombudsperson hearing, any thing you can do to obtain and provide those medical records will help move the case forward.

Please confirm the scheduled date and time for mediation so that we may proceed.

Sincerely,

Samantha Stone

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Wed, Oct 8, 2025, 10:06 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Mr. and Mrs. Stone,

Please note that this case has been escalated to mediation per your indication to the Union on October 7th. I do believe Mediation will be a great opportunity for you obtain the outcome you are looking for and if not then, arbitration with the presence of legal counsel can then be utilized.

The parties will be receiving a notice from American Arbitration Association in the coming days regarding the Mediator and date selection. As this dispute has now escalated beyond the Ombudsperson stage, Mr. Durgana will no longer be utilized to resolve the dispute.

The mediator will request that both parties provide a confidential pre-mediation statement and will work amicably in hopes of settling this matter.

In terms of the attached medical request. I confirmed with MagnaCare that they had not received any requests from any doctors related to your claims for an MRI. However, they did confirm that Dr. Zimmerman is in network and both MRI's are in the process of being scheduled without prejudice at this time. Our understanding is that the company retained by Broadspire to obtain medical reports from the provider utilizing the limited HIPPA release you provided are in process and while they cannot guarantee timing, they

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 9 of 195 PageID #: 79

have been advised by the provider that many of the reports are in the mail and they should be received within a week.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak <SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@ choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email.  Can you please submit the HIPPA authorization you are referencing that covered all medical records up to 12/31/2025? It does not appear that was received.

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 10 of 195 PageID #: 80

@Steve Kokulak please look into the requests that Ms. Stone is referencing are being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation, and if no resolution there, eventually Arbitration where you will have a final decision on this matter and closure.   This would be the speediest path to ensure you have a definitive outcome in this case.  Please confirm and we will begin the process of setting up a mediation.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 |  F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Monday, October 6, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@ choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@ vantageairportgroup.com>
**Subject:** Re: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We are reviewing your continued request for a HIPAA release. However, please note that we have already provided a HIPAA authorization covering medical records up to 12/31/2025 , a full five-year window. Considering the injury occurred on May 13, 2025, any request for broader access appears unreasonable, invasive, and irrelevant to the timeline of care.

Additionally, Broadspire denied the claim at the outset, which clearly signaled an intent not to engage in good faith. Now requesting more medical records seems less about claim evaluation and more about delaying care or avoiding responsibility.

Attached are multiple medical requests currently pending your approval, including a new one from today. These have been sent directly by both myself and the doctor's office to MagnaCare, some of them more than once, and continue to go unanswered.

Meanwhile, my husband's health continues to decline. He currently has zero income and therefore cannot afford the necessary medications or diagnostic tests out of pocket. Please also note that union medical coverage is no longer available to him or our family,  it expired as a direct result of this injury and your decision to delay or deny benefits.

We remain open to mediation if that will lead to a fair resolution. However, we will not submit to indefinite medical privacy violations or tolerate further stalling at the expense of his health and dignity.

Now you ALL know. I pray someone cares enough to act.

Regards,

The Stones

🖼 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
📧 samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Mon, Oct 6, 2025, 3:14 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Hello All,

Following up on this email to see if either the Stones, or Broadspire would like to escalate this decision to mediation.

Please note, if this does not escalate to mediation, no further action will be taken on this claim pending the productions of signed HIPPA releases as requested by Broadspire. While care will be authorized "without prejudice", meaning liability is not accepted, the payment of the services will be denied pending a determination of whether the claim is accepted, which will require the HIPPA release in order to determine.

The request for an MRI of the shoulder is being reviewed for authorization without prejudice. Please note requests must be sent direclty to MagnaCare in the future.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached.

If mediation is unsuccessful, the case would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 |  F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review.  If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.

Thanks,
James


<image005.jpg>

James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075


This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**4 attachments**



image001.png
5K

image002.png
1K

image003.png
2K

image004.png
2K

---

**Marc Gnesin** <marc.gnesin@nfp.com>                    Thu, Oct 9, 2025 at 9:07 PM
To: Samantha Stone <samanthastone5910@gmail.com>

Case 1:25-cv-05943-DG-VMS Document 1-2 Filed 10/23/25 Page 15 of 195 PageID #: 85

Cc: Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

I believe either Mr. Stone will have to confirm this directive himself, or you will have to provide his authorization via power of attorney.

[Quoted text hidden]
[Quoted text hidden]

---

**Samantha Stone** <samanthastone5910@gmail.com>                    Thu, Oct 9, 2025 at 9:28 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

No problem with your belief, you will have both by end of business day tomorrow. Be advised accordingly.

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

[Quoted text hidden]

---

**8 attachments**


image001.png
5K

image002.png
1K

image003.png
2K

image004.png
2K

image004.png
2K


image001.png
5K

image003.png
2K

image002.png
1K

---

**Marc Gnesin** <marc.gnesin@nfp.com>                    Wed, Oct 15, 2025 at 6:38 PM
To: Samantha Stone <samanthastone5910@gmail.com>

Cc: Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

After discussion with Broadspire, a formal signed Power of Attorney will be necessary. As stated, Mr. Stone will still need to be present at potential proceedings.

[Quoted text hidden]
[Quoted text hidden]

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

# Response to Compensability Decision – Andrew Stone
3 messages

**Samantha Stone** <samanthastone5910@gmail.com>                    Wed, Oct 8, 2025 at 10:56 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Steve Kokulak <SKokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>, Paul O'Connor <poconnor@ualocal1.org>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation.

Please confirm the scheduled date and time for mediation so that we may proceed.

Sincerely,
Samantha Stone

🏢 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
✉ samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Wed, Oct 8, 2025, 10:06 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Mr. and Mrs. Stone,

Please note that this case has been escalated to mediation per your indication to the Union on October 7th. I do believe Mediation will be a great opportunity for you obtain the outcome you are looking for and if not then, arbitration with the presence of legal counsel can then be utilized.

The parties will be receiving a notice from American Arbitration Association in the coming days regarding the Mediator and date selection. As this dispute has now escalated beyond the Ombudsperson stage, Mr. Durgana will no longer be utilized to resolve the dispute.

The mediator will request that both parties provide a confidential pre-mediation statement and will work amicably in hopes of settling this matter.

In terms of the attached medical request. I confirmed with MagnaCare that they had not received any requests from any doctors related to your claims for an MRI. However, they did confirm that Dr. Zimmerman is in network and both MRI's are in the process of being scheduled without prejudice at this time. Our understanding is that the company retained by Broadspire to obtain medical reports from the provider utilizing the limited HIPPA release you provided are in process and while they cannot guarantee timing, they have been advised by the provider that many of the reports are in the mail and they should be received within a week.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com



**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak <SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>;

Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>

**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email. Can you please submit the HIPPA authorization you are referencing that covered all medical records up to 12/31/2025? It does not appear that was received.

@Steve Kokulak please look into the requests that Ms. Stone is referencing are being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation, and if no resolution there, eventually Arbitration where you will have a final decision on this matter and closure. This would be the speediest path to ensure you have a definitive outcome in this case. Please confirm and we will begin the process of setting up a mediation.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





---

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Monday, October 6, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>

**Subject:** Re: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We are reviewing your continued request for a HIPAA release. However, please note that we have already provided a HIPAA authorization covering medical records up to 12/31/2025 , a full five-year window. Considering the injury occurred on May 13, 2025, any request for broader access appears unreasonable, invasive, and irrelevant to the timeline of care.

Additionally, Broadspire denied the claim at the outset, which clearly signaled an intent not to engage in good faith. Now requesting more medical records seems less about claim evaluation and more about delaying care or avoiding responsibility.

Attached are multiple medical requests currently pending your approval, including a new one from today. These have been sent directly by both myself and the doctor's office to MagnaCare, some of them more than once, and continue to go unanswered.

Meanwhile, my husband's health continues to decline. He currently has zero income and therefore cannot afford the necessary medications or diagnostic tests out of pocket. Please also note that union medical coverage is no longer available to him or our family, it expired as a direct result of this injury and your decision to delay or deny benefits.

We remain open to mediation if that will lead to a fair resolution. However, we will not submit to indefinite medical privacy violations or tolerate further stalling at the expense of his health and dignity.

Now you ALL know. I pray someone cares enough to act.

Regards,

The Stones

📷 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
📧 samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Mon, Oct 6, 2025, 3:14 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Hello All,

Following up on this email to see if either the Stones, or Broadspire would like to escalate this decision to mediation.

Please note, if this does not escalate to mediation, no further action will be taken on this claim pending the productions of signed HIPPA releases as requested by Broadspire. While care will be authorized "without prejudice", meaning liability is not accepted, the payment of the services will be denied pending a determination of whether the claim is accepted, which will require the HIPPA release in order to determine.

The request for an MRI of the shoulder is being reviewed for authorization without prejudice. Please note requests must be sent direclty to MagnaCare in the future.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached. If mediation is unsuccessful, the case

would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review. If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.

Thanks,
James

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 23 of 195 PageID #: 93



James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived. This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**17 attachments**


**image001.png**
5K

**image002.png**
1K

**image003.png**
2K

**image004.png**
2K


**image005.jpg**
3K

**image003.png**
2K

**image004.png**
2K

**image003.png**
2K

Case 1:25-cv-05943-DG-VMS     Document 1-2     Filed 10/23/25     Page 24 of 195 PageID #: 94

image002.png
1K

image003.png
2K

image002.png
1K

image004.png
2K

image002.png
1K

image004.png
2K



image001.png
5K

image001.png
5K

image001.png
5K

---

**Marc Gnesin** <marc.gnesin@nfp.com>                                 Thu, Oct 9, 2025 at 5:56 AM
To: Samantha Stone <samanthastone5910@gmail.com>
Cc: Steve Kokulak <SKokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>, Paul O'Connor <poconnor@ualocal1.org>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Good Morning,

As mentioned, AAA will be reaching out shortly with potential dates.  I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.

Marc Gnesin

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Wednesday, October 8, 2025 10:57 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Steve Kokulak <SKokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Response to Compensability Decision – Andrew Stone

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use. No party ever denied having the original limited lease you provided. It was provided timely. A short time after that the broader release was requested as Mr. Stone has a comorbidity that appears to be very relevant to the question of compensability. I misunderstood your below email indicating the release was sent to mean that you had also sent a broader release.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith. The claim was denied on the basis that there was specific medical evidence from Jamaica hospital indicating a syncope event took place on Mr. Stone's lunch break, while sitting on a barrier and not conducting a work activity. In worker's compensation, the burden is on the claimant to present medical evidence in support of their claim. As of this moment, that has not been done. Broadspire has shown good faith in attempting to retrieve those records from the other medical facilities. Those records will be crucial in validating the claim of a work-related injury.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury. This request was made just shortly after you provided the limited HIPPA release. The request is standard and we believe would be ordered by a judge should your case be in the traditional workers' compensation system. Please be reminded that you spoke with Mr. Durgana on June 2nd about pursuing a dispute of the denied claim. It was not until over a month later that you engaged in that process.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law.  This is standard practice in workers' compensation. It allows for medical care to be authorized while compensability is in question.  This is not conditioning care on a waiver of liability.  It is authorizing care, while liability is being determined, without promise of a payment unless the claim is found to be compensable.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation.  Again, I want to emphasize that the burden of proof is on the claimant to present medical evidence which connects causality between the injury and the workplace. That has not yet been done.  In the traditional WC system, you would have a similar outcome to present without medical evidence, except that there might be more finality at this stage in time. The decisions made by Mr. Durgana and the lack of objection by Broadspire have been amicable and good faith in providing a substantial amount of time to retrieve medical evidence from the other providers you sought care from.  Unfortunately, this process can be elongated.  As I mentioned to you during the Ombudsperson hearing, any thing you can do to obtain and provide those medical records will help move the case forward.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Paul O'Connor** <poconnor@ualocal1.org>                                    Thu, Oct 9, 2025 at 8:16 AM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Samantha Stone <samanthastone5910@gmail.com>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Received
Thank You
Paul O'Connor
Business Manager
UA Plumbers and Gas Fitters Local 1
(718) 738-7500
www.ualocal1.org

On Oct 9, 2025, at 5:56 AM, Marc Gnesin <marc.gnesin@nfp.com> wrote:

Good Morning,

As mentioned, AAA will be reaching out shortly with potential dates.  I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak <SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email. Can you please submit the HIPPA authorization you are referencing that covered all medical records up to 12/31/2025? It does not appear that was received.

@Steve Kokulak please look into the requests that Ms. Stone is referencing are being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation, and if no resolution there, eventually Arbitration where you will have a final decision on this matter and closure.   This would be the speediest path to ensure you have a definitive outcome in this case.  Please confirm and we will begin the process of setting up a mediation.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 29 of 195 PageID #: 99

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached. If mediation is unsuccessful, the case would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review. If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.


Thanks,
James


<image005.jpg>

James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075


This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

[Quoted text hidden]

---

**5 attachments**


**image001.png**
5K

 **image002.png**
1K

 **image003.png**
2K

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 31 of 195 PageID #: 101



**image004.png**
2K



**image005.jpg**
3K

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 32 of 195 PageID #: 102

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

---

# Formal Power of Attorney for Andrew K. Stone
1 message

---

**Samantha Stone** <samanthastone5910@gmail.com>                    Wed, Oct 15, 2025 at 8:13 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana
<james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone
<andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli
<Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI
<jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Dear Mr. Interrante,

Thank you for the update and clarification.

Please note that the formal, notarized Durable Power of Attorney and Health Care Proxy for Andrew K. Stone, dated
October 10, 2025, has been fully executed, witnessed, and notarized in accordance with New Jersey law. A copy is
attached here for your records and for Broadspire's file.

As Attorney-in-Fact and Health Care Representative for Mr. Stone, I will continue to handle all correspondence,
documentation, and scheduling on his behalf. Mr. Stone remains available for direct participation as needed during
mediation or other proceedings.

Kindly confirm receipt and advise if Broadspire requires any additional verification for its internal recordkeeping.

Warm regards,
Samantha E. Stone
Attorney-in-Fact for Andrew K. Stone
Samanthastone5910@gmail.com


**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here


On Wed, Oct 15, 2025, 6:39 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

> After discussion with Broadspire, a formal signed Power of Attorney will be necessary.  As stated, Mr.
> Stone will still need to be present at potential proceedings.
>
>
>
>
> **Marc Gnesin**
>
> ADR Leader | Senior Vice President
>
> NFP Construction & Infrastructure
>
> 200 Park Avenue | 32nd Floor | New York, NY 10166

---

Case 1:25-cv-05943-DG-VMS     Document 1-2    Filed 10/23/25   Page 33 of 195 PageID #: 103

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com



**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Paul O'Connor <poconnor@ualocal1.org>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Re: Andrew Stone – Authorized Point of Contact

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No problem with your belief, you will have both by end of business day tomorrow. Be advised accordingly.

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 9:07 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

I believe either Mr. Stone will have to confirm this directive himself, or you will have to provide his authorization via power of attorney.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com



**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 8:49 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Paul O'Connor <poconnor@ualocal1.org>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Andrew Stone – Authorized Point of Contact

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Gnesin and Team,

Please note for the record that all communications related to Andrew Stone's claim, medical scheduling, and record retrieval are to be directed through me (Samantha Stone) in writing.

Mr. Stone is under medical recovery and not in condition to field phone calls or manage administrative discussions. He has authorized me to handle all correspondence on his behalf.

Please confirm acknowledgment of this communication policy so that there are no further direct outreach attempts to him by phone or otherwise.

Respectfully,

👤 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
✉️ samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 8:22 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Case 1:25-cv-05943-DG-VMS     Document 1-2     Filed 10/23/25     Page 35 of 195 PageID #: 105

Firstly, in terms of the MRI authorization, MagnaCare attempted several times to contact Mr. Stone today to set up the appointments which are granted without prejudice.  Mr. Stone, please return MagnaCare's call to set up the appointments.

Ms. Stone,

Your proclamations regarding "misrepresentations" are inaccurate.  I disagree with what you have said below and much of you have characterized how this process has played out for you.    I have been working diligently in the last several days to move things along for you.  I will continue to do this in my role as program administrator.

As I was attemping to help you over the last few days I asked for a status update from Broadspire regarding the record retrieval.  I was provided the below highlighted update yesterday which I promptly informed you while paraphrasing/indicating "many" of the providers were in the process of mailing the records.  I did not say "all the providers" or misrepresent anything as you indicated in the inaccurate subject line you fabricated below.

**JFK Hospital:** Records were mailed out, should receive with the week.

**Bayshore Hospital:** Records were mailed out, should receive within the week.

**Dr Bazerbashi:** Originally requested through Bayshore, but it was not included in the mailed records. We reached out to his clinic to see if we can get those records through them as soon as possible.

**Physical Therapy**: Physical therapy records from JFK Hospital included in records. Status says they are being mailed.

**CVS:** Denied because signed release for a few reasons. They did not have a signature to release prescriptions relating to mental health, HIV, or Drug/Alcohol treatment. They are further requesting a letter of authorization from Broadspire. If you could send us a LOA to retrieve these on your behalf, we would be happy to reach out again.

I presume Dr. Bazerbashi is who you are stating contacted you.  What you indicated below seems to be inline with what was relayed to me in the above.  Again, your accusations that anything nefarious is taking place is inaccurate and frankly not likley to have any impact on the determination of Mr. Stone's claim compensability.  I reiterate, the burden is on the claimant to provide medical evidence linking an injury to work activity.  It is not Broadspire's obligations to retrieve that evidence for you.  They have done so as a courtesy.  If you had simply provided the records on your own as we advised you to in the ombudsperson hearing this process would be well advanced.

At this time I am going to refrain from engaging in this type of discourse with you moving forward.  I look forward to the mediation and hope you are able to settle this claim during that process.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com



**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 4:46 PM
**To:** Paul O'Connor <poconnor@ualocal1.org>
**Cc:** Marc Gnesin <marc.gnesin@nfp.com>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Urgent Update – Misrepresentation of Record Retrieval Activity

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Mr. Gnesin and Team,

Today, October 9th, I received a call from my husband's doctor's office confirming that Digicare only just contacted them today to request medical records related to Andrew Stone's May 13, 2025 injury.

This directly contradicts your prior statements on October 8–9, 2025, claiming that "records were in the mail" and that the HIPAA release was already being utilized. It is now clear that these statements were inaccurate, and that the delay in this process was due to inaction on Broadspire's part, not any lack of authorization from us.

Please explain this discrepancy in writing, as we intend to include this communication and the timeline as part of our mediation and case record.

Regards,

Samantha Stone

📍 **Samantha Stone**
📧 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974

samantha.stone@expcommercial.com

🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 8:16 AM Paul O'Connor <poconnor@ualocal1.org> wrote:

Received

Thank You

Paul O'Connor

Business Manager

UA Plumbers and Gas Fitters Local 1

(718) 738-7500

www.ualocal1.org

On Oct 9, 2025, at 5:56 AM, Marc Gnesin <marc.gnesin@nfp.com> wrote:

Good Morning,

As mentioned, AAA will be reaching out shortly with potential dates. I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

From: Samantha Stone <samanthastone5910@gmail.com>
Sent: Wednesday, October 8, 2025 10:57 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: Steve Kokulak <SKokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@ choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
Subject: Response to Compensability Decision – Andrew Stone

> **ATTENTION - EXTERNAL EMAIL** - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use. No party ever denied having the original limited lease you provided. It was provided timely. A short time after that the broader release was requested as Mr. Stone has a comorbidity that appears to be very relevant to the question of compensability. I misunderstood your below email indicating the release was sent to mean that you had also sent a broader release.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith. The claim was denied on the basis that there was specific medical evidence from Jamaica hospital indicating a syncope event took place on Mr. Stone's lunch break, while sitting on a barrier and not conducting a work activity. In worker's compensation, the burden is on the claimant to present medical evidence in support of their claim. As of this moment, that has not been done. Broadspire has shown good faith in attempting to retrieve those records from the other medical facilities. Those records will be crucial in validating the claim of a work-related injury.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury. This request was made just shortly after you provided the limited HIPPA release. The request is standard and we

Case 1:25-cv-05943-DG-VMS  Document 1-2  Filed 10/23/25  Page 39 of 195 PageID #: 109

believe would be ordered by a judge should your case be in the traditional workers' compensation system.  Please be reminded that you spoke with Mr. Durgana on June 2nd about pursuing a dispute of the denied claim.  It was not until over a month later that you engaged in that process.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law. This is standard practice in workers' compensation. It allows for medical care to be authorized while compensability is in question.  This is not conditioning care on a waiver of liability.  It is authorizing care, while liability is being determined, without promise of a payment unless the claim is found to be compensable.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation.  Again, I want to emphasize that the burden of proof is on the claimant to present medical evidence which connects causality between the injury and the workplace.  That has not yet been done.  In the traditional WC system, you would have a similar outcome to present without medical evidence, except that there might be more finality at this stage in time. The decisions made by Mr. Durgana and the lack of objection by Broadspire have been amicable and good faith in providing a substantial amount of time to retrieve medical evidence from the other providers you sought care from.  Unfortunately, this process can be elongated. As I mentioned to you during the Ombudsperson hearing, any thing you can do to obtain and provide those medical records will help move the case forward.

Please confirm the scheduled date and time for mediation so that we may proceed.

Sincerely,

Samantha Stone

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Wed, Oct 8, 2025, 10:06 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Mr. and Mrs. Stone,

Please note that this case has been escalated to mediation per your indication to the Union on October 7th. I do believe Mediation will be a great opportunity for you obtain the outcome you are looking for and if not then, arbitration with the presence of legal counsel can then be utilized.

The parties will be receiving a notice from American Arbitration Association in the coming days regarding the Mediator and date selection. As this dispute has now escalated beyond the Ombudsperson stage, Mr. Durgana will no longer be utilized to resolve the dispute.

The mediator will request that both parties provide a confidential pre-mediation statement and will work amicably in hopes of settling this matter.

In terms of the attached medical request. I confirmed with MagnaCare that they had not received any requests from any doctors related to your claims for an MRI. However, they did confirm that Dr. Zimmerman is in network and both MRI's are in the process of being scheduled without prejudice at this time. Our understanding is that the company retained by Broadspire to obtain medical reports from the provider utilizing the limited HIPPA release you provided are in process and while they cannot guarantee timing, they have been advised by the provider that many of the reports are in the mail and they should be received within a week.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak
<SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@
choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal
Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli
<rachel.montinarelli@choosebroadspire.com>; Paul O'Connor
<poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN
GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@
vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032
// T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email. Can you please submit the HIPPA authorization you are
referencing that covered all medical records up to 12/31/2025? It does not appear
that was received.

@Steve Kokulak please look into the requests that Ms. Stone is referencing are
being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation,
and if no resolution there, eventually Arbitration where you will have a final decision
on this matter and closure. This would be the speediest path to ensure you have a
definitive outcome in this case. Please confirm and we will begin the process of
setting up a mediation.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 42 of 195 PageID #: 112

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Monday, October 6, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup. com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Re: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello,

We are reviewing your continued request for a HIPAA release. However, please note that we have already provided a HIPAA authorization covering medical records up to 12/31/2025 , a full five-year window. Considering the injury occurred on May 13, 2025, any request for broader access appears unreasonable, invasive, and irrelevant to the timeline of care.

Additionally, Broadspire denied the claim at the outset, which clearly signaled an intent not to engage in good faith. Now requesting more medical records seems less about claim evaluation and more about delaying care or avoiding responsibility.

Attached are multiple medical requests currently pending your approval, including a new one from today. These have been sent directly by both myself and the doctor's office to MagnaCare, some of them more than once, and continue to go unanswered.

Meanwhile, my husband's health continues to decline. He currently has zero income and therefore cannot afford the necessary medications or diagnostic tests out of pocket. Please also note that union medical coverage is no longer available to him or our family,  it expired as a direct result of this injury and your decision to delay or deny benefits.

We remain open to mediation if that will lead to a fair resolution. However, we will not submit to indefinite medical privacy violations or tolerate further stalling at the expense of his health and dignity.

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 43 of 195 PageID #: 113

Now you ALL know. I pray someone cares enough to act.

Regards,

The Stones

📷 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
✉ samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Mon, Oct 6, 2025, 3:14 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Hello All,

Following up on this email to see if either the Stones, or Broadspire would like to escalate this decision to mediation.

Please note, if this does not escalate to mediation, no further action will be taken on this claim pending the productions of signed HIPPA releases as requested by Broadspire. While care will be authorized "without prejudice", meaning liability is not accepted, the payment of the services will be denied pending a determination of whether the claim is accepted, which will require the HIPPA release in order to determine.

The request for an MRI of the shoulder is being reviewed for authorization without prejudice. Please note requests must be sent direclty to MagnaCare in the future.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@ vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached. If mediation is unsuccessful, the case would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review. If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.

Thanks,
James

<image005.jpg>

James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 46 of 195 PageID #: 110

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived. This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**13 attachments**



image001.png
5K

image002.png
1K

image003.png
2K

image004.png
2K

image002.png
1K



image001.png
5K

image002.png
1K

image004.png
2K

image004.png
2K



image001.png
5K

image003.png
2K


**image003.png**
2K

**daddy medical poa 10-Oct-2025 14-05-06.pdf**
1885K

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 48 of 195 PageID #: 118

 **Gmail**                                    Samantha Stone <samanthastone5910@gmail.com>

---

## Authorization for Samantha Stone to Act on My Behalf

1 message

---

**Andrew Stone** <andrewstone5910@gmail.com>                          Fri, Oct 10, 2025 at 2:10 PM
To: Samantha Stone <samanthastone5910@gmail.com>
Cc: Marc Gnesin <marc.gnesin@nfp.com>, Paul O'Connor <poconnor@ualocal1.org>, Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Dear Mr. Gnesin and Team,

I, Andrew Stone, hereby authorize my wife, Samantha Stone, to act on my behalf regarding all matters related to my workers' compensation claim, including communications, medical record coordination, scheduling, and documentation.

Due to my ongoing medical recovery, I prefer that all correspondence and communication be directed to Samantha Stone in writing. She is fully authorized to receive information and respond for me as needed.

Please update your records to reflect this authorization effective immediately. Kindly acknowledge receipt of this email.

Sincerely,
Andrew Stone
Andrewstone5910@gmail.com

On Thu, Oct 9, 2025, 9:28 PM Samantha Stone <samanthastone5910@gmail.com> wrote:
No problem with your belief, you will have both by end of business day  tomorrow.  Be advised accordingly.

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 9:07 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

I believe either Mr. Stone will have to confirm this directive himself, or you will have to provide his authorization via power of attorney.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 8:49 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Paul O'Connor <poconnor@ualocal1.org>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Andrew Stone – Authorized Point of Contact

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Gnesin and Team,

Please note for the record that all communications related to Andrew Stone's claim, medical scheduling, and record retrieval are to be directed through me (Samantha Stone) in writing.

Mr. Stone is under medical recovery and not in condition to field phone calls or manage administrative discussions. He has authorized me to handle all correspondence on his behalf.

Please confirm acknowledgment of this communication policy so that there are no further direct outreach attempts to him by phone or otherwise.

Respectfully,

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 8:22 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Case 1:25-cv-05943-DG-VMS    Document 12-2    Filed 10/20/25    Page 50 of 195 PageID #: 120

Firstly, in terms of the MRI authorization, MagnaCare attempted several times to contact Mr. Stone today to set up the appointments which are granted without prejudice. Mr. Stone, please return MagnaCare's call to set up the appointments.

Ms. Stone,

Your proclamations regarding "misrepresentations" are inaccurate. I disagree with what you have said below and much of you have characterized how this process has played out for you. I have been working diligently in the last several days to move things along for you. I will continue to do this in my role as program administrator.

As I was attemping to help you over the last few days I asked for a status update from Broadspire regarding the record retrieval. I was provided the below highlighted update yesterday which I promptly informed you while paraphrasing/indicating "many" of the providers were in the process of mailing the records. I did not say "all the providers" or misrepresent anything as you indicated in the inaccurate subject line you fabricated below.

**JFK Hospital:** Records were mailed out, should receive with the week.

**Bayshore Hospital:** Records were mailed out, should receive within the week.

**Dr Bazerbashi:** Originally requested through Bayshore, but it was not included in the mailed records. We reached out to his clinic to see if we can get those records through them as soon as possible.

**Physical Therapy:** Physical therapy records from JFK Hospital included in records. Status says they are being mailed.

**CVS:** Denied because signed release for a few reasons. They did not have a signature to release prescriptions relating to mental health, HIV, or Drug/Alcohol treatment. They are further requesting a letter of authorization from Broadspire. If you could send us a LOA to retrieve these on your behalf, we would be happy to reach out again.

I presume Dr. Bazerbashi is who you are stating contacted you. What you indicated below seems to be inline with what was relayed to me in the above. Again, your accusations that anything nefarious is taking place is inaccurate and frankly not likley to have any impact on the determination of Mr. Stone's claim compensability. I reiterate, the burden is on the claimant to provide medical evidence linking an injury to work activity. It is not Broadspire's obligations to retrieve that evidence for you. They have done so as a courtesy. If you had simply provided the records on your own as we advised you to in the ombudsperson hearing this process would be well advanced.

At this time I am going to refrain from engaging in this type of discourse with you moving forward. I look forward to the mediation and hope you are able to settle this claim during that process.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

Case 1:25-cv-05943-DG-VMS     Document 1-2     Filed 10/23/25     Page 51 of 195 PageID
#: 121

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com





**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 4:46 PM
**To:** Paul O'Connor <poconnor@ualocal1.org>
**Cc:** Marc Gnesin <marc.gnesin@nfp.com>; Steve Kokulak <skokulak@magnacare.com>; James Durgana
<james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone
<andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel
Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr
<tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante
<sinterrante@vantageairportgroup.com>
**Subject:** Urgent Update – Misrepresentation of Record Retrieval Activity

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open
> attachments unless you recognize the sender and know the content is safe.

Dear Mr. Gnesin and Team,

Today, October 9th, I received a call from my husband's doctor's office confirming that Digicare only just contacted them today to request medical records related to Andrew Stone's May 13, 2025 injury.

This directly contradicts your prior statements on October 8–9, 2025, claiming that "records were in the mail" and that the HIPAA release was already being utilized. It is now clear that these statements were inaccurate, and that the delay in this process was due to inaction on Broadspire's part, not any lack of authorization from us.

Please explain this discrepancy in writing, as we intend to include this communication and the timeline as part of our mediation and case record.

Regards,

Samantha Stone

📧 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974

samantha.stone@expcommercial.com

🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Thu, Oct 9, 2025, 8:16 AM Paul O'Connor <poconnor@ualocal1.org> wrote:

Received

Thank You

Paul O'Connor

Business Manager

UA Plumbers and Gas Fitters Local 1

(718) 738-7500

www.ualocal1.org

On Oct 9, 2025, at 5:56 AM, Marc Gnesin <marc.gnesin@nfp.com> wrote:

Good Morning,

As mentioned, AAA will be reaching out shortly with potential dates. I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Wednesday, October 8, 2025 10:57 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Steve Kokulak <SKokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@ choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Response to Compensability Decision – Andrew Stone

> **ATTENTION - EXTERNAL EMAIL -** The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use. No party ever denied having the original limited lease you provided. It was provided timely. A short time after that the broader release was requested as Mr. Stone has a comorbidity that appears to be very relevant to the question of compensability. I misunderstood your below email indicating the release was sent to mean that you had also sent a broader release.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith. The claim was denied on the basis that there was specific medical evidence from Jamaica hospital indicating a syncope event took place on Mr. Stone's lunch break, while sitting on a barrier and not conducting a work activity. In worker's compensation, the burden is on the claimant to present medical evidence in support of their claim. As of this moment, that has not been done. Broadspire has shown good faith in attempting to retrieve those records from the other medical facilities. Those records will be crucial in validating the claim of a work-related injury.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury. This request was made just shortly after you provided the limited HIPPA release. The request is standard and we

Case 1:25-cv-05943-DG-VMS Document 1-2 Filed 10/23/25 Page 54 of 195 PageID #: 124

believe would be ordered by a judge should your case be in the traditional workers' compensation system. Please be reminded that you spoke with Mr. Durgana on June 2nd about pursuing a dispute of the denied claim. It was not until over a month later that you engaged in that process.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law. This is standard practice in workers' compensation. It allows for medical care to be authorized while compensability is in question. This is not conditioning care on a waiver of liability. It is authorizing care, while liability is being determined, without promise of a payment unless the claim is found to be compensable.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation. Again, I want to emphasize that the burden of proof is on the claimant to present medical evidence which connects causality between the injury and the workplace. That has not yet been done. In the traditional WC system, you would have a similar outcome to present without medical evidence, except that there might be more finality at this stage in time. The decisions made by Mr. Durgana and the lack of objection by Broadspire have been amicable and good faith in providing a substantial amount of time to retrieve medical evidence from the other providers you sought care from. Unfortunately, this process can be elongated. As I mentioned to you during the Ombudsperson hearing, any thing you can do to obtain and provide those medical records will help move the case forward.

Please confirm the scheduled date and time for mediation so that we may proceed.

Sincerely,

Samantha Stone

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Wed, Oct 8, 2025, 10:06 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Mr. and Mrs. Stone,

Please note that this case has been escalated to mediation per your indication to the Union on October 7th. I do believe Mediation will be a great opportunity for you obtain the outcome you are looking for and if not then, arbitration with the presence of legal counsel can then be utilized.

The parties will be receiving a notice from American Arbitration Association in the coming days regarding the Mediator and date selection. As this dispute has now escalated beyond the Ombudsperson stage, Mr. Durgana will no longer be utilized to resolve the dispute.

The mediator will request that both parties provide a confidential pre-mediation statement and will work amicably in hopes of settling this matter.

In terms of the attached medical request. I confirmed with MagnaCare that they had not received any requests from any doctors related to your claims for an MRI. However, they did confirm that Dr. Zimmerman is in network and both MRI's are in the process of being scheduled without prejudice at this time. Our understanding is that the company retained by Broadspire to obtain medical reports from the provider utilizing the limited HIPPA release you provided are in process and while they cannot guarantee timing, they have been advised by the provider that many of the reports are in the mail and they should be received within a week.

Thank you.

Marc Gnesin

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

Case 1:25-cv-05943-DG-VMS Document 1-2 Filed 10/23/25 Page 56 of 195 PageID #: 126

**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak <SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email. Can you please submit the HIPPA authorization you are referencing that covered all medical records up to 12/31/2025? It does not appear that was received.

@Steve Kokulak please look into the requests that Ms. Stone is referencing are being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation, and if no resolution there, eventually Arbitration where you will have a final decision on this matter and closure. This would be the speediest path to ensure you have a definitive outcome in this case. Please confirm and we will begin the process of setting up a mediation.

Marc Gnesin

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 57 of 195 PageID #: 127

\<image004.png\>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Monday, October 6, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup. com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Re: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello,

We are reviewing your continued request for a HIPAA release. However, please note that we have already provided a HIPAA authorization covering medical records up to 12/31/2025 , a full five-year window. Considering the injury occurred on May 13, 2025, any request for broader access appears unreasonable, invasive, and irrelevant to the timeline of care.

Additionally, Broadspire denied the claim at the outset, which clearly signaled an intent not to engage in good faith. Now requesting more medical records seems less about claim evaluation and more about delaying care or avoiding responsibility.

Attached are multiple medical requests currently pending your approval, including a new one from today. These have been sent directly by both myself and the doctor's office to MagnaCare, some of them more than once, and continue to go unanswered.

Meanwhile, my husband's health continues to decline. He currently has zero income and therefore cannot afford the necessary medications or diagnostic tests out of pocket. Please also note that union medical coverage is no longer available to him or our family,  it expired as a direct result of this injury and your decision to delay or deny benefits.

We remain open to mediation if that will lead to a fair resolution. However, we will not submit to indefinite medical privacy violations or tolerate further stalling at the expense of his health and dignity.

Case 1:25-cv-05943-DG-VMS   Document 1-2   Filed 10/23/25   Page 58 of 195 PageID #: 128

Now you ALL know. I pray someone cares enough to act.

Regards,

The Stones

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Mon, Oct 6, 2025, 3:14 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Hello All,

Following up on this email to see if either the Stones, or Broadspire would like to escalate this decision to mediation.

Please note, if this does not escalate to mediation, no further action will be taken on this claim pending the productions of signed HIPPA releases as requested by Broadspire. While care will be authorized "without prejudice", meaning liability is not accepted, the payment of the services will be denied pending a determination of whether the claim is accepted, which will require the HIPPA release in order to determine.

The request for an MRI of the shoulder is being reviewed for authorization without prejudice. Please note requests must be sent direclty to MagnaCare in the future.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@ vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached. If mediation is unsuccessful, the case would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review. If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.

Thanks,
James

<image005.jpg>

James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**4 attachments**

image004.png
2K



image001.png
5K

image002.png
1K

image003.png
2K

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

## Andrew Stone
1 message

**Marc Gnesin** <marc.gnesin@nfp.com>                                      Thu, Oct 9, 2025 at 8:22 PM
To: Samantha Stone <samanthastone5910@gmail.com>, Paul O'Connor <poconnor@ualocal1.org>
Cc: Steve Kokulak <skokulak@magnacare.com>, James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, Andrew Stone <andrewstone5910@gmail.com>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, Steven Interrante <sinterrante@vantageairportgroup.com>

Firstly, in terms of the MRI authorization, MagnaCare attempted several times to contact Mr. Stone today to set up the appointments which are granted without prejudice.  Mr. Stone, please return MagnaCare's call to set up the appointments.

Ms. Stone,

Your proclamations regarding "misrepresentations" are inaccurate.  I disagree with what you have said below and much of you have characterized how this process has played out for you.   I have been working diligently in the last several days to move things along for you.  I will continue to do this in my role as program administrator.

As I was attemping to help you over the last few days I asked for a status update from Broadspire regarding the record retrieval.  I was provided the below highlighted update yesterday which I promptly informed you while paraphrasing/indicating "many" of the providers were in the process of mailing the records.  I did not say "all the providers" or misrepresent anything as you indicated in the inaccurate subject line you fabricated below.

**JFK Hospital:** Records were mailed out, should receive with the week.

**Bayshore Hospital:** Records were mailed out, should receive within the week.

**Dr Bazerbashi:** Originally requested through Bayshore, but it was not included in the mailed records. We reached out to his clinic to see if we can get those records through them as soon as possible.

**Physical Therapy**: Physical therapy records from JFK Hospital included in records. Status says they are being mailed.

**CVS:** Denied because signed release for a few reasons. They did not have a signature to release prescriptions relating to mental health, HIV, or Drug/Alcohol treatment. They are further requesting a letter of authorization from Broadspire. If you could send us a LOA to retrieve these on your behalf, we would be happy to reach out again.

I presume Dr. Bazerbashi is who you are stating contacted you.  What you indicated below seems to be inline with what was relayed to me in the above.  Again, your accusations that anything nefarious is taking place is inaccurate and frankly not likley to have any impact on the determination of Mr. Stone's claim compensability.  I reiterate, the burden is on the claimant to provide medical evidence linking an injury to work activity.  It is not Broadspire's obligations to retrieve that evidence for you.  They have done so as a

courtesy.  If you had simply provided the records on your own as we advised you to in the ombudsperson hearing this process would be well advanced.

At this time I am going to refrain from engaging in this type of discourse with you moving forward.  I look forward to the mediation and hope you are able to settle this claim during that process.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 |  F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com



From: Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, October 9, 2025 4:46 PM
**To:** Paul O'Connor <poconnor@ualocal1.org>
**Cc:** Marc Gnesin <marc.gnesin@nfp.com>; Steve Kokulak <skokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Urgent Update – Misrepresentation of Record Retrieval Activity

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Gnesin and Team,

Today, October 9th, I received a call from my husband's doctor's office confirming that Digicare only just contacted them today to request medical records related to Andrew Stone's May 13, 2025 injury.

This directly contradicts your prior statements on October 8–9, 2025, claiming that "records were in the mail" and that the HIPAA release was already being utilized. It is now clear that these statements were inaccurate, and that the delay in this process was due to inaction on Broadspire's part, not any lack of authorization from us.

Please explain this discrepancy in writing, as we intend to include this communication and the timeline as part of our mediation and case record.


Regards,

Samantha Stone



📷 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**
📍 eXp Commercial
📞 718-916-5974
📧 samantha.stone@expcommercial.com
🔗 **Find Your Ideal Industrial/Retail Space:** Click Here


On Thu, Oct 9, 2025, 8:16 AM Paul O'Connor <poconnor@ualocal1.org> wrote:

Received

Thank You

Paul O'Connor

Business Manager

UA Plumbers and Gas Fitters Local 1

(718) 738-7500

www.ualocal1.org


On Oct 9, 2025, at 5:56 AM, Marc Gnesin <marc.gnesin@nfp.com> wrote:


Good Morning,


As mentioned, AAA will be reaching out shortly with potential dates. I am providing a few comments on your below email in hopes of clearing up any misconceptions over workers' compensation and ADR in general.


**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Wednesday, October 8, 2025 10:57 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** Steve Kokulak <SKokulak@magnacare.com>; James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@ vantageairportgroup.com>
**Subject:** Response to Compensability Decision – Andrew Stone

---

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear [Claims Administrator / ADR / Broadspire],

We are in receipt of your emails regarding the compensability decision. It is important to note the following:

1. A HIPAA authorization covering all relevant medical records through 12/31/2025 was provided shortly after it was requested during the appeals call, sent directly to James Durgana with others copied on the correspondence. The very fact that your office later requested broader date ranges confirms that the HIPAA release was already received, otherwise, there would have been no basis for requesting expanded timeframes. Your own correspondence further confirms that Broadspire's vendor is "utilizing the limited HIPAA release you provided" to obtain medical reports, which is proof of receipt and use. No party ever denied having the original limited lease you provided. It was provided timely. A short time after that the broader release was requested as Mr. Stone has a comorbidity that appears to be very relevant to the question of compensability. I misunderstood your below email indicating the release was sent to mean that you had also sent a broader release.

2. My husband's injury occurred on May 13, 2025, and was immediately documented. The claim was denied before any request for additional evidence was made, demonstrating a clear intent from the outset not to cooperate in good faith. The claim was denied on the basis that there was specific medical evidence from Jamaica hospital indicating a syncope event took place on Mr. Stone's lunch break, while sitting on a barrier and not conducting a work activity. In worker's compensation, the burden is on the claimant to present medical evidence in support of their claim. As of this moment, that has not been done. Broadspire has shown good faith in attempting to retrieve those records from the other medical facilities. Those records will be crucial in validating the claim of a work-related injury.

3. The demand for expanded medical access now, months after the initial denial, appears to be a tactic to delay and obstruct rather than a legitimate step toward determining compensability. The requested scope is unreasonably invasive and irrelevant to the date of injury. This request was made just shortly after you provided the limited HIPPA release. The request is standard and we believe would be ordered by a judge should your case be in the traditional workers' compensation system. Please be reminded that you spoke with Mr. Durgana on June 2nd about pursuing a dispute of the denied claim. It was not until over a month later that you engaged in that process.

4. The phrase "authorization without liability" is noted and deeply concerning. Conditioning essential medical care on a waiver of liability is a unilateral limitation of my husband's rights and may constitute bad faith handling and retaliation under workers' compensation and privacy law. This is standard practice in workers' compensation. It allows for medical care to be authorized while compensability is in question. This is not conditioning care on a waiver of liability. It is authorizing care, while liability is being determined, without promise of a payment unless the claim is found to be compensable.

We are open to mediation, and we appreciate confirmation that the matter has been escalated through the American Arbitration Association. However, we maintain that Broadspire's conduct, including denial prior to evidence review, repeated demands for excessive HIPAA releases, and disregard of previously submitted documentation ,constitutes deliberate obstruction of My husband's rights to both care and compensation. Again, I want to emphasize that the burden of proof is on the claimant to present medical evidence which connects causality between the injury and the workplace. That has not yet been done. In the traditional WC system, you would have a similar outcome to present without medical evidence, except that there might be more finality at this stage in time. The decisions made by Mr. Durgana and the lack of objection by Broadspire have been amicable and good faith in providing a substantial amount of time to retrieve medical evidence from the other providers you sought care from. Unfortunately, this process can be elongated. As I mentioned to you during the Ombudsperson hearing, any thing you can do to obtain and provide those medical records will help move the case forward.

Please confirm the scheduled date and time for mediation so that we may proceed.

Sincerely,

Samantha Stone

📧 **Samantha Stone**
🏢 **Commercial Real Estate Advisor**

📍 eXp Commercial

📞 718-916-5974

✉️ samantha.stone@expcommercial.com

🔗 **Find Your Ideal Industrial/Retail Space:** Click Here

On Wed, Oct 8, 2025, 10:06 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Mr. and Mrs. Stone,

Please note that this case has been escalated to mediation per your indication to the Union on October 7th. I do believe Mediation will be a great opportunity for you obtain the outcome you are looking for and if not then, arbitration with the presence of legal counsel can then be utilized.

The parties will be receiving a notice from American Arbitration Association in the coming days regarding the Mediator and date selection. As this dispute has now escalated beyond the Ombudsperson stage, Mr. Durgana will no longer be utilized to resolve the dispute.

The mediator will request that both parties provide a confidential pre-mediation statement and will work amicably in hopes of settling this matter.

In terms of the attached medical request. I confirmed with MagnaCare that they had not received any requests from any doctors related to your claims for an MRI. However, they did confirm that Dr. Zimmerman is in network and both MRI's are in the process of being scheduled without prejudice at this time. Our understanding is that the company retained by Broadspire to obtain medical reports from the provider utilizing the limited HIPPA release you provided are in process and while they cannot guarantee timing, they have been advised by the provider that many of the reports are in the mail and they should be received within a week.

Thank you.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Marc Gnesin
**Sent:** Tuesday, October 7, 2025 6:20 AM
**To:** 'Samantha Stone' <samanthastone5910@gmail.com>; Steve Kokulak <SKokulak@magnacare.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@ choosebroadspire.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

Hi Ms. Stone,

Thank you for your email.  Can you please submit the HIPPA authorization you are referencing that covered all medical records up to 12/31/2025? It does not appear that was received.

@Steve Kokulak please look into the requests that Ms. Stone is referencing are being sent to MagnaCare and going unanswered.

Ms. Stone, it sounds like it would make sense to escalate this dispute to mediation, and if no resolution there, eventually Arbitration where you will have a final decision on this matter and closure.   This would be the speediest path to ensure you have a definitive outcome in this case.  Please confirm and we will begin the process of setting up a mediation.

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image002.png>

<image003.png>

<image004.png>

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Monday, October 6, 2025 9:28 PM
**To:** Marc Gnesin <marc.gnesin@nfp.com>
**Cc:** James Durgana <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>; Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup.com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** Re: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6 Escalation to Mediation & HIPAA Request

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We are reviewing your continued request for a HIPAA release. However, please note that we have already provided a HIPAA authorization covering medical records up to 12/31/2025 , a full five-year window. Considering the injury occurred on May 13, 2025, any request for broader access appears unreasonable, invasive, and irrelevant to the timeline of care.

Additionally, Broadspire denied the claim at the outset, which clearly signaled an intent not to engage in good faith. Now requesting more medical records seems less about claim evaluation and more about delaying care or avoiding responsibility.

Attached are multiple medical requests currently pending your approval, including a new one from today. These have been sent directly by both myself and the doctor's office to MagnaCare, some of them more than once, and continue to go unanswered.

Meanwhile, my husband's health continues to decline. He currently has zero income and therefore cannot afford the necessary medications or diagnostic tests out of pocket. Please also note that union medical coverage is no longer available to him or our family,  it expired as a direct result of this injury and your decision to delay or deny benefits.

We remain open to mediation if that will lead to a fair resolution. However, we will not submit to indefinite medical privacy violations or tolerate further stalling at the expense of his health and dignity.

Now you ALL know. I pray someone cares enough to act.

Regards,

The Stones

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

On Mon, Oct 6, 2025, 3:14 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

Hello All,

Following up on this email to see if either the Stones, or Broadspire would like to escalate this decision to mediation.

Please note, if this does not escalate to mediation, no further action will be taken on this claim pending the productions of signed HIPPA releases as requested by Broadspire. While care will be authorized "without prejudice", meaning liability is not accepted, the payment of the services will be denied pending a determination of whether the claim is accepted, which will require the HIPPA release in order to determine.

The request for an MRI of the shoulder is being reviewed for authorization without prejudice. Please note requests must be sent direclty to MagnaCare in the future.

Marc Gnesin

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** Gnesin, Marc
**Sent:** Thursday, September 25, 2025 5:41 AM
**To:** 'James Durgana' <james@durganalaw.com>; Kelly Morseon <Kelly.Morseon@ choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; JOHN GIRARDI <jgirardi@vantageairportgroup. com>; Steven Interrante <sinterrante@vantageairportgroup.com>
**Subject:** RE: Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6

Good Morning,

To be clear, due to the lack of medical evidence, no decision can be issued regarding compensability. As such the present status of this case is that no payments will be made to Mr. Stone for lost time, or Mr. Stones medical providers for medical care rendered in relation to this incident. Care will continue to be authorized without liability, meaning payment will not be issued for care pending a determination of compensability.

If either Mr. Stone or Broadspire has any objection to the decision, please respond to this email within 30 days and the case will be escalated to mediation to see if a settlement can be reached. If mediation is unsuccessful, the case would then escalate to binding arbitration at which point legal representation may be present for both parties and an arbitrator will make a final decision regarding compensability. .

**Marc Gnesin**

ADR Leader | Senior Vice President

NFP Construction & Infrastructure

200 Park Avenue | 32nd Floor | New York, NY 10166

P: 646.925.8449 | M: 201.563.0523 | F: 631.223.4286 | marc.gnesin@nfp.com | NFP.com

<image001.png>

<image002.png>

<image003.png>

<image004.png>

**From:** James Durgana <james@durganalaw.com>
**Sent:** Thursday, September 25, 2025 5:04 AM
**To:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>; Andrew Stone <andrewstone5910@gmail.com>
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>; Steve Kokulak <SKokulak@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>
**Subject:** Supplemental Dispute Resolution Hearing Decision: Andrew Stone 190606032 // T6
**Importance:** High

---

ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good Morning,

Attached please find a Supplemental Dispute Resolution Hearing Decision regarding the requested HIPAAs for your review.  If any party objects to the Supplemental Dispute Resolution Hearing Decision, please let me know prior to October 25, 2025.

Thanks,
James

<image005.jpg>

James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender

immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

Thanks,
James

**From:** Samantha Stone <samanthastone5910@gmail.com>
**Sent:** Thursday, May 22, 2025 6:03 PM
**To:** James Durgana <james@durganalaw.com>
**Subject:** Urgent Clarification Needed – Andrew Stone Case #190606032

Hi James,

Thank you for your response. To clarify, you mentioned the claim is still being discussed between the adjuster and the employer, but there is no indication of denial. At the same time, you confirmed that Andrew will continue to receive necessary medical treatment.

Given that, I respectfully request clarification on the following points:

1. **Is medical coverage currently active and approved for home health aide services, pending final claim approval?**
2. **What specific documentation is still needed to move forward with approving the home aide?**
3. **Has the adjuster made a formal request for the neurosurgical records? If not, who is responsible for initiating that?**

Andrew's neurosurgeon and primary doctor have already submitted scripts for in-home care, and the hospital has indicated they are ready to begin services. Delaying this support any further risks his recovery and puts an unnecessary burden on our family.

Please confirm what steps are being taken today to move this forward. If the claim is under review but medical treatment is allowed to continue, then a delay in starting home care is not justifiable.

I'm happy to assist with any record retrieval if I know exactly what's needed and where it should be sent. I appreciate your urgent attention to this matter. Im happy to reach out to the adjuster as well.

Best regards,
**Samantha Stone**

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

Case 1:25-cv-05943-DG-VMS   Document 1-2   Filed 10/22/25   Page 75 of 195 PageID #: 145

 **Gmail**

**Samantha Stone <samanthastone5910@gmail.com>**

## URGENT: Still No Medical Records – Andrew Stone Claim #190606032

**Samantha Stone** <samanthastone5910@gmail.com>      Fri, May 23, 2025 at 9:15 AM
To: James Durgana <james@durganalaw.com>
Cc: Kelly.Morseon@choosebroadspire.com

Hi James,

Thank you for your previous update. However, we were told yesterday that the hospital records would be received "shortly," and as of today, there is still no confirmation that they've arrived or been reviewed.

This ongoing delay is placing an **unnecessary burden on our family** and creating a **real risk to Andrew's recovery**. He is in a vulnerable post-operative state, and without the home health aide support already prescribed by both his neurosurgeon and primary doctor, his healing process is being compromised.

Please advise immediately:

1. Have the hospital records been received yet — yes or no?

2. If not, who exactly is responsible for obtaining them?

3. What actionable steps can I take **right now** to ensure the claim is not stalled another day?

We're doing everything on our end to cooperate. I urgently need clarity so I can either get the records sent myself or confirm they're in your hands.

Thank you,


~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate


On Fri, May 23, 2025, 4:43 AM James Durgana <james@durganalaw.com> wrote:

> Good Morning Samantha,
>
>
> 1. Medical treatment is still being permitted, but a home health aide is different than medical treatment. For the home health aide, (1) a decision as to whether the claim will be accepted or denied must be made by the insurance carrier and (2) the hospital records must be reviewed to determine if a home health aide is permitted via workers compensation.
> 2. The hospital records should be received shortly. At that point, a decision will likely be made as to whether the claim will be accepted or denied.
> 3. MagnaCare usually requests all medical records.
>
>
> As soon as I have an update, I'll let you know.

10/22/25, 2:55 PM                                    Gmail - Correction to Case Record – Name of Claimant (Case No. 01-25-0005-0636)

 **Gmail**                                                          Samantha Stone <samanthastone5910@gmail.com>

## Correction to Case Record – Name of Claimant (Case No. 01-25-0005-0636)

**Samantha Stone <samanthastone5910@gmail.com>**                           Sun, Oct 19, 2025 at 11:32 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: FrankBinda@adr.org, Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>, Steven Interrante
<sinterrante@vantageairportgroup.com>, Paul O'Connor <poconnor@ualocal1.org>, Crystal Staley-Phillips
<crystal.staleyphillips@nfp.com>, Andrew Stone <andrewstone5910@gmail.com>, Kelly Morseon
<kelly.morseon@choosebroadspire.com>, Marjorie Richemard <mrichemard@richemardlaw.com>, JOHN GIRARDI
<jgirardi@vantageairportgroup.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>

Dear Mr. Binda,

Thank you for the mediation notice dated October 17, 2025.
Please note that the claimant's legal name is Andrew K. Stone, not Kevin A. Stone, as appears on the current case
caption and distribution list.

Kindly correct the record to reflect the accurate name:

Andrew K. Stone
Claim #: 190606032-001
Date of Incident: May 13, 2025


This correction ensures proper alignment with all existing filings, HIPAA authorizations, and the notarized Power of
Attorney on file.

Please confirm once this update has been made in the AAA case record.

Thank you for your prompt attention to this matter.

On Sun, Oct 19, 2025, 8:18 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

> From: FrankBinda@adr.org <FrankBinda@adr.org>
> Sent: Friday, October 17, 2025 4:05 PM
> To: rachel.montinarelli@choosebroadspire.com; sinterrante@vantageairportgroup.com; poconnor@ualocal1.org
> Cc: Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; andrewstone5910@gmail.com; kelly.morseon@
> choosebroadspire.com; mrichemard@richemardlaw.com; Marc Gnesin <marc.gnesin@nfp.com>;
> jgirardi@vantageairportgroup.com; tkinirons@ualocal1.org; samanthastone5910@gmail.com
> Subject: Kevin Stone v. Mace Plumbing (JMP Millenium Partners OCIP) - Case 01-25-0005-0636

> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or
> open attachments unless you recognize the sender and know the content is safe.

> Hello,

> Please review the attached correspondence regarding the above-referenced case.

> Feel free to contact me with any questions, comments or concerns you have related to this matter.

> Thank you.
> This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not
> an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate

any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

# EXHIBIT

# B

Case 1:25-cv-05943-DG-VMS Document 1-2 Filed 10/23/25 Page 79 of 195 PageID #: 149

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

## Dispute Resolution Hearing: Andrew Stone ▰▰▰▰▰▰▰ // T6 HOLD

**Gnesin, Marc** <marc.gnesin@nfp.com>                    Thu, Jul 10, 2025 at 7:50 PM
To: James Durgana <james@durganalaw.com>, Kelly Morseon <Kelly.Morseon@choosebroadspire.com>, "andrewstone5910@gmail.com" <andrewstone5910@gmail.com>
Cc: "Staley-Phillips, Crystal" <crystal.staleyphillips@nfp.com>, Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>, Steve Kokulak <skokulak@magnacare.com>, Paul O'Connor <poconnor@ualocal1.org>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>, "Mary E. Goszewski" <mgoszewski@magnacare.com>, Samantha Stone <samanthastone5910@gmail.com>

Calendar Hold. A formal dispute description will be sent prior to the meeting

## Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 226 683 091 129 5

Passcode: f58uW2jg



**Dial in by phone**

+1 516-500-8345,,702539658# United States, Nassau

Find a local number

Phone conference ID: 702 539 658#

For organizers: Meeting options | Reset dial-in PIN

**From:** James Durgana <james@durganalaw.com>
**Sent:** Wednesday, July 9, 2025 2:03 PM
**To:** 'Kelly Morseon' <Kelly.Morseon@choosebroadspire.com>; andrewstone5910@gmail.com
**Cc:** Gnesin, Marc <marc.gnesin@nfp.com>; Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>; Steve Kokulak <skokulak@magnacare.com>; Paul O'Connor <poconnor@ualocal1.org>; Thomas Kinirons, Jr <tkinirons@ualocal1.org>; Mary E. Goszewski <mgoszewski@magnacare.com>; Samantha Stone <samanthastone5910@gmail.com>



10/22/25, 2:55 PM

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

## Correction to Case Record – Name of Claimant (Case No. 01-25-0005-0636)

**Samantha Stone <samanthastone5910@gmail.com>**　　　　　Sun, Oct 19, 2025 at 11:32 PM
To: Marc Gnesin <marc.gnesin@nfp.com>
Cc: FrankBinda@adr.org, Rachel Montinarelli <rachel.montinarelli@choosebroadspire.com>, Steven Interrante <sinterrante@vantageairportgroup.com>, Paul O'Connor <poconnor@ualocal1.org>, Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>, Andrew Stone <andrewstone5910@gmail.com>, Kelly Morseon <kelly.morseon@choosebroadspire.com>, Marjorie Richemard <mrichemard@richemardlaw.com>, JOHN GIRARDI <jgirardi@vantageairportgroup.com>, "Thomas Kinirons, Jr" <tkinirons@ualocal1.org>

Dear Mr. Binda,

Thank you for the mediation notice dated October 17, 2025.
Please note that the claimant's legal name is Andrew K. Stone, not Kevin A. Stone, as appears on the current case caption and distribution list.

Kindly correct the record to reflect the accurate name:

Andrew K. Stone
Claim #: 190606032-001
Date of Incident: May 13, 2025


This correction ensures proper alignment with all existing filings, HIPAA authorizations, and the notarized Power of Attorney on file.

Please confirm once this update has been made in the AAA case record.

Thank you for your prompt attention to this matter.

On Sun, Oct 19, 2025, 8:18 PM Marc Gnesin <marc.gnesin@nfp.com> wrote:

> From: FrankBinda@adr.org <FrankBinda@adr.org>
> Sent: Friday, October 17, 2025 4:05 PM
> To: rachel.montinarelli@choosebroadspire.com; sinterrante@vantageairportgroup.com; poconnor@ualocal1.org
> Cc: Crystal Staley-Phillips <crystal.staleyphillips@nfp.com>; andrewstone5910@gmail.com; kelly.morseon@choosebroadspire.com; mrichemard@richemardlaw.com; Marc Gnesin <marc.gnesin@nfp.com>; jgirardi@vantageairportgroup.com; tkinirons@ualocal1.org; samanthastone5910@gmail.com
> Subject: Kevin Stone v. Mace Plumbing (JMP Millenium Partners OCIP) - Case 01-25-0005-0636
>
>
> ATTENTION - EXTERNAL EMAIL - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hello,
>
> Please review the attached correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>
> Thank you.
> This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate

Gmail - Correction to Case Record – Name of Claimant (Case No. 01-25-0005-0636)

any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**Samantha Stone**
**Commercial Real Estate Advisor**
eXp Commercial
718-916-5974
samantha.stone@expcommercial.com
**Find Your Ideal Industrial/Retail Space:** Click Here

**Subject:** Dispute Resolution Hearing: Andrew Stone 190606032 / T6
**Importance:** High

---

> **ATTENTION - EXTERNAL EMAIL** - The sender of this email is EXTERNAL to our email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good Afternoon All,

After consideration by Mr. Stone, he would like to move forward with a Dispute Resolution Hearing to address the denial of his workers' compensation claim stemming from an accident on May 13, 2025.

Please provide me with your availability for July 15, 2025 at 9:45AM so that we can schedule the Dispute Resolution Hearing.

**Mary:** Please provide me with the full medical chart for Mr. Stone.

Thanks,

James



James V. Durgana

Durgana Law, LLC

175 Fairfield Ave.-Suite 3D

West Caldwell, NJ 07006

james@durganalaw.com

(732) 770-3075

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

**AMERICAN ARBITRATION ASSOCIATION**
**Notice of Virtual Mediation Conference**

October 17, 2025

Paul O'Connor
UA Local 1
50-02 Fifth Street 2nd Floor
Long Island City, NY 11101
Via Email to: poconnor@ualocal1.org

Steven Interrante
Mace Plumbing
JFK International Airport, Terminal 4
Jamaica, NY 11430
Via Email to: sinterrante@vantageairportgroup.com

Rachel Montinarelli
Broadspire
100 Motor Parkway, Ste 400
Hauppauge, NY 11788
Via Email to: rachel.montinarelli@choosebroadspire.com

Case Number: 01-25-0005-0636

Kevin Stone
-and-
Mace Plumbing (JMP Millenium Partners OCIP)
JFK Terminal 6
-and-
Broadspire
Claim#: 190606032-001. Date of Incident: 05-13-25.

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Date:              **October 31, 2025**
Time:              **12:00 PM** Eastern Time
Comments:          *session to end by 2:00 PM (Eastern)*
                   *AAA to host*

Before:            **Marjorie Richemard**

Frank R Binda - Assistant Vice President
Direct Dial: (401)868-4627
Email: FrankBinda@adr.org

cc:    Marjorie Richemard
       Thomas Kinirons
       Kelly Morseon
       Kevin A. Stone
       John Girardi
       Crystal Staley Phillips
       Samantha Stone
       Marc Gnesin

# EXHIBIT

# C

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███/1962, Legal Sex: M

## Patient

### Demographics

Name: Andrew K Stone
Address: 2███████████r HOLMDEL NJ 07733
Date of birth: ███/1962
Race: Black or African American

Legal sex: Male
Ethnic background: Not of Hispanic, Latino/a, or Spanish Origin

Gender identity: Male
Language: English

Home phone: 718-S███████

### Patient Contacts

#### Patient Contacts

| Name | Relationship | Phone | Roles |
|------|--------------|-------|-------|
| STONE,SAMAMTHA | Spouse | ███████████ | |





JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●, DOB: ●●1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room

## Visit Information

### Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 05/13/2025 1350 | Admit Date/Time: | 05/13/2025 1429 | IP Adm. Date/Time: | | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | | |
| Means of Arrival: | Jh Bls Ambulance | Primary Service: | Emergency Medicine | Secondary Service: | N/A | |
| Transfer Source: | Home | Service Area: | JAMAICA HOSPITAL MEDICAL CTR | Unit: | JHMC EMERGENCY ROOM | |
| Admit Provider: | | Attending Provider: | Hernandez, Aneury, MD | Referring Provider: | | |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| AMA | -- | Leriche, Rose-Marie P., PA | Tue May 13, 2025  6:45 PM | Date: 5/13/2025<br>Patient: Andrew K Stone<br>Admitted: 5/13/2025  2:29 PM<br>Attending Provider: Hernandez, Aneury, MD<br><br>Andrew K Stone has made the decision to leave the current treatment against the advice of Dr. Hernandez/PA Leriche. He has been infor med and understands the inherent risks, including death.  He has decided to accept the responsibility for his decision. Andrew K Stone and all necessary parties have been advised that he may return during any business hours for further evaluation or  treatment. His condition at time of discharge was stable.  Andrew K Stone had current vital signs as follows:<br>BP 130/75  | Pulse 73  | Temp 97.5 °F (36.4 °C) (Oral)  | Resp 18  | Ht 6' 1" (1.854 m)  | Wt 202 lb (91.6 kg) |

### Discharge Information

Date/Time: 05/13/2025 1903   Disposition: Left Against Medical Advice   Destination: Other
Provider: Hernandez, Aneury, MD   Unit: JHMC EMERGENCY ROOM

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Private Doctor | | In 1 day | | |

### Level of Service

| Level of Service |
|---|
| PR EMERGENCY DEPARTMENT VISIT HIGH MDM |

## Reason for Visit

### Chief Complaint

- Back Pain (Pt presented to ER by EMS with c/o lower back pain s/p fall. As per EMS, pt fell off approximately from 2 feet hurting his lower back. T reports he briefly passed out. Pt denies head strike or LOC, denies neck pain, nausea or vomiting)

### Visit Diagnoses

- **Syncope, unspecified syncope type (primary)**
- Injury of back, initial encounter

## Treatment Team

| Provider | Service | Role | Provider | Specialty | From | To |
|---|---|---|---|---|---|---|

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ___9, DOB: ___1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Treatment Team (continued)

| | | Team | | | | |
|---|---|---|---|---|---|---|
| Hernandez, Aneury, MD | Emergency Medicine | Attending | — | Emergency Medicine | 05/13/25 1507 | 05/13/25 1903 |
| Rosario, Alejandra, RN | Emergency Medicine | Registered Nurse | — | Emergency Medicine | 05/13/25 1604 | — |
| Leriche, Rose-Marie P., PA | Emergency Medicine | Physician Assistant | — | Emergency Medicine | 05/13/25 1447 | — |
| Sobers, Ronica, RN | Emergency Medicine | Registered Nurse | — | Emergency Medicine | 05/13/25 1443 | — |

## Patient as-of Visit

### Allergies as of 5/13/2025

Allergies last reviewed by Hatamova, Bahora, RN on 5/13/2025 1428
No Known Allergies

## Immunization Summary
### 5/13/2025

Andrew K Stone
MRN: 2_____

## 05/13/2025 - ED in Jhmc Emergency Room
## Immunizations

PPD RESULTS
No results found for: "PPD"
No results found for: "INDURATION"

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### History as of 5/13/2025

#### Medical History as of 5/13/2025

Medical last reviewed by Hatamova, Bahora, RN on 5/13/2025
None

#### Family History as of 5/13/2025

No documentation.

#### Surgical History as of 5/13/2025

No documentation.

#### Socioeconomic History as of 5/13/2025

##### Socioeconomic as of 5/13/2025

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | — | Black or African American | — |

### Substance & Sexuality History as of 5/13/2025

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ▮▮▮▮, DOB: ▮▮/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Patient as-of Visit (continued)**

**Tobacco Use as of 5/13/2025**

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never Assessed | — | — | — | — |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Unknown | — | — | | |
| Source | | | | |
| — | | | | |

**Problem List** as of 5/13/2025

No documentation.

### ED Provider Note

**ED Provider Notes by Leriche, Rose-Marie P., PA at 5/13/2025 1447**

| | | |
|---|---|---|
| Author: Leriche, Rose-Marie P., PA | Service: Emergency Medicine | Author Type: Physician Assistant |
| Filed: 5/15/2025 2:22 PM | Date of Service: 5/13/2025 2:47 PM | Creation Time: 5/13/2025 2:47 PM |
| Status: Attested | Editor: Leriche, Rose-Marie P., PA (Physician Assistant) | |
| Cosigner: Hernandez, Aneury, MD at 5/18/2025 10:55 PM | | |

**Attestation signed by Hernandez, Aneury, MD at 5/18/2025 10:55 PM**

This patient was primarily seen by the PA/NP with myself available in close proximity for any immediate questions. The patient's history and exam were reviewed by me, as well as all findings. I agree with the PA's final assessment and management plan.

.First Provider Evaluation Time: File (05/13/25 1447)

## History

**Chief Complaint**
Patient presents with
- Back Pain
  *Pt presented to ER by EMS with c/o lower back pain s/p fall. As per EMS, pt fell off approximately from 2 feet hurting his lower back. T reports he briefly passed out. Pt denies head strike or LOC, denies neck pain, nausea or vomiting*

Pt presented to ER by EMS with c/o lower back pain s/p fall. As per EMS, pt fell off approximately from 2 feet hurting his lower back. T reports he briefly passed out. Pt denies head strike or LOC, denies neck pain, nausea or vomiting

62 y.o M with PMHx Diverticulitis presents to ED today s/p syncope and fell. Per pt, at around 12 PM after having lunch got up to walk and collapse for about 3 mins per witnessed, and hit lower back and c/o neck pain. Denies CP, SOB, Palp, dizziness, n/v, n/w.

The history is provided by the patient. No language interpreter was used.

**Loss of Consciousness**
Episode history: **Single**
Most recent episode: **Today**

Printed on 9/25/25 5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████ DOB: ██/██/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**ED Provider Note (continued)**

Duration: **3 minutes**
Progression: **Resolved**
Chronicity: **New**
Relieved by: **None tried**
Ineffective treatments: **None tried**
Associated symptoms: **no anxiety, no confusion, no difficulty breathing, no dizziness, no fever, no focal sensory loss, no headaches, no nausea, no recent fall, no recent injury, no seizures, no shortness of breath, no vomiting** and **no weakness**

No past medical history on file.

No past surgical history on file.

No family history on file.

Review of Systems
Constitutional: Negative for chills and fever.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Positive for syncope.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria, flank pain, frequency, hematuria and urgency.
Musculoskeletal: Positive for back pain.
Skin: Negative.
Neurological: Negative for dizziness, seizures, weakness, light-headedness and headaches.
Psychiatric/Behavioral: Negative for confusion.

**Physical Exam**
BP 130/75 | Pulse 73 | Temp 97.5 °F (36.4 °C) (Oral) | Resp 18 | Ht 6' 1" (1.854 m) | Wt 202 lb (91.6 kg) | SpO2 98% | BMI 26.65 kg/m²

**Physical Exam**
Vitals reviewed.
Constitutional:
    General: He is not in acute distress.
    Appearance: Normal appearance. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
    Head: Normocephalic.
    Right Ear: Hearing and tympanic membrane normal.
    Left Ear: Hearing and tympanic membrane normal.
    Nose: Nose normal.
    Mouth/Throat:
    Lips: Pink.
    Pharynx: Oropharynx is clear. Uvula midline.
    Tonsils: No tonsillar exudate or tonsillar abscesses. 0 on the right. 0 on the left.
Neck:
    Comments: **C-collar in place**
Cardiovascular:
    Rate and Rhythm: Normal rate and regular rhythm.

Printed on 9/25/25 5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: •••••319, DOB: ••••1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**ED Provider Note (continued)**

Pulses: Normal pulses.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is flat. Bowel sounds are normal.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness. There is no right CVA tenderness or left CVA tenderness.
Musculoskeletal:
  Cervical back: Bony tenderness present. Spinous process tenderness present. No muscular tenderness.
  Comments: **t**
Skin:
  General: Skin is warm.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.

**Assessment**
62 y.o M in ED today s/p syncopal episode this PM with lower back pain.
-Syncope

**Plan**
Ecg, FS, labs, imaging, IVF
Med
Reassess
Labs/imaging results reviewed and disc with pt
Pending Head and lumbar cts

4:55 PM, spoke with med director Ms. Nadeem Mir at 917 833 0007 regarding pt's condition
Pt unable to wait for his cts wants to leave AMA
Pt understands the risks of leaving AMA including death and changes in daily activities
AMA form disc
AMA form signed
Will dc hm with strict return precautions
Vss
Follow up with your private doctor in 1 day
Take Tylenol for pain
Cold compresses every 8 hrs for 20 mins for 24 hrs then warm compresses
Return to ED immediately for any concerns

**ED Critical Care Documentation**

**ED Course**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**ED Provider Note (continued)**

**Hand Off**

**Procedures**

**MDM**
**Number of Diagnoses or Management Options**
Injury of back, initial encounter: new and requires workup
Syncope, unspecified syncope type: new and requires workup

**Amount and/or Complexity of Data Reviewed**
Clinical lab tests: reviewed and ordered
Tests in the radiology section of CPT®: reviewed and ordered
Tests in the medicine section of CPT®: ordered and reviewed
Discuss the patient with other providers: yes

**Risk of Complications, Morbidity, and/or Mortality**
Presenting problems: moderate

Leriche, Rose-Marie P., PA
05/15/25 1422

Hernandez, Aneury, MD
05/18/25 2255

Electronically signed by Leriche, Rose-Marie P., PA at 5/15/2025  2:22 PM
Electronically signed by Hernandez, Aneury, MD at 5/18/2025 10:55 PM

**ED Notes**

**ED Notes by Sobers, Ronica, RN at 5/13/2025 1450**

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### ED Notes (continued)

| | | |
|---|---|---|
| Author: Sobers, Ronica, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 5/13/2025 2:54 PM | Date of Service: 5/13/2025 2:50 PM | Creation Time: 5/13/2025 2:50 PM |
| Status: Signed | Editor: Sobers, Ronica, RN (Registered Nurse) | |

Patient is A04 and presents to the ED for lower back pain. Patient had + LOC at work while stretching. Patient hit the left side of his head. Breathing even and unlabored. Patient follows commands and moves all extremities. No acute distress. Plan of care ongoing.

Electronically signed by Sobers, Ronica, RN at 5/13/2025 2:54 PM

### ED Notes by Rosario, Alejandra, RN at 5/13/2025 1900

| | | |
|---|---|---|
| Author: Rosario, Alejandra, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 5/13/2025 7:03 PM | Date of Service: 5/13/2025 7:00 PM | Creation Time: 5/13/2025 7:00 PM |
| Status: Signed | Editor: Rosario, Alejandra, RN (Registered Nurse) | |

Patient presents to ED c/o syncopal episode and backache s/p fall. Patient A&Ox3. Breathing even and unlabored on room air. Skin warm and dry. Abdomen soft, non tender. ROM to all extremities within normal limits. Medications administered as ordered. Patient states he can't continue to wait for CT. Patient leaving AMA, paperwork done by PA Leriche. Patient with steady ambulation.

Electronically signed by Rosario, Alejandra, RN at 5/13/2025 7:03 PM

### Clinical Notes

#### Discharge Instructions

##### Leriche, Rose-Marie P., PA at 5/13/2025 1851

| | | |
|---|---|---|
| Author: Leriche, Rose-Marie P., PA | Service: — | Author Type: Physician Assistant |
| Filed: 5/15/2025 2:22 PM | Date of Service: 5/13/2025 6:51 PM | Creation Time: 5/13/2025 6:51 PM |
| Status: Edited | Editor: Leriche, Rose-Marie P., PA (Physician Assistant) | |

Please follow up with your private doctor in 1 day
Take Tylenol for pain
Cold compresses every 8 hrs for 20 mins for 24 hrs then warm compresses
Return to ED immediately for any concerns

Electronically signed by Leriche, Rose-Marie P., PA at 5/15/2025 2:22 PM

### Labs

#### Lab

##### UA Reflex Bacterial Culture (Discontinued) [221359388]

| | |
|---|---|
| Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506** | Status: **Discontinued** |
| Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506 | Ordering provider: Leriche, Rose-Marie P., PA |
| Authorized by: Leriche, Rose-Marie P., PA | Ordering mode: Standard |
| Frequency: STAT Once 05/13/25 1506 - 1 occurrence | Class: Unit Collect |
| Quantity: 1 | Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM |

Discontinued by: Discharge Provider, Automatic 05/13/25 2103 [Patient Discharge]

**Questionnaire**

| Question | Answer |
|---|---|
| UTI GUIDELINE | \\cosmos.jhmc.org\dashboard$\ClinDoc - Orders\JHMC-FHMC UTI Guideline\JHMC-FHMC Urinary Tract Infection Algorithm ASC Approved July 21 2022.pdf |

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●●, DOB: ●●●1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

## Labs (continued)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Urine | — | — |

### UR Drugs of Abuse Scrn DAU-8 (Discontinued) [221359390]

| | |
|---|---|
| Electronically signed by: **Leriche, Rose-Marie P., PA** on 05/13/25 1506 | Status: **Discontinued** |

Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506    Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA    Ordering mode: Standard
Frequency: STAT Once 05/13/25 1507 - 1 occurrence    Class: Unit Collect
Quantity: 1    Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Discontinued by: Discharge Provider, Automatic 05/13/25 2103 [Patient Discharge]

### CBC WITH PLATELET AND DIFFERENTIAL (Edited Result - FINAL) [221359380]

| | |
|---|---|
| Electronically signed by: **Leriche, Rose-Marie P., PA** on 05/13/25 1506 | Status: **Completed** |

Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506    Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA    Ordering mode: Standard
Frequency: STAT STAT 05/13/25 1504 - 1 occurrence    Class: Unit Collect
Quantity: 1    Lab status: Edited Result - FINAL
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | Arm, Left | Sobers, Ronica, RN 05/13/25 1534 |

Resulted: 05/13/25 1715, Result status: Edited Result - FINAL

### CBC WITH PLATELET AND DIFFERENTIAL [221359380] (Abnormal)

Ordering provider: Leriche, Rose-Marie P., PA 05/13/25 1506    Order status: Completed
Filed by: Edi, Lab In Hlseven 05/13/25 1715    Collected by: Sobers, Ronica, RN 05/13/25 1534
Resulting lab: JHMC LAB - JAMAICA    Lab Technician: R/AUT

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.2 | 4.8 - 10.8 | H ▲ | JHLAB |
| RBC | 4.92 | 4.50 - 5.90 | — | JHLAB |
| HGB | 14.6 | 14.0 - 18.0 g/dL | — | JHLAB |
| Hematocrit | 43.4 | 42.0 - 52.0 % | — | JHLAB |
| Mean Corpuscular Volume | 88.1 | 80.0 - 94.0 fL | — | JHLAB |
| Mean Corpuscular Hemoglobin | 29.6 | 27.0 - 31.0 pg | — | JHLAB |
| Mean Corpuscular Hemoglobin Conc | 33.6 | 32.0 - 36.0 g/dL | — | JHLAB |
| Red Cell Distribution Width | 13.1 | 11.5 - 14.5 % | — | JHLAB |
| Mean Platelet Volume | 7.3 | 7.2 - 10.4 fL | — | JHLAB |
| Platelets | 194 | 130 - 400 | — | JHLAB |
| Neutrophils Auto | 84.3 | 44.0 - 80.0 % | H ▲ | JHLAB |
| Lymphocytes Auto. | 8.8 | 13.0 - 43.0 % | L ▼ | JHLAB |
| Monocytes Auto | 6.3 | 2.0 - 15.0 % | — | JHLAB |
| Eosinophils Auto. | 0.4 | 0.0 - 3.0 % | — | JHLAB |
| Basophils Auto. | 0.2 | 0.0 - 3.0 % | — | JHLAB |
| Neutrophils Absolute | 9.4 | 2.1 - 8.6 | — | JHLAB |
| Lymphocytes Absolute | 1.0 | 0.6 - 4.6 | — | JHLAB |
| Monocytes Absolute | 0.7 | 0.1 - 1.6 | — | JHLAB |
| Eosinophils Absolute | 0.0 | 0.0 - 0.9 | — | JHLAB |
| Basophils Absolute | 0.0 | 0.0 - 0.4 | — | JHLAB |
| NRBC Instrument | 0.00 | None | — | JHLAB |
| Nucleated RBC | 0 | None | — | JHLAB |
| Nucleated RBC absolute count | 0.00 | None | — | JHLAB |

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ██████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Monocyte Dist Width | 16.9 | U | — | | JHLAB |

Comment:
For adults in ED, MDW >20.0 may be associated with a higher
risk of sepsis during the first 12 hours of hospital admission.

| | | | | | |
|---|---|---|---|---|---|
| Smear Review | | Completed | — | — | JHLAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

### PT-PTT (Final result) [221359381]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**          Status: **Completed**

Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506
Authorized by: Leriche, Rose-Marie P., PA
Frequency: STAT Once 05/13/25 1504 - 1 occurrence
Quantity: 1
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025  3:06 PM

Ordering provider: Leriche, Rose-Marie P., PA
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | — | Sobers, Ronica, RN 05/13/25 1534 |

### PT-PTT [221359381]          Resulted: 05/13/25 1704, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA  05/13/25 1506
Filed by: Edi, Lab In Hlseven  05/13/25 1704
Resulting lab: JHMC LAB - JAMAICA

Order status: Completed
Collected by: Sobers, Ronica, RN 05/13/25 1534
Lab Technician: JMSIN

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 10.5 | 9.6 - 13.6 | — | JHLAB |
| INR | 0.9 | 0.8 - 1.2 | — | JHLAB |

Comment:
=========================================================
The INR value may be used for the management of patients on Oral
Anticoagulant Therapy:
        Moderate Intensive Therapy    2.0 - 3.0
        High Intensity Therapy        2.5 - 3.5
=========================================================

| | | | | |
|---|---|---|---|---|
| PTT | 25.1 | 24.2 - 32.2 | — | JHLAB |

Comment:
Therapeutic APTT ranges of 56.5 secs. - 84.7 secs.
for unfractionated/standard heparin.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████ DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Labs (continued)

#### CMP (Final result) [221359382]

| | |
|---|---|
| Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506** | Status: **Completed** |

Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506
Authorized by: Leriche, Rose-Marie P., PA
Frequency: STAT Once 05/13/25 1504 - 1 occurrence
Quantity: 1
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Ordering provider: Leriche, Rose-Marie P., PA
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | — | Sobers, Ronica, RN 05/13/25 1534 |

##### CMP [221359382] (Abnormal)

Resulted: 05/13/25 1701, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA 05/13/25 1506
Filed by: Edi, Lab In Hlseven 05/13/25 1701
Resulting lab: JHMC LAB - JAMAICA

Order status: Completed
Collected by: Sobers, Ronica, RN 05/13/25 1534
Lab Technician: JYASE

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 299 | 74 - 106 mg/dL | H ^ | JHLAB |
| Blood Urea Nitrogen | 18 | 9 - 20 mg/dL | — | JHLAB |
| Creatinine | 0.9 | 0.7 - 1.3 mg/dL | — | JHLAB |
| Comment: Methodology: IDMS traceable Vitros Creatinine. | | | | |
| Sodium | 133 | 137 - 145 | L ˅ | JHLAB |
| Potassium | 4.7 | 3.5 - 5.1 | — | JHLAB |
| Chloride | 101 | 98 - 107 | — | JHLAB |
| CO2 | 26 | 22 - 30 | — | JHLAB |
| Calcium | 9.2 | 8.4 - 10.2 mg/dL | — | JHLAB |
| Anion Gap | 6.00 | 5.00 - 16.00 | — | JHLAB |
| Anion gap with K | 10.70 | — | — | JHLAB |
| Protein, Total | 6.7 | 6.3 - 8.2 g/dL | — | JHLAB |
| Albumin | 4.3 | 3.5 - 5.0 g/dL | — | JHLAB |
| Bilirubin, Total | 0.7 | 0.2 - 1.3 mg/dL | — | JHLAB |
| ALT | 33 | 0 - 49 U/L | — | JHLAB |
| Comment: New ranges for MALE : ALTV <50 U/L FEMALE : ALTV <35 U/L | | | | |
| AST | 41 | 17 - 59 U/L | — | JHLAB |
| Alkaline Phosphatase | 114 | 37 - 126 U/L | — | JHLAB |

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

#### Troponin (Final result) [221359383]

| | |
|---|---|
| Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506** | Status: **Completed** |

Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506
Authorized by: Leriche, Rose-Marie P., PA
Frequency: STAT Once 05/13/25 1504 - 1 occurrence
Quantity: 1
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Ordering provider: Leriche, Rose-Marie P., PA
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●●, DOB: ●●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Labs (continued)

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | — | Sobers, Ronica, RN 05/13/25 1534 |

#### Troponin [221359383]

Resulted: 05/13/25 1705, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA 05/13/25 1506
Filed by: Edi, Lab In Hlseven 05/13/25 1705
Resulting lab: JHMC LAB - JAMAICA

Order status: Completed
Collected by: Sobers, Ronica, RN 05/13/25 1534
Lab Technician: I/AUT

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.010 | 0.000 - 0.033 | — | JHLAB |

Comment:

Reference ranges:

    <0.034 ng/mL: Normal
0.034 - 0.120 ng/mL: At higher risk for recurrent ischemic
           event or mortality in patients with
           Acute Coronary Syndrome
  >0.120 ng/mL: Recommended cut off value for Acute
           Myocardial Infarction.

Laboratory results have to be interpreted in conjunction with
other clinical data.

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

#### Alcohol (Final result) [221359410]

Status: **Completed**

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506
Authorized by: Leriche, Rose-Marie P., PA
Frequency: STAT Once 05/13/25 1507 - 1 occurrence
Quantity: 1
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Ordering provider: Leriche, Rose-Marie P., PA
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | — | Sobers, Ronica, RN 05/13/25 1534 |

#### Alcohol [221359410]

Resulted: 05/13/25 1656, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA 05/13/25 1506
Filed by: Edi, Lab In Hlseven 05/13/25 1656
Resulting lab: JHMC LAB - JAMAICA

Order status: Completed
Collected by: Sobers, Ronica, RN 05/13/25 1534
Lab Technician: I/AUT

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alcohol Scrn | <10.0 | 0.0 - 10.0 mg/dL | — | JHLAB |

Printed on 9/25/25 5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████9, DOB: ███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

## Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

### EGFR Adult (Final result) [221366265]

Electronically signed by: **Edi, Lab In Hlseven on 05/13/25 0000**                    Status: **Completed**
Ordering user: **Edi, Lab In Hlseven** 05/13/25 0000          Ordering provider: **Leriche, Rose-Marie P., PA**
Authorized by: **Leriche, Rose-Marie P., PA**                Ordering mode: **Standard**
Frequency: **STAT Once** 05/13/25 - 1 occurrence             Class: **Normal**
Quantity: **1**                                              Lab status: **Final result**
Instance released by: (auto-released) 5/13/2025 4:56 PM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| V7132346 | — | — | AUTOV 05/13/25 1534 |

### EGFR Adult [221366265]                    Resulted: 05/13/25 1656, Result status: Final result

Ordering provider: **Leriche, Rose-Marie P., PA** 05/13/25 0000     Order status: Completed
Filed by: **Edi, Lab In Hlseven** 05/13/25 1657               Collected by: AUTOV 05/13/25 1534
Resulting lab: JHMC LAB - JAMAICA                             Lab Technician: I/AUT

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EGFR Adult | 96 | — | — | JHLAB |

Comment:
Units: mL/min/1.73 sq m.
Staging of Chronic Kidney Disease:
GFR: 60-90 = Stage 2 (Mild CKD)
GRR: 30-59 = Stage 3 (Moderate CKD)
GFR: 15-29 = Stage 4 (Severe CKD)
GFR: <15 = Stage 5 (Kidney Failure)

Calculation is based on the 3 parameter MDRD equation which
includes IDMS traceable creatinine, age, and gender.
High eGFR does not exclude Chronic Kidney Disease.
Values should be evaluated in clinical context.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

### D-Dimer High Sensitivity (Final result) [221366409]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1700**          Status: **Completed**
Ordering user: **Leriche, Rose-Marie P., PA** 05/13/25 1700     Ordering provider: **Leriche, Rose-Marie P., PA**
Authorized by: **Leriche, Rose-Marie P., PA**                Ordering mode: **Standard**
Frequency: **STAT Once** 05/13/25 1701 - 1 occurrence        Class: **Unit Collect**
Quantity: **1**                                              Lab status: **Final result**
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 5:00 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

## Labs (continued)

### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132883 | Blood | Venipuncture | — | RSOBE 05/13/25 1534 |

**D-Dimer High Sensitivity [221366409] (Abnormal)**  Resulted: 05/13/25 1830, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA  05/13/25 1700  Order status: Completed
Filed by: Edi, Lab In Hlseven  05/13/25 1830  Collected by: RSOBE 05/13/25 1534
Resulting lab: JHMC LAB - JAMAICA  Lab Technician: I/AUT
Narrative:
added to V7132346

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| D-Dimer High Sensitivity | 2,168 | 119 - 500 | A ! | JHLAB |

Comment:
Lipemia high
==============================================================
A cutoff of 500 ng/mL (FEU) is recommended in conjunction with a
clinical pretest probability (PTP) assessment model to exclude
venous thromboembolism (VTE) in outpatients suspected of deep vein
thrombosis (DVT) and pulmonary embolism (PE). The assay
results should be used with other information, including the
clinical context, in forming a diagnosis.
==============================================================

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

### RBC Morphology (Final result) [221367080]

Electronically signed by: **Edi, Lab In Hlseven on 05/13/25 0000**  Status: **Completed**
Ordering user: Edi, Lab In Hlseven 05/13/25 0000  Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA  Ordering mode: Standard
Frequency: STAT Once 05/13/25 - 1  occurrence  Class: Normal
Quantity: 1  Lab status: Final result
Instance released by:  (auto-released) 5/13/2025  5:14 PM

### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| V7132346 | Blood | Venipuncture | — | RSOBE 05/13/25 1534 |

**RBC Morphology [221367080]**  Resulted: 05/13/25 1715, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA  05/13/25 0000  Order status: Completed
Filed by: Edi, Lab In Hlseven  05/13/25 1715  Collected by: RSOBE 05/13/25 1534
Resulting lab: JHMC LAB - JAMAICA  Lab Technician: JMORD

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tear Drop Cells | 1+ | None | — | JHLAB |

Printed on 9/25/25 5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ~~1067219~~, DOB: ~~6/9/~~1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 17 - JHLAB | JHMC LAB - JAMAICA | Unknown | 8900 Van Wyck Expressway JAMAICA NY 11418 | 03/11/20 1648 - Present |

## Imaging

### Imaging

#### CT head without contrast (Discontinued) [221359385]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**     Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506     Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA     Ordering mode: Standard
Frequency: STAT Once 05/13/25 1504 - 1 occurrence     Class: Hospital Performed
Quantity: 1     Indications of use: Head trauma, moderate-severe
Instance released by: Leriche, Rose-Marie P., PA (auto-released)     Discontinued by: Barnett, Lenworth 05/13/25 1904
5/13/2025 3:06 PM

##### Questionnaire

| Question | Answer |
|---|---|
| Clinical History: | s/p syncope and fell r/o int bleed |
| IV contrast required? | No |
| Is this for an active Code 66 or Code LVO/acute stroke? | No - Not for stroke |

##### Staff

No case/log ID found

##### PACS Images

(Link Unavailable) Show images for CT head without contrast

##### External Results Report

There is an external results report available.

#### CT lumbar spine without contrast (Discontinued) [221359387]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**     Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506     Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA     Ordering mode: Standard
Frequency: STAT Once 05/13/25 1506 - 1 occurrence     Class: Hospital Performed
Quantity: 1     Indications of use: Back trauma, no prior imaging (Age >= 16y)
Instance released by: Leriche, Rose-Marie P., PA (auto-released)     Discontinued by: Barnett, Lenworth 05/13/25 1904
5/13/2025 3:06 PM

##### Questionnaire

| Question | Answer |
|---|---|
| Clinical History: | lower back pain s/p syncope r/o fx |
| IV contrast required? | No |

##### Staff

No case/log ID found

##### PACS Images

(Link Unavailable) Show images for CT lumbar spine without contrast

##### External Results Report

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 806721B, DOB: 6/3/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

---

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

## Imaging (continued)

There is an external results report available.

### CT cervical spine without contrast (Discontinued) [221366391]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1659**                    Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1659           Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                         Ordering mode: Standard
Frequency: STAT Once 05/13/25 1700 - 1 occurrence                 Class: Hospital Performed
Quantity: 1                                                        Indications of use: Neck trauma, midline tenderness (Age 16-64y)
Instance released by: Leriche, Rose-Marie P., PA (auto-released)  Discontinued by: Barnett, Lenworth 05/13/25 1904
5/13/2025  4:59 PM

#### Questionnaire

| Question | Answer |
|---|---|
| Clinical History: | r/o fx |
| IV contrast required? | No |

#### Staff

No case/log ID found

#### PACS Images

(Link Unavailable) Show images for CT cervical spine without contrast

#### External Results Report

There is an external results report available.

### X-ray chest AP portable (Final result) [221359409]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506           Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                         Ordering mode: Standard
Frequency: STAT Once 05/13/25 1507 - 1 occurrence                 Class: Hospital Performed
Quantity: 1                                                        Lab status: Final result
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025  3:06 PM

#### Questionnaire

| Question | Answer |
|---|---|
| Clinical History: | syncope |

#### Begin Exam Questions

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | PENA TIBURCIO, GISSELL | |
| Exam documentation: | | |
| Please type patient full name. | Cortez M. Diego | |
| Please type out the exam being performed (including laterality if applicable). | chest ap | |

#### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Confirm Resource: | JH E XR 1 | |
| Exam documentation: | | |

### X-ray chest AP portable [221359409]

| | | |
|---|---|---|
| | | Resulted: 05/14/25 0755, Result status: Final result |
| Ordering provider: Leriche, Rose-Marie P., PA  05/13/25 1506 | Order status: Completed | |

---

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

## Imaging (continued)

Resulted by: Lee, Godwin, MD
Performed: 05/13/25 1646 - 05/13/25 1708
Resulting lab: RADIOLOGY
Narrative:

Filed by: Edi, Rad Results In  05/14/25 0756
Accession number: 9196019

CLINICAL INFORMATION: syncope.

TECHNIQUE: Single portable AP image of the chest was performed.

COMPARISON: There are no prior examinations for comparison.

FINDINGS:

The lungs are clear. There is no evidence of consolidation or pleural effusion.

The heart is normal in size.

The mediastinum, soft tissue and bones are within normal limits.

Impression:
IMPRESSION:

No active disease.

Acknowledged by: Leriche, Rose-Marie P., PA on 05/18/25 0730

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - RADIOLOGY | RADIOLOGY | Unknown | Unknown | 02/23/11 2220 - Present |

### Signed

Electronically signed by Lee, Godwin, MD on 5/14/25 at 0755 EDT

### All Reviewers List

Leriche, Rose-Marie P., PA on 5/18/2025 07:30

### Staff

No case/log ID found

### Conclusion

CLINICAL INFORMATION: syncope.

TECHNIQUE: Single portable AP image of the chest was performed.

COMPARISON: There are no prior examinations for comparison.

FINDINGS:

The lungs are clear. There is no evidence of consolidation or

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Imaging (continued)

pleural effusion.

The heart is normal in size.

The mediastinum, soft tissue and bones are within normal limits.

IMPRESSION:
IMPRESSION:

No active disease.

**Signed**

Electronically signed by Lee, Godwin, MD on 5/14/25 at 0755 EDT

**PACS Images**

(Link Unavailable) Show images for X-ray chest AP portable

**External Results Report**

There is an external results report available.

### Procedures

#### EKG 12 Lead (Final result) [221359384]

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                Status: **Completed**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506      Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                Ordering mode: **Standard**
Frequency: STAT Once 05/13/25 1504 - 1  occurrence       Class: **Hospital Performed**
Quantity: **1**                                          Lab status: **Final result**
Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025  3:06 PM

**Questionnaire**

| Question | Answer |
|---|---|
| What time was the EKG completed? | 6:06 PM |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| JAM1307746 | — | — | 05/13/25 1750 |

#### EKG 12 Lead [221359384]                          Resulted: 05/16/25 1220, Result status: Final result

Ordering provider: Leriche, Rose-Marie P., PA  05/13/25 1506    Order status: Completed
Filed by: Edi, Lab In Hlseven  05/16/25 1220          Collected by: 05/13/25 1750
Resulting lab: MEDISERVE                              Lab Technician: JEAN
Narrative:
73 EKG 12 LEAD
Date of service: May 13 2025 17:50:42

Patient name: ANDREW STONE
Patient ID: ███████
Order number: ███████
Patient account number: ███████

Ventricular Rate : 60   BPM

Printed on 9/25/25  5:46 PM



JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████9, DOB: ███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Procedures (continued)

Atrial Rate : 60  BPM
P-R Interval : 158  ms
QRS Duration : 90  ms
Q-T Interval : 400  ms
QTC Calculation(Bazett) : 400  ms
P Axis : 79  degrees
R Axis : 34  degrees
T Axis : 21  degrees

Diagnosis: Normal sinus rhythm
Normal ECG
No previous ECGs available
Confirmed by Khalid, Kainat (8101) on 5/16/2025 12:20:43 PM
Acknowledged by: Leriche, Rose-Marie P., PA on 05/18/25 0730

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - Mediserve | MEDISERVE | Unknown | Unknown | 08/17/10 1129 - Present |

### All Reviewers List

Leriche, Rose-Marie P., PA on 5/18/2025 07:30

### Medication Administrations

#### Acetaminophen (TYLENOL) tablet 975 mg [221359373]

| | |
|---|---|
| Ordering Provider: Leriche, Rose-Marie P., PA | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 05/13/25 1506 | Starts/Ends: 05/13/25 1530 - 05/13/25 2103 |
| Ordered Dose (Remaining/Total): 975 mg (1/1) | Route: Oral |
| Frequency: ONCE | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours.<br>POSSIBLE SIDE EFFECTS INCLUDE: UPSET STOMACH OR THROWING UP. | PATIENT EDUCATION- THIS MEDICATION IS USED TO EASE PAIN AND FEVER.<br>ALL POTENTIAL ADVERSE EFFECTS ARE NOT INCLUDED. CONTACT YOUR PROVIDER IF YOU HAVE ANY CONCERNS. |

| Timestamps | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/13/25 1539<br>Documented: 05/13/25 1543 | Not Given Patient/family refused | 975 mg | Oral | Performed by: Sobers, Ronica, RN |

#### Sodium chloride (NS) 0.9 % IV Bolus 1,000 mL [221359372]

| | |
|---|---|
| Ordering Provider: Leriche, Rose-Marie P., PA | Status: Completed (Past End Date/Time) |
| Ordered On: 05/13/25 1506 | Starts/Ends: 05/13/25 1530 - 05/13/25 1740 |
| Ordered Dose (Remaining/Total): 1,000 mL (0/1) | Route: Intravenous |
| Frequency: ONCE | Ordered Rate/Order Duration: 500 mL/hr / 2 Hours |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/13/25 Left Antecubital | 05/13/25 1540 by Sobers, Ronica, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●9, DOB:●●●1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

### 05/13/2025 - ED in Jhmc Emergency Room (continued)

## Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 05/13/25 1740 Documented: 05/13/25 1849 | Stopped | 0 mL 0 mL/hr 2 Hours | Intravenous | Performed by: Rosario, Alejandra, RN |
| Performed 05/13/25 1540 Documented: 05/13/25 1540 | New Bag | 1,000 mL 500 mL/hr 2 Hours | Intravenous | Performed by: Sobers, Ronica, RN Scanned Package: 0338-0049-04 |

## Other Orders

### General Supply

#### Cervical collar (Discontinued)

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                    Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506          Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                                   Ordering mode: Standard
Frequency: STAT Once 05/13/25 1506 - 1 occurrence                 Class: Hospital Performed
Quantity: 1                                                                                   Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Discontinued by: Discharge Provider, Automatic 05/13/25 2103 [Patient Discharge]

### Medications

#### Sodium chloride (NS) 0.9 % IV Bolus 1,000 mL (Completed)

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                    Status: **Completed**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506          Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                                   Ordering mode: Standard
Frequency: STAT Once 05/13/25 1530 - 1 occurrence                 Class: Normal
Acknowledged: Sobers, Ronica, RN 05/13/25 1534 for Placing Order
Package: 0338-0049-04

#### Acetaminophen (TYLENOL) tablet 975 mg (Discontinued)

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                    Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506          Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                                   Ordering mode: Standard
Frequency: STAT Once 05/13/25 1530 - 1 occurrence                 Class: Normal
Discontinued by: Discharge Provider, Automatic 05/13/25 2103 [Patient Discharge]
Acknowledged: Sobers, Ronica, RN 05/13/25 1534 for Placing Order
Admin instructions: Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours.
PATIENT EDUCATION- THIS MEDICATION IS USED TO EASE PAIN AND FEVER.
POSSIBLE SIDE EFFECTS INCLUDE: UPSET STOMACH OR THROWING UP.
ALL POTENTIAL ADVERSE EFFECTS ARE NOT INCLUDED. CONTACT YOUR PROVIDER IF
YOU HAVE ANY CONCERNS.
Package: 50580-458-11

### Precaution

#### Fall precautions (Discontinued)

Electronically signed by: **Leriche, Rose-Marie P., PA on 05/13/25 1506**                    Status: **Discontinued**
Ordering user: Leriche, Rose-Marie P., PA 05/13/25 1506          Ordering provider: Leriche, Rose-Marie P., PA
Authorized by: Leriche, Rose-Marie P., PA                                   Ordering mode: Standard
Frequency: STAT Continuous 05/13/25 1507 - 28 days               Class: Hospital Performed
Quantity: 1                                                                                   Instance released by: Leriche, Rose-Marie P., PA (auto-released) 5/13/2025 3:06 PM

Discontinued by: Discharge Provider, Automatic 05/13/25 2103 [Patient Discharge]

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3█████, DOB:██1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Other Orders (continued)**

### Flowsheets

**Adult GCS**

| Row Name | 05/13/25 1428 |
|---|---|
| Glasgow Coma Scale | |
| Eye Opening | Spontaneous |
| Best Verbal Response | Oriented |
| Best Motor Response | Obeys commands |
| Glasgow Coma Scale Score | 15 |
| Paralytic Agents on Board | No |
| Suspected Substance Abuse | No |

**Arrival Documentation**

| Row Name | 05/13/25 1424 |
|---|---|
| EMS Arrivals | |
| Brought in by EMS? | Yes |
| Suspected Trauma Pre-arrival? | No |
| Pre-Notification by EMS? | No |
| Notification | |
| Notification | No |
| Prehospital Treatment | |
| Prehospital Treatment | No |
| Prehospital Medication | No |
| Triage Call | |
| Triage Call | 1 |
| Healthcare Facility | |
| Did patient arrive from another healthcare facility? | No |

**CAGE Alcohol Screening**

| Row Name | 05/13/25 1428 |
|---|---|
| Alcohol Screening | |
| #1. How many days per week do you have a drink containing alcohol? | 0 |
| #3. How many times in the past year have you had more than 5 | 0 |

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

drinks/day

**Caregiver**

| Row Name | 05/13/25 1630 |
|---|---|
| Caregiver | |
| Designated Caregiver? | Not at this time (comment) |

**Columbia-Suicide Severity Rating Scale-(C-SSRS)-Initial Screening**

| Row Name | 05/13/25 1428 |
|---|---|
| C-SSRS Initial Screening Instructions: Questions 1, 2 and 6 are required of all patients. Questions 3, 4 and 5 are required if a patient answers "YES" to question 2. IF "NO" to questions 1, 2 and 6 = NO RISK | |
| 1) Within the past month, have you wished you were dead or wished you could go to sleep and not wake up? | No |
| 2) Within the past month, have you actually had any thoughts about killing yourself? | No |
| Always ask question 6: Lifetime & 3 months. If "Yes" to 6a, ask 6b. | |
| 6a) Have you ever done anything, started to do anything, or prepared to do anything to end your life? | No |

**Custom Formula Data**

| Row Name | 05/13/25 1428 | 05/13/25 1427 |
|---|---|---|
| OTHER | | |
| BSA (Calculated - sq m) | — | 2.17 sq meters |
| Pre Gravida Weight | — | -1 oz (-0.028 kg) |
| BSA (Calculated - sq m) | — | 2.17 sq meters |
| BMI (Calculated) | — | 26.7 |
| IBW/kg (Calculated) Male | — | 79.9 kg |
| Low Range Vt 6cc/kg MALE | — | 479.4 mL |
| Adult Moderate Range Vt 8cc/kg MA | — | 639.2 mL |
| Adult High Range Vt 10cc/kg MALE | — | 799 mL |
| IBW/kg (Calculated) FEMALE | — | 75.4 kg |
| Low Range Vt | — | 452.4 mL |

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Case 1:25-cv-05943-DG-VMS    Document 1-2  Filed 10/23/25    Page 110 of 195 PageID
#: 180

Stone, Andrew K
MRN 2_____, DOB: __/__/962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| 6cc/kg FEMALE Adult Moderate Range vt 8cc/kg FEMALE | — | 603.2 mL |
| BMI (Calculated) | — | 26.7 |
| Percent Weight Change Since Birth | — | 0 |
| IBW/kg (Calculated) | — | 79.9 |
| Low Range Vt 6cc/kg | — | 479.4 mL |
| Adult Moderate Range Vt 8cc/kg | — | 639.2 mL |
| Adult High Range Vt 10cc/kg | — | 799 mL |
| Systolic BP | — | 130 |
| Z-Score Difference from Birth | — | 0 |
| Pain Score - Numeric | — | 10 |
| Risk Level | NO RISK | — |
| Risk Level | NO RISK | — |

**Relevant Labs and Vitals**

| | | |
|---|---|---|
| Temp (in Celsius) | — | 36.4 |

**Minor Risk Factors**

| | | |
|---|---|---|
| OB BMI>30KG/M2 | — | 26.7 |

**Departure Condition**

| Row Name | 05/13/25 1849 |
|---|---|
| **Departure Condition** | |
| Departure Condition | Stable |
| Mobility at Departure | Ambulatory |
| Departure Acuity | Less Urgent |
| Patient Teaching | Discharge instructions reviewed;Patient verbalized understanding |
| Departure Mode | By self |
| **Patient Observation** | |
| Patient Observations | stable for discharge |

**Elopement/AMA Risk Assessment**

| Row Name | 05/13/25 1428 |
|---|---|
| **Elopement Risk Assessment** | |
| Patient is ambulatory and/or self-mobile (in a wheel chair) | Yes |
| Is patient | No |

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●9, DOB: ●●●1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

cognitively impaired with poor decision-making skills and or pertinent diagnosis (e.g. under the influence of drugs and/or alcohol, dementia, altered mental status, or developemental delay)

### Fall Risk Assessment

| Row Name | 05/13/25 1428 |
| --- | --- |
| **Morse Fall Risk** | |
| History of Falling | No |
| Medication Side Effects/Secondary Diagnosis | No |
| Ambulatory Aids | None/bedrest/nurse assist |
| Intravenous Therapy/Heparin/Saline Lock | No |
| Gait/Transferring | Normal/bedrest/whe elchair |
| Mental Status | Oriented to own ability, complies with nursing instructions for OOB |
| Score | 0 |
| **Fall Risk Interventions (Morse Fall Risk >=25)** | |
| Fall Risk Interventions | Yes |

### First Provider Evaluation

| Row Name | 05/13/25 1447 |
| --- | --- |
| **First Provider Evaluation Time** | |
| First Provider Evaluation Time | File |

### Healthcare Directives

| Row Name | 05/13/25 1428 |
| --- | --- |
| **Advance Directives (For Healthcare)** | |
| Does the patient present with any valid DNR/MOLST forms? | No |

### HIV & HEP C Test

| Row Name | 05/13/25 1428 |
| --- | --- |

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 112 of 195 PageID #: 182

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ⬛⬛⬛⬛⬛, DOB: ⬛⬛⬛⬛62, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

MediSys Connect (continued)



**Remember, MediSys Connect is NOT to be used for urgent needs.
For medical emergencies, DIAL 911.**

Healthix Disclaimer

Healthix Disclaimer

**Notice to Patients About Access to Protected Health Information in an Emergency**

*Jamaica Hospital Medical Center* is connected to the New York State Health Information Exchange of New York ( SHIN-NY) via Healthix, Inc. which collects medical information from clinical providers in New York State. In general access to SHIN-NY requires affirmative consent from a patient. However, in cases of medical emergency and in the absence of such affirmative consent, the *Jamaica Medical Center* authorized clinical providers may access SHIN-NY records if they attest that (i) an emergency condition exists; (ii) the patient is in immediate need of medical attention; (iii) an attempt to secure affirmative consent to access SHIN-NY would result in a delay of treatment which would increase the risk to the patient's life or health; and (iv) in his/her reasonable judgement, the information that may be held by or accessible via Healthix may be material to emergency treatment. Such emergency access is called "Break-the-glass" and is limited to critical or emergency care providers.

If you wish to validate if such access occurred during your emergency treatment at our facility you can contact the Privacy Officer at 718-206-7892.

**If you are uninsured, Jamaica Hospital may be able to help you obtain insurance or offer you a discount on your bill. Please contact the Financial Office at (718) 206-8270, or email us at enroll@jhmc.org for more information regarding our financial assistance program.**

Patient Signature: _____    Date: _____

Andrew K. Stone (MRN: ⬛⬛⬛⬛⬛) • Printed at 5/13/2025  6:54 PM                    Page 3 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████49, DOB: ████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

---

### 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

---

## The Jamaica Hospital Medical Center
## Financial Assistance Summary

**Patient Name: Andrew K Stone**          **DOB: 6/9/1962 (62 yrs)**          **MRN:** ██████
**Date of Service: 5/13/25**              **Hospital Account:** ████████

The Jamaica Hospital Medical Center recognizes that there are times when patients in need of care will have difficulty paying for the services provided. The Jamaica Hospital Financial Assistance Program provides discounts to qualifying individuals based on your income. In addition, we can help you apply for free or low-cost insurance if you qualify. For further help, please contact our Financial Office at 718-206-8270. You can also visit us directly at the Jamaica Hospital Financial Office, located at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, NY, 11418, for free, confidential assistance.

To obtain a free copy of our Financial Assistance Policy (FAP) and FAP application, you can do any of the following:

- E-mail us at enroll@jhmc.org
- Go to our website at www.jamaicahospital.org and click on the banner for "Financial Assistance" where you will be able to download the FAP Summary and FAP application
- Request information by writing to us at the above address, Attention: Financial Office

Our FAP and FAP application is available in Spanish, Chinese (Traditional/Simplified), and Bengali.

**Who qualifies for a discount?**

Financial assistance is available for emergency, and non-emergency medically necessary, services to uninsured and under-insured patients, with incomes up to 400% of the Federal Poverty Level (FPL), who complete a financial assistance application with the Hospital.

An "under-insured" individual, for the purpose of qualifying for financial assistance, is defined as an individual with a household income up to 400% of the FPL and individual out-of-pocket medical payments accumulated in the past 12 months that amount to 10%, or more, of the individual's household gross income.

The program is also available for patients whose medically necessary services are not covered by their health insurance or who have exhausted their insurance benefits. All qualifying individuals for financial assistance will not be charged more than the amounts generally billed (AGB) to Medicaid for any emergency or medical services rendered.

Everyone residing in New York State who needs emergency services can receive care and get a discount if they meet the income and eligibility requirements.

For Jamaica Hospital, everyone who lives in Queens, the Bronx, Kings (Brooklyn), New York (Manhattan), Richmond (Staten Island), or Nassau County can get a discount on non-emergency, medically necessary services, if they are uninsured and meet the income and other financial assistance requirements.

You may apply for financial assistance regardless of immigration status.

**Cosmetic procedures/services are not covered by the program.**

**What are the income limits?**

Andrew K. Stone (MRN: 3█████) • Printed at 5/13/2025 6:54 PM                    Page 4 of 13  **Epic**

---

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3█████, DOB: ██962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

Scans (continued)

The amount of the discount varies based on your income and the size of your family. If you have no health insurance, these are the income limits: Depending on circumstances, you may qualify for financial assistance even if your income exceeds these limits.

| Family size | Annual Family Income | Monthly Family Income | Weekly Family Income |
|---|---|---|---|
| 1 | Up to $60,240 | Up to $5,020 | Up to $1,160 |
| 2 | Up to $81,760 | Up to $6,816 | Up to $1,576 |
| 3 | Up to $103,280 | Up to $8,608 | Up to $1,988 |
| 4 | Up to $124,800 | Up to $10,400 | Up to $2,400 |
| 5 | Up to $146,320 | Up to $12,196 | Up to $2,816 |
| 6 | Up to $167,840 | Up to $13,988 | Up to $3,228 |

- Based on 400% of the 2024 Federal Poverty Guidelines

**How much do I have to pay?**

The payment amounts for an outpatient service or the emergency room for financial assistance recipients starts from $0 and will increase depending on your income and family size.

Our Financial Counselors will give you the details about your specific discount(s) once your application is completed and processed.

Generally, payment arrangements (installment plans) will be offered to eligible patients (i.e., those with monthly incomes up to 400% of the FPL). Monthly installment payments are capped at 5% of the patient's gross monthly income. Payment arrangements are also available to patients who demonstrate financial hardship.

**Can someone explain the discount? Can someone help me apply?**

Yes, free, confidential help is available. Call the Financial Office at 718-206-8270. If you do not speak English, someone will help you in your own language.

The Financial Counselor can tell you if you qualify for free or low-cost insurance, such as Medicaid, Child Health Plus, Qualified Health Plan or Financial Assistance.

If the Financial Counselor finds that you do not qualify for low-cost insurance, they will help you apply for a discount via financial assistance. The Financial Counselor will help you fill out all the forms and tell you what documents you need to bring.

**What do I need to apply for a discount?**

To apply for financial assistance, you will need a form of picture ID, proof of address, four weeks of pay stubs or last year's W-2, and/or a statement indicating how you are supporting yourself or are being supported.

If you cannot provide any of these documents, you may still be able to apply for financial assistance depending on circumstances.

**What services are covered?**

Andrew K. Stone (MRN: ██████) • Printed at 5/13/2025  6:54 PM                              Page 5 of 13   **Epic**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●, DOB: ●●●●●62, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

All medically necessary services provided by Jamaica Hospital are covered by the discount. This includes outpatient services, emergency care, and inpatient admissions.

Charges from *private doctors* who provide services in the hospital may <u>not</u> be covered. You should talk to private doctors to see if they offer a discount or payment plan.

**How do I get the discount?**

You must fill out the application form. As soon as we have proof of your income and family size, insurance status and proof medical payments (if applicable), we can process your application for a discount according to your income level.

You can apply for a discount before you have an appointment, when you come to the hospital to get care, or when the bill comes in the mail.

Send the completed form to the Jamaica Hospital Financial Office at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, New York, 11418 or bring it directly to the Financial Office at the address indicated.

**How will I know if I was approved for the discount?**

Jamaica Hospital will send you a letter within 30 days after completion and submission of documentation, telling you if you have been approved and the level of discount received.

**What if I receive a bill while I'm waiting to hear if I can get a discount?**

You cannot be required to pay a hospital bill while your application for a discount is being considered. If your application is turned down, the hospital must tell you why in writing and must provide you with a way to appeal this decision to a higher level within the hospital.

**What if I have a problem I cannot resolve with the hospital?**

You may call the New York State Department of Health complaint hotline at 1-800-804-5447.

Revised 11/2024

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3████ DOB: ██1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you are taking blood pressure or heart medicine, sit up and stand up slowly. Spend a few minutes getting ready to sit and then stand. This can help you feel less dizzy.

### Lifestyle

- **Do not** drive, use machinery, or play sports until your doctor says it is okay.
- **Do not** drink alcohol.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Avoid hot tubs and saunas.

### General instructions

- Talk with your doctor about your symptoms. You may need to have testing to help find the cause.
- Drink enough fluid to keep your pee (*urine*) pale yellow.
- Avoid standing for a long time. If you must stand for a long time, do movements such as:
  - Moving your legs.
  - Crossing your legs.
  - Flexing and stretching your leg muscles.
  - Squatting.
- Keep all follow-up visits.

Contact a doctor if:

- You have episodes of near fainting.

Get help right away if:

- You pass out or faint.
- You hit your head or are injured after fainting.
- You have any of these symptoms:
  - Fast or uneven heartbeats (*palpitations*).
  - Pain in your chest, belly, or back.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3▮▮▮▮▮, DOB:▮▮1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

### 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

- ◦ Shortness of breath.
- You have jerky movements that you cannot control (*seizure*).
- You have a very bad headache.
- You are confused.
- You have problems with how you see (*vision*).
- You are very weak.
- You have trouble walking.
- You are bleeding from your mouth or your butt (*rectum*).
- You have black or tarry poop (*stool*).

**These symptoms may be an emergency. Get help right away. Call your local emergency services (911 in the U.S.).**

- **Do not wait to see if the symptoms will go away.**
- **Do not drive yourself to the hospital.**

Summary

- Syncope is when you pass out or faint for a short time. It is caused by a sudden decrease in blood flow to the brain.
- Signs that you may be about to faint include feeling dizzy or light-headed, feeling like you may vomit, seeing all white or all black, or having cold, clammy skin.
- If you start to feel like you might faint, sit or lie down right away. Lower your head if sitting, or raise (*elevate*) your feet if lying down. Breathe deeply and steadily. Wait until all of the symptoms are gone.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/28/2022 Document Reviewed: 04/28/2022
Elsevier Patient Education © 2023 Elsevier Inc.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ⬛⬛⬛, DOB: ⬛⬛962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

### 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

### 🖺 Attached Information

ACUTE BACK PAIN  ADULT (ENGLISH)

Acute Back Pain, Adult

Acute back pain is sudden and usually short-lived. It is often caused by an injury to the muscles and tissues in the back. The injury may result from:

- A muscle, tendon, or ligament getting overstretched or torn. Ligaments are tissues that connect bones to each other. Lifting something improperly can cause a back strain.
- Wear and tear (*degeneration*) of the spinal disks. Spinal disks are circular tissue that provide cushioning between the bones of the spine (*vertebrae*).
- Twisting motions, such as while playing sports or doing yard work.
- A hit to the back.
- Arthritis.

You may have a physical exam, lab tests, and imaging tests to find the cause of your pain. Acute back pain usually goes away with rest and home care.

Follow these instructions at home:

**Managing pain, stiffness, and swelling**

- Take over-the-counter and prescription medicines only as told by your health care provider. Treatment may include medicines for pain and inflammation that are taken by mouth or applied to the skin, or muscle relaxants.
- Your health care provider may recommend applying ice during the first 24–48 hours after your pain starts. To do this:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.
  - Remove the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you have a greater risk of damage to the area.
- If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
  - Place a towel between your skin and the heat source.
  - Leave the heat on for 20–30 minutes.

Andrew K. Stone (MRN: 3⬛⬛⬛) • Printed at 5/13/2025  6:54 PM

Page 10 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 39, DOB: 962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Scans (continued)

- ◦ Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You have a greater risk of getting burned.

**Activity**



- **Do not** stay in bed. Staying in bed for more than 1–2 days can delay your recovery.
- Sit up and stand up straight. Avoid leaning forward when you sit or hunching over when you stand.
  - ◦ If you work at a desk, sit close to it so you do not need to lean over. Keep your chin tucked in. Keep your neck drawn back, and keep your elbows bent at a 90-degree angle (*right angle*).
  - ◦ Sit high and close to the steering wheel when you drive. Add lower back (*lumbar*) support to your car seat, if needed.
- Take short walks on even surfaces as soon as you are able. Try to increase the length of time you walk each day.
- **Do not** sit, drive, or stand in one place for more than 30 minutes at a time. Sitting or standing for long periods of time can put stress on your back.
- **Do not** drive or use heavy machinery while taking prescription pain medicine.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back:
  - ◦ Bend your knees.
  - ◦ Keep the load close to your body.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●9, DOB: ●●●1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Scans (continued)

- ○ Avoid twisting.
- Exercise regularly as told by your health care provider. Exercising helps your back heal faster and helps prevent back injuries by keeping muscles strong and flexible.
- Work with a physical therapist to make a safe exercise program, as recommended by your health care provider. Do any exercises as told by your physical therapist.

### Lifestyle

- Maintain a healthy weight. Extra weight puts stress on your back and makes it difficult to have good posture.
- Avoid activities or situations that make you feel anxious or stressed. Stress and anxiety increase muscle tension and can make back pain worse. Learn ways to manage anxiety and stress, such as through exercise.

### General instructions

- Sleep on a firm mattress in a comfortable position. Try lying on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
- Keep your head and neck in a straight line with your spine (*neutral position*) when using electronic equipment like smartphones or pads. To do this:
  - ○ Raise your smartphone or pad to look at it instead of bending your head or neck to look down.
  - ○ Put the smartphone or pad at the level of your face while looking at the screen.
- Follow your treatment plan as told by your health care provider. This may include:
  - ○ Cognitive or behavioral therapy.
  - ○ Acupuncture or massage therapy.
  - ○ Meditation or yoga.

Contact a health care provider if:

- You have pain that is not relieved with rest or medicine.
- You have increasing pain going down into your legs or buttocks.
- Your pain does not improve after 2 weeks.
- You have pain at night.
- You lose weight without trying.
- You have a fever or chills.

Andrew K. Stone (MRN●●●●●●●) • Printed at 5/13/2025 6:54 PM        Page 12 of 13  *Epic*

Printed on 9/25/25 5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ██████9, DOB: █████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

Scans (continued)

- You develop nausea or vomiting.
- You develop abdominal pain.

Get help right away if:

- You develop new bowel or bladder control problems.
- You have unusual weakness or numbness in your arms or legs.
- You feel faint.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

Summary

- Acute back pain is sudden and usually short-lived.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back.
- Take over-the-counter and prescription medicines only as told by your health care provider, and apply heat or ice as told.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 03/11/2022 Document Reviewed: 03/11/2022
Elsevier Patient Education © 2023 Elsevier Inc.

## Additional Questions About Your Visit?

If you have any questions or concerns about your visit to the Emergency Department please call 718 206 8368. If you need immediate assistance regarding your previous visit please call 718 206 6066 and ask to speak with the charge doctor.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████9, DOB: ██████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

Scans (continued)

### Departure Against Medical Advise - Scan on 5/13/2025  7:29 PM

Clinical date/time: 5/13/2025 0000
Description: Departure Against Medical Advise

User: Khan, Sahar
Status: Received

Scan (below)

5/13/25, 6:44 PM

Stone, Andrew K (MR # 3067219) Admission Date: 05/13/2025

JAMAICA HOSPITAL MED CTR, 8900 Van Wyck Expwy, Jamaica NY 11418-2832, PH:718-206-6000

| DEPT | NAME | ADMIT DATE | ROOM/BED | MRN | DOB | AGE | SEX |
|------|------|-----------|----------|-----|-----|-----|-----|
| JHMC EMERGENCY ROOM | Andrew K Stone | 5/13/2025 | Trauma2-5/TR2-5 | 3067219 | 6/9/1962 | 62 y.o. | male |

#### CONSENT FOR DEPARTURE AGAINST MEDICAL ADVICE

1. This certifies that I am leaving (taking the named patient from) JAMAICA HOSPITAL MED CTR against the advise of my/the patient's physician and Hospital authorities.

2. Dr. HERNANDEZ PA LERICHE has informed me of the dangers to my/the patient's physical and mental health which accompany discharge from the Hospital at this time. I have been given the opportunity to ask any questions and all my questions have been answered fully and satisfactorily.

3. I personally assume the risk and consequences of this discharge and release the Hospital, its governing body, officers, appointees, agents, employees, students and medical staff from any and all liability and consequences which may result from this discharge.

4. I confirm that I have read and fully understand the above and that all the blank spaces have been completed prior to my signing.

Patient/Relative
or Guardian    Signature

Print Name

Relationship, if signed by person other than patient

Date 5/13/25        Time 6:45 PM

(If Required)
Interpreter:

Signature

Print Name

Date        Time

Witness:    Signature

Alejandra Rosario
Print Name

Date 05/13/25        Time 6:45pm

*The signature of the patient must be obtained unless the patient is an unemancipated minor under the age of 18 or is otherwise incompetent to sign.*

I hereby certify that I have explained the dangers which may accompany discharge at this time, have offered to answer any questions and have fully answered all such questions. I believe that the patient/relative/guardian fully understands what I have explained and answered.

Physician:    Signature

Date 5/13/25        Time 6:45 PM

Stone, Andrew K (MRN ██████) Printed by Leriche, Rose-Marie P., PA [RLERICHE] at 5/13/2025 6:44 PM                    1/1

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB:████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

# END OF REPORT

# EXHIBIT

# D







# EXHIBIT

# E



Robert E. Grey | Brian P. O'Keefe | Daniel A. Dutton | Alissa P. Gardos
Sherman B. Kerner | Sanjai Doobay | Andra Fralberg-Vetro | Peter Tufo | Alexander Rosado

Ronald L. Epstein | Steven D. Rhoads | Stuart S. Muroff | Maribel Gomez | Christa M. Collins
Erin K. McCabe | Maria Dudley | Rasheim Donaldson

**REY & GREY, PLLC**

LL REPLIES TO:

ASSAU
0 Main St.
mingdale. NY 11735
516.249.1342
516.586.8579

HER OFFICES:

EENS
-35 Queens Blvd.
e 1505
st Hills, NY 11375
.268.5300

HATTAN
Broadway
e 809
York, NY 10006
964.1342

FOLK*
Main St.
Jefferson, NY 11777
249.1342

TCHESTER*
East Post Road
e Plains, NY 10601
984.2292

NY*
ate St., Suite 1304
y, NY 12207
15.1342

ointment Only

July 2, 2025

Re:   Claimant:       Andrew Stone
      WCB #:
      D/A:            5/14/2025
      Employer:
      Carrier:        Broadspire
      CC #:           ~~190600032-0~~

Andrew Stone
~~25 Longstreet Dr.~~
Holmdel, NJ 07733

Dear Mr. Stone:

I am writing to follow up on my conversation with your wife.

The project you were injured on is not part of the workers' compensation system; it was opted out by your union and others into an Alternative Dispute Resolution (ADR) program. Although we have experience with other, well-established ADR programs involving other unions, the JFK program is brand new.

The State of New York does not administer ADR programs. The ADR program hires a mediator and/or arbitrator and that person decides any issues in the case.

At the moment we do not know if the JFK NTO program has even hired a mediator or arbitrator.

If your case was a workers' compensation claim, it would be a very difficult case because (a) you were at lunch; and (b) you apparently passed out for unknown reasons. Either of those facts might alone be enough to result in your claim being disallowed. The combination of both of them makes your claim quite difficult.



This is further exacerbated by the fact that there are only very limited circumstances in which an arbitrator's decision can be overturned, and "mistake of fact or law" is not one of them.

Your wife advised that you had been offered a mediation hearing and declined it – we were unaware of that and were waiting for the ADR program to schedule a mediation as a matter of routine because your case is contested. We have now sent a letter requesting that a mediation or arbitration be scheduled.

When that occurs we will prepare you to testify and advance legal arguments on your behalf, but your case is certainly an uphill battle.

Another obstacle in the ADR system is that we do not have access to your medical reports. Medical reports identifying the injuries that were caused by the accident and providing proof of any period of disability from work will be essential in order to move forward with your case and obtain benefits if the claim is successful.

If you have copies of your medical reports, please send them to the office at your earliest convenience. If you do not, then please request them from your doctors.

If you have any questions, please feel free to call the office.

Very truly yours,

Robert E. Grey



**NEW YORK STATE** | **Workers' Compensation Board**

PO Box 5205
Binghamton, NY 13902-5205
www.wcb.ny.gov

THIS AGENCY EMPLOYS AND SERVES PEOPLE
WITH DISABILITIES WITHOUT DISCRIMINATION.

Grey & Grey PLLC
360 Main Street
Farmingdale, NY  11735

July 17, 2025



We acknowledge receipt of your correspondence dated 07/02/2025.

Your OC-400 has been processed.

By: Office of General Counsel
Telephone: (877)632-4996

Your "W.C.B. Case No." is important. In the future, please refer to the "W.C.B. Case No." *below* so that we could expedite the processing of the correspondence you send us.

Su numero de caso "W.C.B. Case No." es importante. En el futuro, indique el numero de su caso "W.C.B. Case No." que aparece de abajo para poder porcesar la correspondencia que usted nos mande mas rapidamente.

## Case Information

Claimant: Andrew Stone
CB Case No.: ~~████████~~
of Accident: 05/13/2025
Employer: MACE CONTRACTING CORP

Social Security No.:
Carrier ID No.: ~~████~~
Carrier Case No.: ~~████████~~
Insurance Carrier: Starr Specialty Insurance Co.

Case 1:25-cv-05943-DG-VMS   Document 1-2   Filed 10/23/25   Page 134 of 195 PageID #: 204

Stone, Andrew K (MRN ████████)                                                   Encounter Date: 09/03/2025

Ortho Associates of Central Jersey, P.A.
3 Hospital Plaza
Suite 411
Old Bridge NJ 08857-3097
Phone: 732-360-2400
Fax: 732-360-0775

**Patient:**
Andrew K Stone
████████████
HOLMDEL NJ 07733
Phone: ████████

MRN: ████████
DOB: ███1962
SSN:
Sex: M

| INSURANCE | PAYOR | PLAN | GROUP # | SUBSCRIBER ID |
|---|---|---|---|---|
| Primary: | GENERIC COMMERCIAL | ████████ | | ████████ |

## MRI SHOULDER RIGHT WITHOUT CONTRAST (CPT: 73221)

(Order ID: ████████)   Ordered on: 9/3/2025
Right shoulder pain, unspecified chronicity (M25.511)
**Reason for Exam:** Shoulder pain, adhesive capsulitis suspected, xray done
Shoulder pain, rotator cuff disorder suspected, xray done

| Priority: | Expected Date: | Expiration Date: | Interval: | Count: |
|---|---|---|---|---|
| Routine | 9/3/2025 | 9/3/2026 | | |

Release to patient: Standard release [100001]
Reason for exam:  (1.5T or Greater)

Ordered by: Joshua M Zimmerman, MD
Electronically authorized by:  Joshua M Zimmerman, MD   (NPI: 1265414312)





# Broadspire®
BY CRAWFORD & COMPANY

*P.O. Box 14343*
*Lexington, KY 40512*

*Phone: (908) 402-3226*
*Fax:*

May 27, 2025

ANDREW K STONE
~~██████████████~~
Holmdel, NJ 07733

| Claim #: 1████████████1    01 |
| :--- |
| Date of Loss: 5/13/2025 |
| Employer: MACE CONTRACTING CORP |

On 5/13/25, we received notice from MACE CONTRACTING CORP, relative to your claim for compensation benefits.

After a thorough review, our investigation of the facts indicates this incident does not meet the criteria for acceptance as an industrial matter. Our decision is based upon the medical information secured, the facts of the investigation and the provision set forth in the Workers' Compensation Act of New York.

For these reasons and the others listed below we will not be accepting your claim at this time.
No compensable accident /Not WCL definition of accident
Presumption does not apply
No causal relationship (no injury per statutory definition)
No compensable accident (deviation form employment)
No causal relationship – idiopathic condition

We reserve our right to raise other issues that may present themselves in the future.

Therefore, any bills you have incurred for treatment of this condition may be your responsibility

If there are questions, please do not hesitate to contact me at the number below.

Sincerely,
Broadspire Services, Inc. on behalf of:
STARR SPECIALTY INSURANCE COMPANY


*Kelly Morseon*
Senior Claim Examiner
(908) 402-3226





Fax: 877-533-0337

**Workers' Compensation Board**
PO Box 5205, Binghamton, NY 13902-5205

www.wcb.ny.gov

# State of New York - Workers' Compensation Board
# ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# FINAL DISPOSITION OF CLAIM

## This form is to be filed with the Board within 30 days of final disposition or settlement of a claim.

| INJURED EMPLOYEE (First Name, Middle Initial, Last Name) | EMPLOYEE'S ADDRESS ( Street No. & Name, Apt. No., City, State & Zip Code) |
|---|---|
| ANDREW K STONE | ▆▆▆▆▆▆▆▆▆R. |
| | HOLMDEL       NJ    07733 |

| UNION NAME & LOCAL NUMBER |
|---|
| Local 1 |

| WCB CASE NUMBER | DATE OF INJURY | EMPLOYEE'S SOCIAL SECURITY NUMBER |
|---|---|---|
| | 05/13/2025 | ▆▆▆▆▆6879 |

| PART(S) OF BODY AFFECTED AND DIAGNOSIS - FOR DEATH CLAIMS, SO NOTE AND STATE CAUSE | AVERAGE WEEKLY WAGE |
|---|---|
| Soft Tissue (Head) | 325.00 |

| EMPLOYER'S NAME AND MAILING ADDRESS | INSURANCE CARRIER'S NAME AND MAILING ADDRESS |
|---|---|
| MACE CONTRACTING CORP<br>35 PORTMAN ROAD<br><br>NEW ROCHELLE       NY    10801 | STARR SPECIALTY INSURANCE COMPANY<br>P.O. Box 14343<br>Lexington       KY    40512 |

| FILING ENTITY: [ ] Employer  [ ] Carrier  [X] Other (If "Other", give name and address.) | CARRIER ID NUMBER |
|---|---|
| Broadspire Services-TPA<br>P.O. Box 14343<br>Lexington       KY    40512 | W-▆▆▆▆▆▆4 |
| | CARRIER CASE NUMBER |
| | ▆▆▆▆▆▆▆▆▆▆ |

COMPENSATION PAYMENTS MADE:

| Periods of Payment | | Weekly Rate | Amount |
|---|---|---|---|
| From | To | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*B+E*

WAS THIS CASE THE SUBJECT OF MEDIATION OR ARBITRATION?        YES - MEDIATION        YES - ARBITRATION        NO

IF YES, ATTACH A COPY OF ANY WRITTEN DECISION.

FINAL DISPOSITION: (CHECK ALL THAT APPLY)

[X] CONTROVERTED CASE--CLAIM DENIED. DESCRIBE BASIS:   1D -No compensable accident /Not WCL definition of accident*

[ ] SCHEDULE LOSS OF USE AWARD/DESCRIBE:_____

[ ] PERMANENT PARTIAL DISABILITY CLASSIFICATION/DESCRIBE:_____

[ ] CLAIMANT RETURNED TO WORK.  DATE OF RETURN:_____  [ ] AT PRE-INJURY WAGES  [ ] AT REDUCED WAGES

[ ] SECTION 32 SETTLEMENT/ATTACH COPY OF AGREEMENT

[X] OTHER/EXPLAIN:   Presumption does not apply, No causal relationship (no injury per statutory definition)No compensable

| Prepared by | Date of this Report |
|---|---|
| Kelly Morseon | 05/27/2025 |

| Official Title | Telephone Number & Extension |
|---|---|
| Senior Claim Examiner | (908) 402-3226 |

# ADR-2      ADR-2      ADR-2      ADR-2      ADR-2

(1-11)
Prescribed by Chair
Workers' Compensation Board
State of New York

## SEE FILING INSTRUCTIONS
## ON REVERSE

THE WORKERS' COMPENSATION BOARD
EMPLOYS AND SERVES PEOPLE WITH
DISABILITIES WITHOUT DISCRIMINATION.

State Web NY ADR2

# FILING INSTRUCTIONS

Form ADR-2, Final Disposition of Claim, must be filed with the Workers' Compensation Board for every case in which Form ADR-1, Alternative Dispute Resolution Program Report of Injury, was filed with the Board. Form ADR-2 must be filed within 30 days of the final resolution of a claim, as required by 12 NYCRR 314.7(a). A copy of any written mediation or arbitration decision regarding this claim is to be filed with this form. Failure to file the prescribed ADR forms with the Workers' Compensation Board in a timely manner may result in the assessment of one or more penalties and/or the revocation of the party's authorization to participate in the Alternative Dispute Resolution Pilot Program.



**ADR-2 Reverse (1-11)**

# EXHIBIT

# F

Ms. Morseon, good afternoon..

Please see the attached MRI order for my husband, Andrew Stone, related to his ongoing Workers' Compensation case. The MRI is medically necessary and has been ordered for the right shoulder (without contrast) by Dr. Joshua Zimmerman at Ortho Associates of Central Jersey. This is second request as he never heard back from anyone.

Below are the key details from the order:

CPT Code: 73221

Order ID: 817994935

Date Ordered: 09/03/2025

Diagnosis: Shoulder pain, adhesive capsulitis suspected

Requested Facility: 3 Hospital Plaza, Suite 411, Old Bridge, NJ

Payor: Generic Commercial (Group #100007001 / Subscriber ID: 190606032-001)

We are requesting prompt authorization so that his treatment is not further delayed. Please let us know if anything additional is required on our end.

📎 [Attach MRI Order PDF or Photo]

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
████-███-████ (Office )

████████████████████████████████



# EXHIBIT

# G

Case 1:25-cv-05943-DG-VMS   Document 1-2   Filed 10/23/25   Page 145 of 195 PageID #: 215

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

---

## FW: WC - 190606032- JFK Millennium Partners - STONE, ANDREW - NY - 05/13/2025

2 messages

---

**James Durgana** <james@durganalaw.com>            Thu, May 29, 2025 at 2:03 PM
To: Samantha Stone <samanthastone5910@gmail.com>

HI Samantha,

As we discussed, below are the reasons put forward for the denial of the claim. Attached are the claim denial forms for your review.

If you have any questions, please let me know.



Thanks,
James

**From:** Kelly Morseon <Kelly.Morseon@choosebroadspire.com>
**Sent:** Thursday, May 29, 2025 11:08 AM
**To:** Gnesin, Marc <marc.gnesin@nfp.com>
**Cc:** Staley-Phillips, Crystal <crystal.staleyphillips@nfp.com>; James Durgana <james@durganalaw.com>; Rachel Montinarelli <Rachel.Montinarelli@choosebroadspire.com>
**Subject:** RE: WC - 190606032- JFK Millennium Partners - STONE, ANDREW - NY - 05/13/2025

Good Morning –

Based on review and investigation of the file

The initial Jamaica Hospital report indicates that he had a syncopal episode and back pain. Also indicates s/p syncope and fell. Claimant's glucose levels are 299, report indicates normal levels are 74-106.

Jamaica Hospital Report - Chief Complaint of the Jamaica Hospital indicates that presents to ED today s/p syncope and fell. Per patient around 12pm after having lunch got up to walk and collapsed for about 3 minutes per witness and his lower band and c/o of neck pain.

Statement from Chris Conboy "My coworkers were asking him questions and I heard him state that he had not eaten yet that day, except for an apple. Mr. Stone had lunch on his lap when he collapsed. He had not yet started eating when the incident happened".

Other issues include: Arising outside of and in course and scope of employment, as a violation of a work rule per our investigation the area where they were eating lunch is no an area in possession of or maintained by Hunt or JMP for the

9/9/25, 9:38 PM                    Gmail - Fwd: WC Claim 000160621 JFK Millennium Partners 2/25 SE, AN...

project.  Food truck is not provided by employer, it is a private vendor, although the site is aware of the food truck, the incident occurred in Terminal 7 where workers were told they are not permitted. The employer/site provides a designated spot for breaks/lunches in the contractors' provided Shanty on the project site.  The area where they were eating was not part of the job site, not a paid lunch break.

Please let me know if you have any questions

Thank you,

Kelly Morseon

Sr Claim Examiner
New York Service Center

Broadspire, A Crawford Company
PO Box 14343
Lexington, KY 40512-4343
Direct number: (908) 402-3226

fax: 770-777-6404
email: Kelly.Morseon@choosebroadspire.com

web: www.crawfordandcompany.com or www.choosebroadspire.com

**ALL LAWSUITS, SUMMONS & COMPLAINTS, PETITIONS, AWARDS, ORDERS TO PAY, LEGAL NOTICES &/OR CORRESPONDENCE MUST BE SENT, WITH THE BROADSPIRE CLAIM NUMBER & A DESCRIPTIVE SUBJECT LINE, IMMEDIATELY TO: Broadspire.Claims-NewYork@conduent.com**

**Crawford & Company**

Restoring and enhancing lives, businesses and communities



2 attachments

📄 **Stone - ADR2 Final Disposition of Claim.pdf**
36K

📄 **Stone - Denial Letter.pdf**
290K

**Samantha Stone** <samanthastone5910@gmail.com>                    Thu, May 29, 2025 at 2:21 PM
To: Christabel <christabel@greyandgrey.com>

See attached.

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,

# EXHIBIT

# H

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 148 of 195 PageID #: 218

 Gmail

Samantha Stone <samanthastone5910@gmail.com>

---

## Withdrawal from 2025–2026 Enrollment for I███ S███

2 messages

---

**Samantha Stone** <samanthastone5910@gmail.com>
To: "Conklin, Scott" <sc@episcopalhighschool.org>

Mon, Jul 28, 2025 at 2:02 PM

Dear Mr. Conklin,

I hope this message finds you well. I wanted to extend my sincere gratitude for the opportunity extended to I███ at Episcopal High School.

When we first connected, I shared some of I████s struggles at Cardigan, but I was hopeful that things were on the upswing. Unfortunately, our family has continued to face some significant challenges, and I███ has not been coping well emotionally.

Most recently, he learned about the serious injury his father sustained, and it has affected him deeply. At this time, I believe he requires more direct emotional support and care than I expect would be possible in a traditional boarding environment, as wonderful as Episcopal is.

With a heavy heart, I must let you know that we will not be able to move forward with enrollment for the 2025–2026 school year. This decision was not made lightly, and I'm truly sorry for any inconvenience it may cause.

Please let me know what steps we need to take to formally withdraw from the opportunity and scholarship. I am happy to speak further if needed.

Thank you again for your understanding and kindness throughout this process.

Warm regards,
**Samantha Stone**

~Sent from a mobile phone – please excuse the brevity of the message~

Sincerely,

Samantha Stone,
718-916-5974 (Mobile)
888-482-4855 (Office )

eXp Commercial Advisor I Broker Associate

---

**Conklin, Scott** <sc@episcopalhighschool.org>
To: Samantha Stone <samanthastone5910@gmail.com>

Mon, Jul 28, 2025 at 2:43 PM

Dear Samantha,

Thank you for reaching out and I'm very sorry to learn about the continued challenges your family is facing and Isaiah's struggles. My heart goes out to all of you, especially after hearing about his father's injury. Please know that we understand this is an incredibly difficult time, and your priority to ensure Isaiah receives the emotional support he needs is completely understandable.

While we are certainly sad to hear that Isaiah won't be joining us for the 2025–2026 school year, we respect your decision and wish him and your family all the best during this challenging period.

Case 1:25-cv-05943-DG-VMS   Document 1-2   Filed 10/23/25   Page 150 of 195 PageID #: 220

I will share this email with the team at EHS and I will let you know if we need any additional information.

Please don't hesitate to reach out if you'd like to talk further. We're here to support you in any way we can.

Best,

Scott
[Quoted text hidden]
--
Scott Conklin
Director of Admissions
Head Lacrosse Coach
sc@episcopalhighschool.org
703-933-4145 (w)
703-774-5714 (c)

*Follow EHS Admissions on Social Media!*

Email Disclaimer: This email and any attachments are confidential and intended solely for use by the individual or entity to whom they are addressed and should not be disseminated without permission. No confidentiality or privilege is waived by any mistransmission. If you received this communication in error, please destroy it and promptly notify the sender. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Episcopal High School. Episcopal High School accepts no liability for any damage caused by viruses transmitted by this email. In addition, Episcopal High School reserves the right to monitor all email communications through its networks.

# EXHIBIT

# A 1

 **Gmail**

Samantha Stone <samanthastone5910@gmail.com>

---

## Dispute Resolution Hearing: Andrew Stone 1███████2 // T6

---

**James Durgana** <james@durganalaw.com>         Tue, Jul 15, 2025 at 11:00 AM
To: Samantha Stone <samanthastone5910@gmail.com>

Samantha,

Attached are the Jamaica Hospital records as requested.

Thanks,
James

[Quoted text hidden]

---

📄 **Stone - Jamaica Hospital.pdf**
15109K

No Hippa From.
No Party.
Ex H2



 Gmail

Samantha Stone <samanthastone5910@gmail.com>

## Fw: Response from Jamaica Hospital Medical Records[encrypt]
1 message

**kwealthintgroup@aol.com** <kwealthintgroup@aol.com>
Reply-To: "kwealthintgroup@aol.com" <kwealthintgroup@aol.com>
To: "samanthastone5910@gmail.com" <samanthastone5910@gmail.com>

Tue, Sep 30, 2025 at 2:01 PM

Sent from AOL on Android

----- Forwarded Message -----
**From:** "Tiju Thomas" <tthomas@jhmc.org>
**To:** "kwealthintgroup@aol.com" <kwealthintgroup@aol.com>
**Sent:** Mon, Sep 29, 2025 at 5:06 PM
**Subject:** Response from Jamaica Hospital Medical Records[encrypt]
Good morning,

Patient names:Andrew Stone

Please find the link for the medical records requested. Please contact our office if you need any further assistance. Please note that this link may not open in android platform. Please use a Desktop/laptop computer. **We encourage you to save the PDF containing your records immediately. The link containing your medical records is set to expire at a later date.**

https://medisys.sharefile.com/public/share/web-s9fa14f0501534b06b01a7d0e2a33ed23

Sincerely,



Tiju Thomas
Health Information Management
Jamaica Hospital Medical Records
Phone: (516) 949 7717
CONFIDENTIALITY NOTICE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. Downloading and/or saving any mail and/or attachment on a non MediSys device is prohibited for all MediSys Employees. If you received this in error, please notify the sender, do not read or copy the transmittal or attachments and destroy any copies of this information.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



# Exhibit
# H2



JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████9, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

### HIV & Hep C Test

| | |
|---|---|
| Are you interested in receiving a test for | Patient Refused |

### Human Trafficking

| Row Name | 05/13/25 1428 |
|---|---|
| **Human Trafficking** | |
| Are there any indicators or telltale signs of human trafficking? | No |

### Intake/Output

| Row Name | 05/13/25 1740 | 05/13/25 1540 |
|---|---|---|
| **Sodium chloride (NS) 0.9 % IV Bolus 1,000 mL    Start: 05/13/25 1530** | | |
| Dose | *0 mL | *1000 mL |
| Rate | 0 | 500 |
| **[REMOVED] Peripheral IV 05/13/25 Left Antecubital** | | |
| IV Properties | Placement Date: 05/13/25 Placement Time: 1540 Size (Gauge): 20 G Orientation: Left Location: Antecubital Removal/Final Assessment Date: 05/13/25 Removal/Final Assessment Time: 1850 | |

### Language Doc-AMB/ED

| Row Name | 05/13/25 1428 |
|---|---|
| **Language Documentation** | |
| What is the patient's preferred language? | English |

### Patient Belongings

| Row Name | 05/13/25 1850 |
|---|---|
| **Patient Belongings at Bedside** | |
| Belongings at Bedside | None |
| **Patient Belongings Sent Home** | |
| Belongings Sent Home | None |
| **Patient Belongings Sent to Safe** | |
| Belongings Sent to Safe | None |
| **Patient Belongings Secured** | |
| Contraband Checklist Indicated? | No |
| **Patient Belongings At Discharge** | |
| Belongings At Discharge | None |
| **Cut Jewelry** | |
| Need To Cut | No |

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ____9, DOB: ____1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

Jewelry?

### Safe Discharge for Cognitive Impairment

| Row Name | 05/13/25 1849 |
|---|---|
| Safe Discharge for Cognitive Impairment | |
| Is patient cognitively impaired with poor decision-making skills and or pertinent diagnosis (e.g. under the influence of drugs and/or alcohol, dementia, altered mental status, or developemental delay)? | No |

### Triage Plan

| Row Name | 05/13/25 1428 |
|---|---|
| Triage Plan | |
| ESI | Urgent |
| Destination | Trauma |
| Triage Complete | Triage Complete |

### Vital Signs

| Row Name | 05/13/25 1427 |
|---|---|
| Vital Signs | |
| Temp | 97.5 °F (36.4 °C) |
| Temp Source | Oral |
| Heart Rate | 73 |
| Heart Rate Source | Monitor |
| Resp | 18 |
| BP | 130/75 |
| BP Location | Right arm |
| BP Method | Automatic |
| SpO2 | 98 % |
| O2 Device | None (Room air) |
| Patient Position | Lying |
| Pain Assessment | 0-10 (VVAS) |
| BEFAST Assessment | |
| Balance- Any sudden trouble walking, feeling dizzy or loss of coordination? | No |
| Eyes- Is there any sudden trouble seeing, blurred vision, loss of vision? | No |
| Face- Any sudden facial | No |

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Flowsheets (continued)**

| | |
|---|---|
| droop or numbness? | |
| Arm & Leg- Any sudden weakness. numbness, or paralysis of arm or leg? | No |
| Speech- Any slurring of speech, loss or unable to find words? | No |

**Sepsis Screening Criteria**

| | |
|---|---|
| Neuromuscular Disease | No |
| Invasive Devices | None |
| Alteration in Mental Status | No |
| Immunocompromise (AIDS, Cancer. Organ Transplant) | No . |

**Height and Weight**

| | |
|---|---|
| Height | 6' 1" (1.854 m) |
| Height Method | Stated |
| Weight | 202 lb (91.6 kg) |
| Weight Method | Stated |

**OTHER**

| | |
|---|---|
| Pain Score | 10 - Worst pain ever |
| Shock Index | 0.56 |
| Multiple Pain Sites | No |

**Pain**

| | |
|---|---|
| Pain Location | Back |
| Pain Orientation | Lower |

**Pain Screening**

| | |
|---|---|
| Pain Type | Acute pain |
| Pain Frequency | Constant/continuous |
| Pain Onset | Sudden |
| Clinical Progression | Not changed |
| Patient's Stated Pain Goal | No pain |

**Vitals Reassessment**

| Row Name | 05/13/25 1427 |
|---|---|

**Vitals Assessment**

| | |
|---|---|
| Restart Vitals Timer | Yes |

**After Visit Summary**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

ED After Visit Summary (below)

# AFTER VISIT SUMMARY

**Andrew K. Stone** MRN: ██████

 JAMAICA HOSPITAL MEDICAL CENTER

📅 5/13/2025   ♀ JHMC EMERGENCY ROOM 718-206-6000

## Instructions

Please follow up with your private doctor in 1 day
Take Tylenol for pain
Cold compresses every 8 hrs for 20 mins for 24 hrs then warm
compresses
Return to ED immediately for any concerns

📎 Read the attached information
  1. SYNCOPE ADULT EASY-TO-READ (ENGLISH)
  2. ACUTE BACK PAIN ADULT (ENGLISH)

📅 Follow up with Private Doctor in 1 day (around
5/14/2025)

## What's Next

You currently have no upcoming appointments scheduled.

## Preferred Pharmacy Info

Pharmacy
CVS/PHARMACY #7069 - HAZLET, NJ - 3391 HIGHWAY 35

## Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by Aneury Hernandez and
Rose-Marie P. Leriche

Reason for Visit
**Back Pain**

Diagnoses
• **Fainting**
• Injury of back, initial encounter

⚕ Lab Tests Completed
  Alcohol
  CBC WITH PLATELET AND
  DIFFERENTIAL
  CMP
  D-Dimer High Sensitivity
  EGFR Adult
  PT-PTT
  RBC Morphology
  Troponin

🖼 Imaging Tests
  X-ray chest AP portable

⚗ Medications Given
  **Sodium chloride (NS)** Stopped at 5:40
  PM

 Blood
Pressure
**130/75**

 Temperature
(Oral)
**97.5 °F**

Pulse
**73**

Respiration
**18**

Oxygen
Saturation
**98%**

Andrew K. Stone (MRN: 3█████) • Printed at 5/13/2025  6:54 PM                    Page 1 of 13  **Epic**

Printed on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ██████, DOB: ███962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

## MediSys Connect

Please follow the instructions below to securely access your online health record. MediSys Connect allows you to send messages to your health team, view your test results, renew your prescriptions, check your future appointments and more.

**How Do I Sign Up?**

1. In your Internet browser, go to https://mychart.medisys.org.
2. Click on the "New User? Sign Up Now" link in the Sign In box.
3. There are **two different ways** to sign up for Connect:

   a. Signing up **with** an activation code:
      - Enter your MediSys Connect Access Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process.
        **MediSys Connect Access Code:** 5QX3J-M3CR6-BQ9MZ
        Expires: 6/27/2025  6:54 PM
      - If you do not sign up before the expiration date, follow the steps for signing up without an activation code.

   b. Signing up **without** an activation code:
      - Click on the **"No Activation Code? Request Online"**
      - You will need to answer several questions that will assist the system with confirming your identity.

4. Enter your Date of Birth (mm/dd/yyyy) and Home Phone as indicated and click **Next**. You will be taken to the next page.
5. Once the system confirms your information with what is on file or validates you through our 3rd party Experian verification process, you will need to create a MediSys Connect login ID. It cannot be changed, so think of one that is secure and easy to remember.
6. Create a secure MediSys Connect password. It must be at least 8 characters and include at least 2 numbers. You can change your password at any time.
7. Enter your Password Reset Question and Answer and click **Next**. This can be used at a later time if you forget your password.
8. Select your communication preference. If applicable enter your e-mail address. You will receive e-mail notifications when new information is available in MediSys Connect by choosing to receive e-mail notifications and filling in your e-mail.
9. Click **Sign In**.

**Read and agree to the Terms and Conditions.** You can now view your health record.

**Additional Information**

If you have questions, please contact your local Ambulatory Care Center/Physician.
You can also e-mail us at mychartsupport@medisyshealth.org or call 718-206-5988.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ██████962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

After Visit Summary (continued)

## MediSys Connect (continued)



**Remember, MediSys Connect is NOT to be used for urgent needs.
For medical emergencies, DIAL 911.**

## Healthix Disclaimer

Healthix Disclaimer

**Notice to Patients About Access to Protected Health Information in an Emergency**

*Jamaica Hospital Medical Center* is connected to the New York State Health Information Exchange of New York ( SHIN-NY) via Healthix, Inc. which collects medical information from clinical providers in New York State. In general access to SHIN-NY requires affirmative consent from a patient. However, in cases of medical emergency and in the absence of such affirmative consent, the *Jamaica Medical Center* authorized clinical providers may access SHIN-NY records if they attest that  (i) an emergency condition exists; (ii) the patient is in immediate need of medical attention; (iii) an attempt to secure affirmative consent to access SHIN-NY would result in a delay of treatment which would increase the risk to the patient's life or health; and (iv) in his/her reasonable judgement, the information that may be held by or accessible via Healthix may be material to emergency treatment. Such emergency access is called "Break-the-glass" and is limited to critical or emergency care providers.

If you wish to validate if such access occurred during your emergency treatment at our facility you can contact the Privacy Officer at 718-206-7892.

**If you are uninsured, Jamaica Hospital may be able to help you obtain insurance or offer you a discount on your bill. Please contact the Financial Office at (718) 206-8270, or email us at enroll@jhmc.org for more information regarding our financial assistance program.**

Patient Signature: _____    Date: _____

Andrew K. Stone (MRN: ███████) Printed at 5/13/2025  6:54 PM                    Page 3 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3██████9, DOB:███1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

After Visit Summary (continued)

## The Jamaica Hospital Medical Center
## Financial Assistance Summary

Patient Name: Andrew K Stone          DOB: 6/9/1962 (62 yrs)          MRN: 3067219
Date of Service: 5/13/25              Hospital Account:1008905067

The Jamaica Hospital Medical Center recognizes that there are times when patients in need of care will have difficulty paying for the services provided. The Jamaica Hospital Financial Assistance Program provides discounts to qualifying individuals based on your income. In addition, we can help you apply for free or low-cost insurance if you qualify. For further help, please contact our Financial Office at 718-206-8270. You can also visit us directly at the Jamaica Hospital Financial Office, located at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, NY, 11418, for free, confidential assistance.

To obtain a free copy of our Financial Assistance Policy (FAP) and FAP application, you can do any of the following:

- E-mail us at enroll@jhmc.org
- Go to our website at www.jamaicahospital.org and click on the banner for "Financial Assistance" where you will be able to download the FAP Summary and FAP application
- Request information by writing to us at the above address, Attention: Financial Office

Our FAP and FAP application is available in Spanish, Chinese (Traditional/Simplified), and Bengali.

**Who qualifies for a discount?**

Financial assistance is available for emergency, and non-emergency medically necessary, services to uninsured and under-insured patients, with incomes up to 400% of the Federal Poverty Level (FPL), who complete a financial assistance application with the Hospital.

An "under-insured" individual, for the purpose of qualifying for financial assistance, is defined as an individual with a household income up to 400% of the FPL and individual out-of-pocket medical payments accumulated in the past 12 months that amount to 10%, or more, of the individual's household gross income.

The program is also available for patients whose medically necessary services are not covered by their health insurance or who have exhausted their insurance benefits. All qualifying individuals for financial assistance will not be charged more than the amounts generally billed (AGB) to Medicaid for any emergency or medical services rendered.

Everyone residing in New York State who needs emergency services can receive care and get a discount if they meet the income and eligibility requirements.

For Jamaica Hospital, everyone who lives in Queens, the Bronx, Kings (Brooklyn), New York (Manhattan), Richmond (Staten Island), or Nassau County can get a discount on non-emergency, medically necessary services, if they are uninsured and meet the income and other financial assistance requirements.

You may apply for financial assistance regardless of immigration status.

**Cosmetic procedures/services are not covered by the program.**

**What are the income limits?**

Andrew K. Stone (MRN: 3██████)• Printed at 5/13/2025  6:54 PM                    Page 4 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ▓▓▓▓9, DOB: ▓▓▓962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

The amount of the discount varies based on your income and the size of your family. If you have no health insurance, these are the income limits: Depending on circumstances, you may qualify for financial assistance even if your income exceeds these limits.

| Family size | Annual Family Income | Monthly Family Income | Weekly Family Income |
|---|---|---|---|
| 1 | Up to $60,240 | Up to $5,020 | Up to $1,160 |
| 2 | Up to $81,760 | Up to $6,816 | Up to $1,576 |
| 3 | Up to $103,280 | Up to $8,608 | Up to $1,988 |
| 4 | Up to $124,800 | Up to $10,400 | Up to $2,400 |
| 5 | Up to $146,320 | Up to $12,196 | Up to $2,816 |
| 6 | Up to $167,840 | Up to $13,988 | Up to $3,228 |

- Based on 400% of the 2024 Federal Poverty Guidelines

**How much do I have to pay?**

The payment amounts for an outpatient service or the emergency room for financial assistance recipients starts from $0 and will increase depending on your income and family size.

Our Financial Counselors will give you the details about your specific discount(s) once your application is completed and processed.

Generally, payment arrangements (installment plans) will be offered to eligible patients (i.e., those with monthly incomes up to 400% of the FPL). Monthly installment payments are capped at 5% of the patient's gross monthly income. Payment arrangements are also available to patients who demonstrate financial hardship.

**Can someone explain the discount? Can someone help me apply?**

Yes, free, confidential help is available. Call the Financial Office at 718-206-8270. If you do not speak English, someone will help you in your own language.

The Financial Counselor can tell you if you qualify for free or low-cost insurance, such as Medicaid, Child Health Plus, Qualified Health Plan or Financial Assistance.

If the Financial Counselor finds that you do not qualify for low-cost insurance, they will help you apply for a discount via financial assistance. The Financial Counselor will help you fill out all the forms and tell you what documents you need to bring.

**What do I need to apply for a discount?**

To apply for financial assistance, you will need a form of picture ID, proof of address, four weeks of pay stubs or last year's W-2, and/or a statement indicating how you are supporting yourself or are being supported.

If you cannot provide any of these documents, you may still be able to apply for financial assistance depending on circumstances.

**What services are covered?**

Andrew K. Stone (MRN: 3▓▓▓▓) • Printed at 5/13/2025  6:54 PM                    Page 5 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ██████, DOB: ███962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

All medically necessary services provided by Jamaica Hospital are covered by the discount. This includes outpatient services, emergency care, and inpatient admissions.

Charges from *private doctors* who provide services in the hospital may **not** be covered. You should talk to private doctors to see if they offer a discount or payment plan.

**How do I get the discount?**

You must fill out the application form. As soon as we have proof of your income and family size, insurance status and proof medical payments (if applicable), we can process your application for a discount according to your income level.

You can apply for a discount before you have an appointment, when you come to the hospital to get care, or when the bill comes in the mail.

Send the completed form to the Jamaica Hospital Financial Office at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, New York, 11418 or bring it directly to the Financial Office at the address indicated.

**How will I know if I was approved for the discount?**

Jamaica Hospital will send you a letter within 30 days after completion and submission of documentation, telling you if you have been approved and the level of discount received.

**What if I receive a bill while I'm waiting to hear if I can get a discount?**

You cannot be required to pay a hospital bill while your application for a discount is being considered. If your application is turned down, the hospital must tell you why in writing and must provide you with a way to appeal this decision to a higher level within the hospital.

**What if I have a problem I cannot resolve with the hospital?**

You may call the New York State Department of Health complaint hotline at 1-800-804-5447.

Revised 11/2024

Andrew K. Stone (MRN: ██████) • Printed at 5/13/2025  6:54 PM          Page 6 of 13   *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ████062, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

📑 Attached Information                    SYNCOPE ADULT EASY-TO-READ (ENGLISH)

Syncope, Adult



Syncope is when you pass out or faint for a short time. It is caused by a sudden decrease in blood flow to the brain. This can happen for many reasons. It can sometimes happen when seeing blood, getting a shot (*injection*), or having pain or strong emotions. Most causes of fainting are not dangerous, but in some cases it can be a sign of a serious medical problem.

If you faint, get help right away. Call your local emergency services (911 in the U.S.).

Follow these instructions at home:

Watch for any changes in your symptoms. Take these actions to stay safe and help with your symptoms:

**Knowing when you may be about to faint**

- Signs that you may be about to faint include:
  - Feeling dizzy or light-headed. It may feel like the room is spinning.
  - Feeling weak.
  - Feeling like you may vomit (*nauseous*).
  - Seeing spots or seeing all white or all black.
  - Having cold, clammy skin.
  - Feeling warm and sweaty.
  - Hearing ringing in the ears.
- If you start to feel like you might faint, sit or lie down right away. If sitting, lower your head down between your legs. If lying down, raise (*elevate*) your feet above the level of your heart.
  - Breathe deeply and steadily. Wait until all of the symptoms are gone.
  - Have someone stay with you until you feel better.

Andrew K. Stone (MRN: ████████) • Printed at 5/13/2025  6:54 PM         Page 7 of 13  **Epic**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3●●●●●●, DOB: ●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you are taking blood pressure or heart medicine, sit up and stand up slowly. Spend a few minutes getting ready to sit and then stand. This can help you feel less dizzy.

### Lifestyle

- **Do not** drive, use machinery, or play sports until your doctor says it is okay.
- **Do not** drink alcohol.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Avoid hot tubs and saunas.

### General instructions

- Talk with your doctor about your symptoms. You may need to have testing to help find the cause.
- Drink enough fluid to keep your pee (*urine*) pale yellow.
- Avoid standing for a long time. If you must stand for a long time, do movements such as:
  - Moving your legs.
  - Crossing your legs.
  - Flexing and stretching your leg muscles.
  - Squatting.
- Keep all follow-up visits.

Contact a doctor if:

- You have episodes of near fainting.

Get help right away if:

- You pass out or faint.
- You hit your head or are injured after fainting.
- You have any of these symptoms:
  - Fast or uneven heartbeats (*palpitations*).
  - Pain in your chest, belly, or back.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ▬▬▬, DOB: ▬▬1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

- ○ Shortness of breath.
- You have jerky movements that you cannot control (*seizure*).
- You have a very bad headache.
- You are confused.
- You have problems with how you see (*vision*).
- You are very weak.
- You have trouble walking.
- You are bleeding from your mouth or your butt (*rectum*).
- You have black or tarry poop (*stool*).

**These symptoms may be an emergency. Get help right away. Call your local emergency services (911 in the U.S.).**

- **Do not wait to see if the symptoms will go away.**
- **Do not drive yourself to the hospital.**

Summary

- Syncope is when you pass out or faint for a short time. It is caused by a sudden decrease in blood flow to the brain.
- Signs that you may be about to faint include feeling dizzy or light-headed, feeling like you may vomit, seeing all white or all black, or having cold, clammy skin.
- If you start to feel like you might faint, sit or lie down right away. Lower your head if sitting, or raise (*elevate*) your feet if lying down. Breathe deeply and steadily. Wait until all of the symptoms are gone.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/28/2022 Document Reviewed: 04/28/2022
Elsevier Patient Education © 2023 Elsevier Inc.

Andrew K. Stone (MRN: 3▬▬▬) • Printed at 5/13/2025  6:54 PM                    Page 9 of 13   *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**After Visit Summary (continued)**

## 📑 Attached Information

ACUTE BACK PAIN  ADULT (ENGLISH)

Acute Back Pain, Adult

Acute back pain is sudden and usually short-lived. It is often caused by an injury to the muscles and tissues in the back. The injury may result from:

- A muscle, tendon, or ligament getting overstretched or torn. Ligaments are tissues that connect bones to each other. Lifting something improperly can cause a back strain.
- Wear and tear (*degeneration*) of the spinal disks. Spinal disks are circular tissue that provide cushioning between the bones of the spine (*vertebrae*).
- Twisting motions, such as while playing sports or doing yard work.
- A hit to the back.
- Arthritis.

You may have a physical exam, lab tests, and imaging tests to find the cause of your pain. Acute back pain usually goes away with rest and home care.

Follow these instructions at home:

**Managing pain, stiffness, and swelling**

- Take over-the-counter and prescription medicines only as told by your health care provider. Treatment may include medicines for pain and inflammation that are taken by mouth or applied to the skin, or muscle relaxants.
- Your health care provider may recommend applying ice during the first 24–48 hours after your pain starts. To do this:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.
  - Remove the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you have a greater risk of damage to the area.
- If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
  - Place a towel between your skin and the heat source.
  - Leave the heat on for 20–30 minutes.

Andrew K. Stone (MRN:████████) • Printed at 5/13/2025  6:54 PM          Page 10 of 13  **Epic**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●, DOB: ●●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**After Visit Summary (continued)**

- ○ Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You have a greater risk of getting burned.

**Activity**



- **Do not** stay in bed. Staying in bed for more than 1–2 days can delay your recovery.
- Sit up and stand up straight. Avoid leaning forward when you sit or hunching over when you stand.
  - ○ If you work at a desk, sit close to it so you do not need to lean over. Keep your chin tucked in. Keep your neck drawn back, and keep your elbows bent at a 90-degree angle (*right angle*).
  - ○ Sit high and close to the steering wheel when you drive. Add lower back (*lumb ar*) support to your car seat, if needed.
- Take short walks on even surfaces as soon as you are able. Try to increase the length of time you walk each day.
- **Do not** sit, drive, or stand in one place for more than 30 minutes at a time. Sitting or standing for long periods of time can put stress on your back.
- **Do not** drive or use heavy machinery while taking prescription pain medicine.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back:
  - ○ Bend your knees.
  - ○ Keep the load close to your body.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**After Visit Summary (continued)**

- ◦ Avoid twisting.
- Exercise regularly as told by your health care provider. Exercising helps your back heal faster and helps prevent back injuries by keeping muscles strong and flexible.
- Work with a physical therapist to make a safe exercise program, as recommended by your health care provider. Do any exercises as told by your physical therapist.

**Lifestyle**

- Maintain a healthy weight. Extra weight puts stress on your back and makes it difficult to have good posture.
- Avoid activities or situations that make you feel anxious or stressed. Stress and anxiety increase muscle tension and can make back pain worse. Learn ways to manage anxiety and stress, such as through exercise.

**General instructions**

- Sleep on a firm mattress in a comfortable position. Try lying on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
- Keep your head and neck in a straight line with your spine (*neutral position*) when using electronic equipment like smartphones or pads. To do this:
  - ◦ Raise your smartphone or pad to look at it instead of bending your head or neck to look down.
  - ◦ Put the smartphone or pad at the level of your face while looking at the screen.
- Follow your treatment plan as told by your health care provider. This may include:
  - ◦ Cognitive or behavioral therapy.
  - ◦ Acupuncture or massage therapy.
  - ◦ Meditation or yoga.

Contact a health care provider if:

- You have pain that is not relieved with rest or medicine.
- You have increasing pain going down into your legs or buttocks.
- Your pain does not improve after 2 weeks.
- You have pain at night.
- You lose weight without trying.
- You have a fever or chills.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●, DOB: ●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**After Visit Summary (continued)**

- You develop nausea or vomiting.
- You develop abdominal pain.

Get help right away if:

- You develop new bowel or bladder control problems.
- You have unusual weakness or numbness in your arms or legs.
- You feel faint.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

Summary

- Acute back pain is sudden and usually short-lived.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back.
- Take over-the-counter and prescription medicines only as told by your health care provider, and apply heat or ice as told.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 03/11/2022 Document Reviewed: 03/11/2022
Elsevier Patient Education © 2023 Elsevier Inc.

## Additional Questions About Your Visit?

If you have any questions or concerns about your visit to the Emergency Department please call <u>718 206 8368</u>. If you need immediate assistance regarding your previous visit please call <u>718 206 6066</u> and ask to speak with the charge doctor.

Andrew K. Stone (MRN:●●●●●●) • Printed at 5/13/2025 6:54 PM          Page 13 of 13   **Epic**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 3██████9, DOB: 6/9/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

## Scans

### EKG - Scan on 5/13/2025  6:16 PM

Clinical date/time: 5/13/2025 0000
Description: ekg 5/13/2025 5.50p

User: Charran, Donna
Status: Received

Scan (below)



JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●9, DOB:●●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**



JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●●9, DOB: ●●●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Scans (continued)

**After Visit Summary - Document on 5/13/2025  6:54 PM**

Clinical date/time: 5/13/2025 1854
Description: ED After Visit Summary
Service date/time: 5/13/2025 1854

User: Rosario, Alejandra, RN
Status: —

Document (below)

# AFTER VISIT SUMMARY

**JAMAICA HOSPITAL MEDICAL CENTER**

**Andrew K. Stone**  MRN: ●●●●●9

📅 5/13/2025   📍 JHMC EMERGENCY ROOM 718-206-6000

## Instructions

Please follow up with your private doctor in 1 day
Take Tylenol for pain
Cold compresses every 8 hrs for 20 mins for 24 hrs then warm compresses
Return to ED immediately for any concerns

   Read the attached information
1. SYNCOPE ADULT EASY-TO-READ (ENGLISH)
2. ACUTE BACK PAIN ADULT (ENGLISH)

   Follow up with Private Doctor in 1 day (around 5/14/2025)

## What's Next

You currently have no upcoming appointments scheduled.

## Preferred Pharmacy Info

Pharmacy
CVS/PHARMACY #7069 - HAZLET, NJ - 3391 HIGHWAY 35

## Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by Aneury Hernandez and Rose-Marie P. Leriche

Reason for Visit
Back Pain

Diagnoses
- Fainting
- Injury of back, initial encounter

 Lab Tests Completed
Alcohol
CBC WITH PLATELET AND DIFFERENTIAL
CMP
D-Dimer High Sensitivity
EGFR Adult
PT-PTT
RBC Morphology
Troponin

 Imaging Tests
X-ray chest AP portable

 Medications Given
Sodium chloride (NS) Stopped at 5:40 PM

| | Blood Pressure | | Temperature (Oral) |
|---|---|---|---|
| | 130/75 | | 97.5 °F |
| | Pulse | | Respiration |
| | 73 | | 18 |
| | Oxygen Saturation | | |
| | 98% | | |

Andrew K. Stone (MRN: ●●●●●●) • Printed at 5/13/2025  6:54 PM

Page 1 of 13   **Epic**

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ██/██/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

## MediSys Connect

Please follow the instructions below to securely access your online health record. MediSys Connect allows you to send messages to your health team, view your test results, renew your prescriptions, check your future appointments and more.

**How Do I Sign Up?**

1. In your Internet browser, go to https://mychart.medisys.org.
2. Click on the "New User? Sign Up Now" link in the Sign In box.
3. There are **two different ways** to sign up for Connect:

   a. Signing up **with** an activation code:
      - Enter your MediSys Connect Access Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process.
        **MediSys Connect Access Code:** 5QX3J-M3CR6-BQ9MZ
        Expires: 6/27/2025 6:54 PM
      - If you do not sign up before the expiration date, follow the steps for signing up without an activation code.

   b. Signing up **without** an activation code:
      - Click on the **"No Activation Code? Request Online"**
      - You will need to answer several questions that will assist the system with confirming your identity.

4. Enter your Date of Birth (mm/dd/yyyy) and Home Phone as indicated and click **Next**. You will be taken to the next page.
5. Once the system confirms your information with what is on file or validates you through our 3rd party Experian verification process, you will need to create a MediSys Connect login ID. It cannot be changed, so think of one that is secure and easy to remember.
6. Create a secure MediSys Connect password. It must be at least 8 characters and include at least 2 numbers. You can change your password at any time.
7. Enter your Password Reset Question and Answer and click **Next**. This can be used at a later time if you forget your password.
8. Select your communication preference. If applicable enter your e-mail address. You will receive e-mail notifications when new information is available in MediSys Connect by choosing to receive e-mail notifications and filling in your e-mail.
9. Click **Sign In**.

**Read and agree to the Terms and Conditions.** You can now view your health record.

**Additional Information**

If you have questions, please contact your local Ambulatory Care Center/Physician. You can also e-mail us at mychartsupport@medisyshealth.org or call 718-206-5988.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: 8067219, DOB: 6/9/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

MediSys Connect (continued)



Download our new app!

Remember, MediSys Connect is NOT to be used for urgent needs.
For medical emergencies, DIAL 911.

## Healthix Disclaimer

Healthix Disclaimer

**Notice to Patients About Access to Protected Health Information in an Emergency**

*Jamaica Hospital Medical Center* is connected to the New York State Health Information Exchange of New York ( SHIN-NY) via Healthix, Inc. which collects medical information from clinical providers in New York State. In general access to SHIN-NY requires affirmative consent from a patient. However, in cases of medical emergency and in the absence of such affirmative consent, the *Jamaica Medical Center* authorized clinical providers may access SHIN-NY records if they attest that (i) an emergency condition exists; (ii) the patient is in immediate need of medical attention; (iii) an attempt to secure affirmative consent to access SHIN-NY would result in a delay of treatment which would increase the risk to the patient's life or health; and (iv) in his/her reasonable judgement, the information that may be held by or accessible via Healthix may be material to emergency treatment. Such emergency access is called "Break-the-glass" and is limited to critical or emergency care providers.

If you wish to validate if such access occurred during your emergency treatment at our facility you can contact the Privacy Officer at 718-206-7892.

**If you are uninsured, Jamaica Hospital may be able to help you obtain insurance or offer you a discount on your bill. Please contact the Financial Office at (718) 206-8270, or email us at enroll@jhmc.org for more information regarding our financial assistance program.**

Patient Signature: _____    Date: _____

Andrew K. Stone (MRN: ████████) • Printed at 5/13/2025  6:54 PM          Page 3 of 13  *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ███████, DOB: ███962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

### The Jamaica Hospital Medical Center
### Financial Assistance Summary

**Patient Name:** Andrew K Stone          **DOB:** ███1962 (62 yrs)          **MRN:** ███████
**Date of Service:** 5/13/25              **Hospital Account:** ███████

The Jamaica Hospital Medical Center recognizes that there are times when patients in need of care will have difficulty paying for the services provided. The Jamaica Hospital Financial Assistance Program provides discounts to qualifying individuals based on your income. In addition, we can help you apply for free or low-cost insurance if you qualify. For further help, please contact our Financial Office at 718-206-8270. You can also visit us directly at the Jamaica Hospital Financial Office, located at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, NY, 11418, for free, confidential assistance.

To obtain a free copy of our Financial Assistance Policy (FAP) and FAP application, you can do any of the following:

- E-mail us at enroll@jhmc.org
- Go to our website at www.jamaicahospital.org and click on the banner for "Financial Assistance" where you will be able to download the FAP Summary and FAP application
- Request information by writing to us at the above address, Attention: Financial Office

Our FAP and FAP application is available in Spanish, Chinese (Traditional/Simplified), and Bengali.

**Who qualifies for a discount?**

Financial assistance is available for emergency, and non-emergency medically necessary, services to uninsured and under-insured patients, with incomes up to 400% of the Federal Poverty Level (FPL), who complete a financial assistance application with the Hospital.

An "under-insured" individual, for the purpose of qualifying for financial assistance, is defined as an individual with a household income up to 400% of the FPL and individual out-of-pocket medical payments accumulated in the past 12 months that amount to 10%, or more, of the individual's household gross income.

The program is also available for patients whose medically necessary services are not covered by their health insurance or who have exhausted their insurance benefits. All qualifying individuals for financial assistance will not be charged more than the amounts generally billed (AGB) to Medicaid for any emergency or medical services rendered.

Everyone residing in New York State who needs emergency services can receive care and get a discount if they meet the income and eligibility requirements.

For Jamaica Hospital, everyone who lives in Queens, the Bronx, Kings (Brooklyn), New York (Manhattan), Richmond (Staten Island), or Nassau County can get a discount on non-emergency, medically necessary services, if they are uninsured and meet the income and other financial assistance requirements.

You may apply for financial assistance regardless of immigration status.

**Cosmetic procedures/services are not covered by the program.**

**What are the income limits?**

Andrew K. Stone (MRN: ███████) • Printed at 5/13/2025 6:54 PM                    Page 4 of 13    *Epic*

Stone, Andrew K
MRN: ████████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

### Scans (continued)

The amount of the discount varies based on your income and the size of your family.  If you have no health insurance,

these are the income limits:  Depending on circumstances, you may qualify for financial assistance even if your income

exceeds these limits.

| Family size | Annual Family Income | Monthly Family Income | Weekly Family Income |
|---|---|---|---|
| 1 | Up to $60,240 | Up to $5,020 | Up to $1,160 |
| 2 | Up to $81,760 | Up to $6,816 | Up to $1,576 |
| 3 | Up to $103,280 | Up to $8,608 | Up to $1,988 |
| 4 | Up to $124,800 | Up to $10,400 | Up to $2,400 |
| 5 | Up to $146,320 | Up to $12,196 | Up to $2,816 |
| 6 | Up to $167,840 | Up to $13,988 | Up to $3,228 |

- Based on 400% of the 2024 Federal Poverty Guidelines

**How much do I have to pay?**

The payment amounts for an outpatient service or the emergency room for financial assistance recipients starts from $0 and will increase depending on your income and family size.

Our Financial Counselors will give you the details about your specific discount(s) once your application is completed and processed.

Generally, payment arrangements (installment plans) will be offered to eligible patients (i.e., those with monthly incomes up to 400% of the FPL).  Monthly installment payments are capped at 5% of the patient's gross monthly income. Payment arrangements are also available to patients who demonstrate financial hardship.

**Can someone explain the discount?  Can someone help me apply?**

Yes, free, confidential help is available.  Call the Financial Office at 718-206-8270. If you do not speak English, someone will help you in your own language.

The Financial Counselor can tell you if you qualify for free or low-cost insurance, such as Medicaid, Child Health Plus, Qualified Health Plan or Financial Assistance.

If the Financial Counselor finds that you do not qualify for low-cost insurance, they will help you apply for a discount via financial assistance. The Financial Counselor will help you fill out all the forms and tell you what documents you need to bring.

**What do I need to apply for a discount?**

To apply for financial assistance, you will need a form of picture ID, proof of address, four weeks of pay stubs or last year's W-2, and/or a statement indicating how you are supporting yourself or are being supported.

If you cannot provide any of these documents, you may still be able to apply for financial assistance depending on circumstances.

**What services are covered?**

Andrew K. Stone (MRN: ██████) • Printed at 5/13/2025 6:54 PM                    Page 5 of 13   *Epic*

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●9, DOB: ●●/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

All medically necessary services provided by Jamaica Hospital are covered by the discount. This includes outpatient services, emergency care, and inpatient admissions.

Charges from *private doctors* who provide services in the hospital may <u>not</u> be covered. You should talk to private doctors to see if they offer a discount or payment plan.

**How do I get the discount?**

You must fill out the application form. As soon as we have proof of your income and family size, insurance status and proof medical payments (if applicable), we can process your application for a discount according to your income level.

You can apply for a discount before you have an appointment, when you come to the hospital to get care, or when the bill comes in the mail.

Send the completed form to the Jamaica Hospital Financial Office at 90-28 Van Wyck Expressway, 2nd Floor, Richmond Hill, New York, 11418 or bring it directly to the Financial Office at the address indicated.

**How will I know if I was approved for the discount?**

Jamaica Hospital will send you a letter within 30 days after completion and submission of documentation, telling you if you have been approved and the level of discount received.

**What if I receive a bill while I'm waiting to hear if I can get a discount?**

You cannot be required to pay a hospital bill while your application for a discount is being considered. If your application is turned down, the hospital must tell you why in writing and must provide you with a way to appeal this decision to a higher level within the hospital.

**What if I have a problem I cannot resolve with the hospital?**

You may call the New York State Department of Health complaint hotline at 1-800-804-5447.

Revised 11/2024

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ⬛⬛⬛⬛, DOB: ⬛⬛⬛962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

---

📎 Attached Information                          SYNCOPE ADULT EASY-TO-READ (ENGLISH)

Syncope, Adult



Syncope is when you pass out or faint for a short time. It is caused by a sudden decrease in blood flow to the brain. This can happen for many reasons. It can sometimes happen when seeing blood, getting a shot (*injection*), or having pain or strong emotions. Most causes of fainting are not dangerous, but in some cases it can be a sign of a serious medical problem.

If you faint, get help right away. Call your local emergency services (911 in the U.S.).

Follow these instructions at home:

Watch for any changes in your symptoms. Take these actions to stay safe and help with your symptoms:

**Knowing when you may be about to faint**

- Signs that you may be about to faint include:
  - Feeling dizzy or light-headed. It may feel like the room is spinning.
  - Feeling weak.
  - Feeling like you may vomit (*nauseous*).
  - Seeing spots or seeing all white or all black.
  - Having cold, clammy skin.
  - Feeling warm and sweaty.
  - Hearing ringing in the ears.
- If you start to feel like you might faint, sit or lie down right away. If sitting, lower your head down between your legs. If lying down, raise (*elevate*) your feet above the level of your heart.
  - Breathe deeply and steadily. Wait until all of the symptoms are gone.
  - Have someone stay with you until you feel better.

Andrew K. Stone (MRN: ⬛⬛⬛⬛) • Printed at 5/13/2025  6:54 PM                    Page 7 of 13    *Epic*

---

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ####9, DOB: ####62, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

## Scans (continued)

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you are taking blood pressure or heart medicine, sit up and stand up slowly. Spend a few minutes getting ready to sit and then stand. This can help you feel less dizzy.

### Lifestyle

- **Do not** drive, use machinery, or play sports until your doctor says it is okay.
- **Do not** drink alcohol.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Avoid hot tubs and saunas.

### General instructions

- Talk with your doctor about your symptoms. You may need to have testing to help find the cause.
- Drink enough fluid to keep your pee (*urine*) pale yellow.
- Avoid standing for a long time. If you must stand for a long time, do movements such as:
  - Moving your legs.
  - Crossing your legs.
  - Flexing and stretching your leg muscles.
  - Squatting.
- Keep all follow-up visits.

Contact a doctor if:

- You have episodes of near fainting.

Get help right away if:

- You pass out or faint.
- You hit your head or are injured after fainting.
- You have any of these symptoms:
  - Fast or uneven heartbeats (*palpitations*).
  - Pain in your chest, belly, or back.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 184 of 195 PageID #: 254

Stone, Andrew K
MRN: 3_____, DOB: ____1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

- ◦ Shortness of breath.
- You have jerky movements that you cannot control (*seizure*).
- You have a very bad headache.
- You are confused.
- You have problems with how you see (*vision*).
- You are very weak.
- You have trouble walking.
- You are bleeding from your mouth or your butt (*rectum*).
- You have black or tarry poop (*stool*).

**These symptoms may be an emergency. Get help right away. Call your local emergency services (911 in the U.S.).**

- **Do not wait to see if the symptoms will go away.**
- **Do not drive yourself to the hospital.**

Summary

- Syncope is when you pass out or faint for a short time. It is caused by a sudden decrease in blood flow to the brain.
- Signs that you may be about to faint include feeling dizzy or light-headed, feeling like you may vomit, seeing all white or all black, or having cold, clammy skin.
- If you start to feel like you might faint, sit or lie down right away. Lower your head if sitting, or raise (*elevate*) your feet if lying down. Breathe deeply and steadily. Wait until all of the symptoms are gone.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/28/2022 Document Reviewed: 04/28/2022
Elsevier Patient Education © 2023 Elsevier Inc.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ▮▮▮▮▮9, DOB: ▮▮▮▮962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

---

🖉 Attached Information                    ACUTE BACK PAIN  ADULT (ENGLISH)

---

Acute Back Pain, Adult

Acute back pain is sudden and usually short-lived. It is often caused by an injury to the muscles and tissues in the back. The injury may result from:

- A muscle, tendon, or ligament getting overstretched or torn. Ligaments are tissues that connect bones to each other. Lifting something improperly can cause a back strain.
- Wear and tear (*degeneration*) of the spinal disks. Spinal disks are circular tissue that provide cushioning between the bones of the spine (*vertebrae*).
- Twisting motions, such as while playing sports or doing yard work.
- A hit to the back.
- Arthritis.

You may have a physical exam, lab tests, and imaging tests to find the cause of your pain. Acute back pain usually goes away with rest and home care.

Follow these instructions at home:

**Managing pain, stiffness, and swelling**

- Take over-the-counter and prescription medicines only as told by your health care provider. Treatment may include medicines for pain and inflammation that are taken by mouth or applied to the skin, or muscle relaxants.
- Your health care provider may recommend applying ice during the first 24–48 hours after your pain starts. To do this:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.
  - Remove the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you have a greater risk of damage to the area.
- If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
  - Place a towel between your skin and the heat source.
  - Leave the heat on for 20–30 minutes.

Andrew K. Stone (MRN: ▮▮▮▮▮▮) • Printed at 5/13/2025 6:54 PM                    Page 10 of 13    **Epic**

on 9/25/25  5:46 PM

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ●●●●●●9, DOB: ●●●●962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

## 05/13/2025 - ED in Jhmc Emergency Room (continued)

**Scans (continued)**

- Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You have a greater risk of getting burned.

**Activity**

- **Do not** stay in bed. Staying in bed for more than 1–2 days can delay your recovery.
- Sit up and stand up straight. Avoid leaning forward when you sit or hunching over when you stand.
  - If you work at a desk, sit close to it so you do not need to lean over. Keep your chin tucked in. Keep your neck drawn back, and keep your elbows bent at a 90-degree angle (*right angle*).
  - Sit high and close to the steering wheel when you drive. Add lower back (*lumbar*) support to your car seat, if needed.
- Take short walks on even surfaces as soon as you are able. Try to increase the length of time you walk each day.
- **Do not** sit, drive, or stand in one place for more than 30 minutes at a time. Sitting or standing for long periods of time can put stress on your back.
- **Do not** drive or use heavy machinery while taking prescription pain medicine.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back:
  - Bend your knees.
  - Keep the load close to your body.

Andrew K. Stone (MRN: ████) • Printed at 5/13/2025 6:54 PM                Page 11 of 13   **Epic**

Printed on 9/25/25  5:46 PM

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 187 of 195 PageID #: 257

Stone, Andrew K
MRN: ███████9, DOB: ███/1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

- ◦ Avoid twisting.
- Exercise regularly as told by your health care provider. Exercising helps your back heal faster and helps prevent back injuries by keeping muscles strong and flexible.
- Work with a physical therapist to make a safe exercise program, as recommended by your health care provider. Do any exercises as told by your physical therapist.

### Lifestyle

- Maintain a healthy weight. Extra weight puts stress on your back and makes it difficult to have good posture.
- Avoid activities or situations that make you feel anxious or stressed. Stress and anxiety increase muscle tension and can make back pain worse. Learn ways to manage anxiety and stress, such as through exercise.

### General instructions

- Sleep on a firm mattress in a comfortable position. Try lying on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
- Keep your head and neck in a straight line with your spine (*neutral position*) when using electronic equipment like smartphones or pads. To do this:
  - ◦ Raise your smartphone or pad to look at it instead of bending your head or neck to look down.
  - ◦ Put the smartphone or pad at the level of your face while looking at the screen.
- Follow your treatment plan as told by your health care provider. This may include:
  - ◦ Cognitive or behavioral therapy.
  - ◦ Acupuncture or massage therapy.
  - ◦ Meditation or yoga.

Contact a health care provider if:

- You have pain that is not relieved with rest or medicine.
- You have increasing pain going down into your legs or buttocks.
- Your pain does not improve after 2 weeks.
- You have pain at night.
- You lose weight without trying.
- You have a fever or chills.

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Case 1:25-cv-05943-DG-VMS     Document 1-2     Filed 10/23/25     Page 188 of 195 PageID
#: 258

Stone, Andrew K
MRN: ████████, DOB: ██/██/962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

Scans (continued)

- You develop nausea or vomiting.
- You develop abdominal pain.

Get help right away if:

- You develop new bowel or bladder control problems.
- You have unusual weakness or numbness in your arms or legs.
- You feel faint.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

Summary

- Acute back pain is sudden and usually short-lived.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back.
- Take over-the-counter and prescription medicines only as told by your health care provider, and apply heat or ice as told.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 03/11/2022 Document Reviewed: 03/11/2022
Elsevier Patient Education © 2023 Elsevier Inc.

## Additional Questions About Your Visit?

If you have any questions or concerns about your visit to the Emergency Department please call 718 206 8368.  If you need immediate assistance regarding your previous visit please call 718 206 6066 and ask to speak with the charge doctor.

**05/13/2025 - ED in Jhmc Emergency Room (continued)**

**Scans (continued)**

**After Visit Summary - Document on 5/13/2025  6:54 PM**

Clinical date/time: 5/13/2025 1854            User: Sobers, Ronica, RN
Description: ED After Visit Summary           Status: —
Service date/time: 5/13/2025 1854

Document (below)

---



# AFTER VISIT SUMMARY

**Andrew K. Stone**  MRN: █████████          📅 5/13/2025   📍 JHMC EMERGENCY ROOM 718-206-6000

## Instructions

Please follow up with your private doctor in 1 day
Take Tylenol for pain
Cold compresses every 8 hrs for 20 mins for 24 hrs then warm
compresses
Return to ED immediately for any concerns

📄  Read the attached information
     1. SYNCOPE ADULT EASY-TO-READ (ENGLISH)
     2. ACUTE BACK PAIN ADULT (ENGLISH)

📅  Follow up with Private Doctor in 1 day (around
     5/14/2025)

## What's Next

You currently have no upcoming appointments scheduled.

## Preferred Pharmacy Info

Pharmacy
CVS/PHARMACY #7069 - HAZLET, NJ - 3391 HIGHWAY 35

## Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by Aneury Hernandez and
Rose-Marie P. Leriche

Reason for Visit
**Back Pain**

Diagnoses
- **Fainting**
- Injury of back, initial encounter

🧪 Lab Tests Completed
  **Alcohol**
  **CBC WITH PLATELET AND
  DIFFERENTIAL**
  **CMP**
  **D-Dimer High Sensitivity**
  **EGFR Adult**
  **PT-PTT**
  **RBC Morphology**
  **Troponin**

📷 Imaging Tests
  X-ray chest AP portable

💊 Medications Given
  Sodium chloride (NS) Stopped at 5:40
  PM

 Blood
Pressure
**130/75**

 Temperature
(Oral)
**97.5 °F**

Pulse
**73**

Respiration
**18**

Oxygen
Saturation
**98%**

---

Printed on 9/25/25  5:46 PM

IAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832

Stone, Andrew K
MRN: ████████, DOB: ████1962, Legal Sex: M
Adm: 5/13/2025, D/C: 5/13/2025

Case 1:25-cv-05943-DG-VMS    Document 1-2    Filed 10/23/25    Page 190 of 195 PageID #: 260

---

### 05/13/2025 - ED in Jhmc Emergency Room (continued)

Scans (continued)

## MediSys Connect

Please follow the instructions below to securely access your online health record. MediSys Connect allows you to send messages to your health team, view your test results, renew your prescriptions, check your future appointments and more.

### How Do I Sign Up?

1. In your Internet browser, go to https://mychart.medisys.org.
2. Click on the "New User? Sign Up Now" link in the Sign In box.
3. There are **two different ways** to sign up for Connect:

   a. Signing up **with** an activation code:
      - Enter your MediSys Connect Access Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process.
         **MediSys Connect Access Code:** 5QX3J-M3CR6-BQ9MZ
         Expires: 6/27/2025  6:54 PM
      - If you do not sign up before the expiration date, follow the steps for signing up without an activation code.

   b. Signing up **without** an activation code:
      - Click on the **"No Activation Code? Request Online"**
      - You will need to answer several questions that will assist the system with confirming your identity.

4. Enter your Date of Birth (mm/dd/yyyy) and Home Phone as indicated and click **Next**. You will be taken to the next page.
5. Once the system confirms your information with what is on file or validates you through our 3rd party Experian verification process, you will need to create a MediSys Connect login ID. It cannot be changed, so think of one that is secure and easy to remember.
6. Create a secure MediSys Connect password. It must be at least 8 characters and include at least 2 numbers. You can change your password at any time.
7. Enter your Password Reset Question and Answer and click **Next**. This can be used at a later time if you forget your password.
8. Select your communication preference. If applicable enter your e-mail address. You will receive e-mail notifications when new information is available in MediSys Connect by choosing to receive e-mail notifications and filling in your e-mail.
9. Click **Sign In**.

**Read and agree to the Terms and Conditions.** You can now view your health record.

### Additional Information
If you have questions, please contact your local Ambulatory Care Center/Physician.
You can also e-mail us at mychartsupport@medisyshealth.org or call 718-206-5988.

Andrew K. Stone (MRN: ████████) Printed at 5/13/2025  6:54 PM                Page 2 of 13   **Epic**

# EXHIBIT

# I

Stone, Andrew K (MRN: 102889166) DOB: 6/9/1962

# JFK NEUROSCIENCE INSTITUTE

65 James Street
EDISON NJ 08820
Phone #: 732-321-7010
Fax #:732-632-1584

Date: May 20, 2025

## Ambulatory referral to Home Health

Patient: ~~Andrew K Stone~~
~~29 LONGVIEW DRIVE~~
HOLMDEL NJ 07733
Phone: 718-~~910-5987~~

MRN: 1~~02889166~~
DOB: 6/9/1962
Sex:  M

### Referring Provider Information:
JANKOWITZ, BRIAN
NPI: 1740360247
Phone:  732-321-7010
Fax:     732-632-1584

### Referral Information:
Urgency:  Routine
Referral Reason: Continuity of Care

Start Date: May 20, 2025

**Diagnosis:** Closed nondisplaced fracture of seventh cervical vertebra, unspecified fracture morphology, initial encounter (CMS/HHS HCC) (S12.601A)
Dislocation of cervical facet joint, subsequent encounter (S13.101D)

Refer to Specialty:
Referral Type: **Home health**

### Refer to
Department:         Hackensack Meridian Health JFK Home Health
Address:               485b Us Highway 1 Ste 400
                            Iselin, NJ 08830
Office Phone:        732-317-5777

Order Comments: Order for Home Care /PT/OT/PCA

Electronically Authorized by: Brian Jankowitz, MD

Patients should make sure that their doctors have accurate insurance information on file during check-in. Patients should also check with their insurance plan regarding benefits and out of pocket expenses before any tests.



5/21/25, 10:59 AM                              Stone, Andrew K (MRN: 102889166) DOB: 6/9/1962

## JFK NEUROSCIENCE INSTITUTE
65 James Street
EDISON NJ 08820
Phone #: 732-321-7010
Fax #:732-632-1584

Date: May 20, 2025

### Ambulatory referral to Home Health

Patient: Andrew K Stone          MRN: 102889166
~~25 LONGVIEW DRIVE~~            DOB: 6/9/1962
HOLMDEL NJ 07733                 Sex:  M
Phone: 718-9██-5██

**Referring Provider Information:**
JANKOWITZ, BRIAN
NPI: 1740360247
Phone:  732-321-7010
Fax:    732-632-1584

**Referral Information:**
Urgency:  Routine
Referral Reason: Continuity of Care

Start Date: May 20, 2025

**Diagnosis:** Closed nondisplaced fracture of seventh cervical vertebra, unspecified fracture morphology, initial encounter (CMS/HHS HCC) (S12.601A)
Dislocation of cervical facet joint, subsequent encounter (S13.101D)

Refer to Specialty:
Referral Type: **Home health**

**Refer to**
Department:      Hackensack Meridian Health JFK Home Health
Address:        485b Us Highway 1 Ste 400
                Iselin, NJ 08830
Office Phone:   732-317-5777

Order Comments: Order for Home Care /PT/OT/PCA

Electronically Authorized by: Brian Jankowitz, MD

Patients should make sure that their doctors have accurate insurance information on file during check-in. Patients should also check with their insurance plan regarding benefits and out of pocket expenses before any tests.

Page  1  /  2   —   🔍   +

# EXHIBIT I

EXHIBIT I

