AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| _____ ) | | |
| *Plaintiff(s)* ) | | |
| v. ) | Civil Action No. | |
| ) | | |
| ) | | |
| ) | | |
| _____ ) | | |
| *Defendant(s)* ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
_____ | ) |
*Plaintiff(s)* | ) |
v. | ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
_____ | ) |
*Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated*,

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections*,

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission*,

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections*,

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
                                                                                              .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                     *Server's signature*

                                         _____

                                                     *Printed name and title*

                                         _____

                                                     *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff(s)* <br><br> v. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                            *Server's signature*

                                        _____
                                                            *Printed name and title*

                                        _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

### New York[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

### Pennsylvania
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

### Ohio
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

### Texas
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

### Kentucky
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

### Wisconsin
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

### Georgia
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                                        _____
                                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                       *Server's signature*

                                 _____
                                     *Printed name and title*

                                 _____
                                       *Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

__New York__[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

__Pennsylvania__
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

__Ohio__
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

__Texas__
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

__Kentucky__
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

__Wisconsin__
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission,* Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission,* Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

__Georgia__
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ |  ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No. |
| v. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

__New York__[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

__Pennsylvania__
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

__Ohio__
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

__Texas__
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

__Kentucky__
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

__Wisconsin__
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

__Georgia__
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br>v.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="6">_____<br>*Plaintiff(s)*<br><br>v.<br><br>_____<br>*Defendant(s)*</td><td>)</td><td rowspan="6">Civil Action No.</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
_____ | ) |
*Plaintiff(s)* | ) |
v. | ) Civil Action No. |
| ) |
| ) |
| ) |
_____ | ) |
*Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections*,

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State*,

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission*,

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


DOUGLAS C. PALMER
*CLERK OF COURT*


Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ <br> *Plaintiff(s)* <br><br> v. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law. Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider with Caption**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]

Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections*, Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**

Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**

Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**

Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**

Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**

Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission*; and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**

Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.  Similarly, for clarity throughout this Complaint, references to a particular State should be understood to refer to the appropriate *Ex Parte Young* officials where such reference would make sense.