AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole, and Ryan Burruss<br>*Plaintiff(s)*<br>v.<br>Peter S. Kosinski, in his official capacity as a Commissioner of the New York State Board of Elections, et al., (full caption in Rider).<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-cv-4664   BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter S. Kosinski, et al.

See Rider for full list of Defendants' names and addresses.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Remy Green
Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  10/1/2020

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-4664

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Summons Rider**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Mathew Harley, Damali L'Elie, Michael Maniates, Emily McGrath, Susan Lahey, N.H. Quaide Williams, Jessica Roitman, Katie Von Holzen, Benjamin Cole and Ryan Burruss, *individually, and on behalf of all others similarly situated,*

*Plaintiffs*

v.

**New York**[1]
Peter S. Kosinski, Andrew Spano, and Douglas Kellner *in their official capacities as Commissioners of the New York State Board of Elections,* Todd D. Valentine and Robert A. Brehm *in their official capacities as Co-Executive Directors of the New York State Board of Elections,*

**Pennsylvania**
Kathy Boockvar in her official capacity of Secretary of the Commonwealth of Pennsylvania, Jonathan Marks in his official capacity as Deputy Secretary for Elections and Commissions, and Jessica Mathis in her official capacity as Director of the Bureau of Election Services.

**Ohio**
Frank LaRose *in his official capacity as Secretary of the State of Ohio,*

**Texas**
Ruth Hughes *in her official capacity as Secretary of State of Texas,*

**Kentucky**
Albert Benjamin Chandler *in his official capacity as Chairman of the Kentucky Board of Elections,* and Michael Adams *in his official capacity as Kentucky Secretary of State,*

**Wisconsin**
Ann S. Jacobs *in her official capacity as Chair of Wisconsin Elections Commission*, Mark L. Thomsen *in his official capacity as Vice Chair of the Wisconsin Elections Commission*, Marge Bostelmann *in her official capacity as Secretary of the Wisconsin Elections Commission;* and Julie Glancey, Dean Knudson, and Robert Spindell, Jr *in their official capacities as Commissioners of the Wisconsin Elections Commission,*

**Georgia**
Brad Raffensperger *in his official capacity as the Secretary of State of Georgia.*

*Defendants.*

---

[1] The labels here are for readability and clarity alone – the States themselves are not defendants in any capacity, but defendants include the *Ex Parte Young* parties for an as-applied challenge to each State's election law and the State's interpretation and application of that law.

1

## Summons Rider

**New York**
Peter S. Kosinski
Commissioner of the New York State Board of Elections
40 North Pearl Street, Suite 5.
Albany, NY 12207-2729

Andrew Spano
Commissioner of the New York State Board of Elections
40 North Pearl Street, Suite 5.
Albany, NY 12207-2729

Douglas Kellner
Commissioner of the New York State Board of Elections
40 North Pearl Street, Suite 5.
Albany, NY 12207-2729

Todd D. Valentine
Co-Executive Directors of the New York State Board of Elections
40 North Pearl Street, Suite 5.
Albany, NY 12207-2729

Robert A. Brehm
Co-Executive Director of the New York State Board of Elections
40 North Pearl Street, Suite 5.
Albany, NY 12207-2729

**Pennsylvania**
Kathy Boockvar,
Secretary of the Commonwealth of Pennsylvania
302 North Office Building, 401 North Street
Harrisburg, PA 17120

Jonathan Marks
Deputy Secretary for Elections and Commissions
302 North Office Building, 401 North Street
Harrisburg, PA 17120

Jessica Mathis
Director of the Bureau of Election Services
302 North Office Building, 401 North Street
Harrisburg, PA 17120

**Ohio**
Frank LaRose
Secretary of State of Ohio
22 North Fourth Street, 16th Floor
Columbus, Ohio 43215

## Summons Rider

**Texas**
Ruth Hughes
Texas Secretary of State
P.O. Box 12887
Austin, TX 78711-2887

**Kentucky**
Albert Benjamin Chandler
Chairman of the Kentucky Board of Elections
140 Walnut Street
Frankfort, KY 40601

Michael Adams
Kentucky Secretary of State
140 Walnut Street
Frankfort, KY 40601

**Wisconsin**
Ann S. Jacobs
Chair of Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

Mark L. Thomsen
Vice Chair of the Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

Marge Bostelmann
Secretary of the Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

Julie Glancey
Commissioner of the Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

Dean Knudson
Commissioner of the Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

Robert Spindell, Jr
Commissioner of the Wisconsin Elections Commission
212 East Washington Ave, 3rd Fl.
Madison, WI 53703

<u>**Summons Rider**</u>

<u>**Georgia**</u>
Brad Raffensperger
Secretary of State
214 State Capitol
Atlanta, GA 30334