

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

**Josh Kaul
Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI  53707-7857
www.doj.state.wi.us

Gabe Johnson-Karp
Assistant Attorney General
johnsonkarpg@doj.state.wi.us
608/267-8904
FAX 608/294-2907

October 6, 2020

**VIA EMAIL**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Mathew Harley, et al. v. Peter S. Kosinski, et al.*
             Case No. 20-CV-4664

Dear Judge Cogan:

    I am an assistant attorney general with the Wisconsin Department of Justice. As the Court is aware, Wisconsin's Elections Commissioners have been named as defendants in this matter. Although the Wisconsin defendants have not yet appeared in this matter, I request permission to attend the telephonic conference scheduled for tomorrow. I will be happy to answer any questions the Court might have regarding the Wisconsin defendants.

    Sincerely,

    <u>s/ Gabe Johnson-Karp</u>
    Gabe Johnson-Karp
    Assistant Attorney General

GJK:ajw