**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Mathew Harley, et al.,

*Plaintiffs,*

v.

Peter S. Kosinski, et al.,

*Defendants.*

Docket No. 1:20-cv-04664-BMC

**NOTICE OF MOTION TO DISMISS, OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO SEVER AND TRANSFER**

Please take notice that pursuant to this Court's Order that Responses to Plaintiffs' Complaint and Motion for Preliminary Injunction be filed no later than October 9, 2020, Kentucky Defendants Michael G. Adams and Albert Benjamin Chandler will move this Court, before the Honorable Brian Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza E, Brooklyn, NY 11201, for an Order pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(6), 21, and 28 U.S.C. §1404.:

- denying the Plaintiffs' Motion for Preliminary Injunction;

- dismissing Plaintiffs' Complaint with prejudice; or

- in the alternative, granting these Defendants' Motion to Sever and Transfer.

Attached is Defendants' Memorandum of Law in support of the Motion to Dismiss, in Opposition to the Motion for Preliminary Injunction, and in support of the Motion to Sever and Transfer.

1

Dated: <u>October 9, 2020</u>

Respectfully Submitted,

<u>/s/ R. Kent Westberry</u>
R. Kent Westberry
Bridget M. Bush
Landrum & Shouse, LLP
1900 West Main Street, Suite 1900
Louisville, KY 40202
(502)589-7616
kwestberry@landrumshouse.com
bbush@landrumshouse.com
*Counsel for Secretary Michael Adams;*
*admitted pro hac vice*

<u>/s/ Taylor Austin Brown</u>
Taylor Austin Brown
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601
TaylorA.Brown@ky.gov
*Counsel for Defendant Albert Benjamin*
*Chandler; application for pro hac vice*
*forthcoming*