IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Harley, et al., | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| Kosinski, et al., | ) | Case No.: 20-cv-4664-BMC |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure after conferring with Defendants as suggested by the Court, the Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Date: October 13, 2020

_____
*Signature of plaintiffs or plaintiff's counsel*
Cohen&Green P.L.L.C.
1639 Centre Street, Suite 216
_____
*Address*

Ridgewood, New York 11385
_____
*City, State & Zip Code*

(929) 888-9480
_____
*Telephone Number*